# EXHIBIT A

US009349306B2

(12) **United States Patent**
Hall

(10) **Patent No.:**    **US 9,349,306 B2**
(45) **Date of Patent:**    **\*May 24, 2016**

(54) **MODULAR DISPLAY PANEL**

(71) Applicant: **Ultravision Technologies, LLC**, Dallas, TX (US)

(72) Inventor: **William Y. Hall**, Dallas, TX (US)

(73) Assignee: **Ultravision Technologies, LLC**, Dallas, TX (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/850,632**

(22) Filed: **Sep. 10, 2015**

(65) **Prior Publication Data**

US 2015/0379904 A1     Dec. 31, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/444,719, filed on Jul. 28, 2014, now Pat. No. 9,134,773.

(60) Provisional application No. 62/025,463, filed on Jul. 16, 2014, provisional application No. 61/922,631, filed on Dec. 31, 2013.

(51) **Int. Cl.**
**G09F 13/22**     (2006.01)
**G09F 9/302**     (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ................ *G09F 9/3023* (2013.01); *F21K 9/30* (2013.01); *F21V 23/023* (2013.01); *F21V 31/005* (2013.01); *G06F 1/1601* (2013.01); *G06F 1/188* (2013.01); *G06F 1/189* (2013.01); *G06F 3/147* (2013.01); *G06F 3/1446* (2013.01); *G09F 13/22* (2013.01); *H01B 7/2825* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,816,254 A     7/1931   Heath
4,457,090 A     7/1984   McDonough
(Continued)

FOREIGN PATENT DOCUMENTS

CN     201226214 Y     4/2009
CN     201449702 U     5/2010
(Continued)

OTHER PUBLICATIONS

Daktronics, "Daktronics LED Billboard Technology," www.daktronics.com Nov. 14, 2013, 3 pages.
(Continued)

*Primary Examiner* — Kristina Junge
(74) *Attorney, Agent, or Firm* — Slater Matsil, LLP

(57) **ABSTRACT**

Embodiments of the present invention relate to integrated modular display panels. In one embodiment, modular display panel includes a casing having a recess. The casing includes locking points for use in attachment to an adjacent casing of another modular display panel. A printed circuit board is disposed in the recess and a plurality of LEDs attached to the printed circuit board. A driver circuit is attached to the printed circuit board. A heat sink is disposed between a back side of the casing and the printed circuit board. The heat sink thermally contacts the back side of the casing and the printed circuit board. A framework of louvers is disposed over the printed circuit board. The framework of louvers is disposed between rows of the LEDs. The framework of louvers is attached to the printed circuit board using an adhesive.

**30 Claims, 64 Drawing Sheets**



**US 9,349,306 B2**

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 3/14* | (2006.01) |
| *G06F 3/147* | (2006.01) |
| *H05K 7/20* | (2006.01) |
| *H05K 1/18* | (2006.01) |
| *H05K 5/03* | (2006.01) |
| *F21K 99/00* | (2016.01) |
| *F21V 23/02* | (2006.01) |
| *F21V 31/00* | (2006.01) |
| *G06F 1/16* | (2006.01) |
| *G06F 1/18* | (2006.01) |
| *H01B 7/282* | (2006.01) |
| *H01B 9/00* | (2006.01) |
| *H01B 11/02* | (2006.01) |
| *H05K 5/00* | (2006.01) |
| *H05K 5/02* | (2006.01) |
| *H05K 7/14* | (2006.01) |
| *H04N 7/00* | (2011.01) |
| *F21Y 101/02* | (2006.01) |
| *G09G 3/32* | (2016.01) |

(52) **U.S. Cl.**

CPC .............. *H01B 9/003* (2013.01); *H01B 11/02* (2013.01); *H05K 1/181* (2013.01); *H05K 5/0017* (2013.01); *H05K 5/0247* (2013.01); *H05K 5/03* (2013.01); *H05K 7/1427* (2013.01); *H05K 7/20* (2013.01); *H05K 7/2039* (2013.01); *H05K 7/20136* (2013.01); *H05K 7/20954* (2013.01); *F21Y 2101/02* (2013.01); *G09F 2013/222* (2013.01); *G09G 3/32* (2013.01); *G09G 2300/026* (2013.01); *G09G 2360/04* (2013.01); *H04N 7/00* (2013.01); *H05K 2201/10106* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,497,125 | A | 2/1985 | Hutchinson |
| 4,782,336 | A | 11/1988 | Bailey |
| 4,964,231 | A | 10/1990 | De Maat et al. |
| 5,172,504 | A | 12/1992 | De Maat et al. |
| 5,341,088 | A | 8/1994 | Davis |
| 5,523,769 | A | 6/1996 | Lauer et al. |
| 5,600,910 | A | 2/1997 | Blackburn |
| 5,722,767 | A | 3/1998 | Lin |
| 5,796,376 | A | 8/1998 | Banks |
| 5,900,850 | A | 5/1999 | Bailey et al. |
| 5,949,581 | A | 9/1999 | Kurtenbach et al. |
| 5,990,802 | A | 11/1999 | Maskeny |
| 6,045,240 | A | 4/2000 | Hochstein |
| 6,065,854 | A | 5/2000 | West et al. |
| 6,114,632 | A | 9/2000 | Planas, Sr. et al. |
| 6,175,342 | B1 | 1/2001 | Nicholson et al. |
| 6,237,290 | B1 | 5/2001 | Tokimoto et al. |
| 6,314,669 | B1 | 11/2001 | Tucker |
| 6,362,801 | B1 | 3/2002 | Yuhara |
| 6,414,650 | B1 | 7/2002 | Nicholson et al. |
| 6,570,548 | B2 | 5/2003 | Smith |
| 6,634,124 | B1 | 10/2003 | Bierschbach |
| 6,657,605 | B1 | 12/2003 | Boldt, Jr. et al. |
| 6,677,918 | B2 | 1/2004 | Yuhara et al. |
| 6,737,983 | B1 | 5/2004 | Temple |
| 6,741,222 | B1 | 5/2004 | Tucker |
| 6,810,612 | B2 | 11/2004 | Huang |
| 6,813,853 | B1 | 11/2004 | Tucker |
| 6,819,303 | B1 | 11/2004 | Berger et al. |
| 6,998,538 | B1 | 2/2006 | Fetterolf, Sr. et al. |
| 7,055,271 | B2 | 6/2006 | Lutz et al. |
| 7,072,407 | B2 | 7/2006 | Schurig |
| 7,086,188 | B2 | 8/2006 | Tsao |
| 7,091,933 | B2 | 8/2006 | McClintock et al. |
| 7,161,558 | B1 | 1/2007 | Eidem et al. |

| | | | |
|---|---|---|---|
| 7,170,480 | B2 | 1/2007 | Boldt, Jr. et al. |
| 7,204,602 | B2 | 4/2007 | Archer |
| 7,267,459 | B2 | 9/2007 | Matheson |
| 7,319,408 | B2 | 1/2008 | Temple |
| 7,334,361 | B2 | 2/2008 | Schrimpf et al. |
| 7,355,562 | B2 | 4/2008 | Schubert et al. |
| 7,450,085 | B2 | 11/2008 | Thielemans et al. |
| 7,495,576 | B2 | 2/2009 | Maskeny et al. |
| 7,502,950 | B1 | 3/2009 | Brands |
| 7,557,781 | B2 | 7/2009 | Chuang et al. |
| 7,605,772 | B2 | 10/2009 | Syrstad |
| 7,674,000 | B2 | 3/2010 | Valerio, Jr. et al. |
| 7,688,280 | B2 | 3/2010 | Callegari et al. |
| 7,694,444 | B2 | 4/2010 | Miller et al. |
| 7,703,941 | B2 | 4/2010 | Lee |
| 7,774,968 | B2 | 8/2010 | Nearman et al. |
| 7,779,568 | B2 | 8/2010 | Gettelfinger et al. |
| 7,797,865 | B2 | 9/2010 | Patel et al. |
| 7,868,903 | B2 | 1/2011 | Wendler et al. |
| 7,869,198 | B1 | 1/2011 | Nearman et al. |
| 7,907,133 | B2 | 3/2011 | Joffer et al. |
| 7,926,213 | B1 | 4/2011 | Kludt et al. |
| 7,950,174 | B2 | 5/2011 | Xu |
| 7,971,378 | B2 | 7/2011 | Campoy Odena |
| 8,007,121 | B2 | 8/2011 | Elliott et al. |
| 8,016,452 | B2 | 9/2011 | Dunn |
| 8,066,403 | B2 | 11/2011 | Sanfilippo et al. |
| 8,074,387 | B2 | 12/2011 | Mancuso |
| 8,081,145 | B2 | 12/2011 | Ronkholz et al. |
| 8,104,204 | B1 | 1/2012 | Syrstad |
| 8,111,208 | B2 | 2/2012 | Brown |
| 8,115,229 | B2 | 2/2012 | Christy |
| 8,122,627 | B2 | 2/2012 | Miller |
| 8,130,175 | B1 | 3/2012 | Joffer et al. |
| 8,136,279 | B1 | 3/2012 | Nearman et al. |
| 8,154,864 | B1 | 4/2012 | Nearman et al. |
| 8,156,672 | B2 | 4/2012 | Xu |
| 8,168,990 | B2 | 5/2012 | Christy |
| 8,172,097 | B2 | 5/2012 | Nearman et al. |
| 8,184,114 | B2 | 5/2012 | Oh et al. |
| 8,228,261 | B2 | 7/2012 | Callegari et al. |
| 8,281,344 | B1 | 10/2012 | Mathias |
| 8,301,939 | B2 | 10/2012 | Gloege et al. |
| 8,314,433 | B2 | 11/2012 | Christy |
| 8,344,410 | B2 | 1/2013 | Wendler et al. |
| 8,350,788 | B1 | 1/2013 | Nearman et al. |
| 8,362,696 | B2 | 1/2013 | Zheng |
| 8,414,149 | B2 | 4/2013 | Nearman |
| 8,434,898 | B2 | 5/2013 | Sanfilippo et al. |
| 8,552,928 | B2 | 10/2013 | Wendler et al. |
| 8,558,755 | B2 | 10/2013 | Kharrati et al. |
| 8,599,108 | B2 | 12/2013 | Kline et al. |
| 8,604,509 | B2 | 12/2013 | Wendler et al. |
| 8,648,774 | B2 | 2/2014 | Kline et al. |
| 8,702,048 | B2 | 4/2014 | Kludt et al. |
| 8,714,665 | B2 | 5/2014 | Campagna et al. |
| 8,766,880 | B2 | 7/2014 | Kharrati et al. |
| 8,803,766 | B2 | 8/2014 | Kline et al. |
| 8,824,125 | B1 | 9/2014 | Carlson et al. |
| 8,824,125 | B1 | 9/2014 | Cox et al. |
| 2001/0037591 | A1 | 11/2001 | Nicholson et al. |
| 2002/0126086 | A1 | 9/2002 | Takeuchi et al. |
| 2002/0176267 | A1 | 11/2002 | Tanaka et al. |
| 2003/0146882 | A1 | 8/2003 | Ogino et al. |
| 2004/0008155 | A1 | 1/2004 | Cok |
| 2004/0196049 | A1 | 10/2004 | Yano et al. |
| 2004/0222941 | A1 | 11/2004 | Wong et al. |
| 2005/0052374 | A1 | 3/2005 | Devos et al. |
| 2005/0052375 | A1 | 3/2005 | Devos et al. |
| 2005/0078104 | A1 | 4/2005 | Matthies et al. |
| 2005/0134526 | A1 | 6/2005 | Willem et al. |
| 2005/0178034 | A1 | 8/2005 | Schubert et al. |
| 2005/0189311 | A1 | 9/2005 | Colby et al. |
| 2005/0190520 | A1 | 9/2005 | Schomaker et al. |
| 2005/0264471 | A1 | 12/2005 | Yamazaki et al. |
| 2006/0039142 | A1 | 2/2006 | Temple |
| 2006/0132048 | A1 | 6/2006 | Popovich |
| 2006/0164587 | A1 | 7/2006 | Oh |
| 2006/0185612 | A1 | 8/2006 | Bonner et al. |

**US 9,349,306 B2**

Page 3

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2006/0241878 | A1 | 10/2006 | Jung et al. |
| 2006/0256033 | A1 | 11/2006 | Chan et al. |
| 2007/0000849 | A1 | 1/2007 | Lutz et al. |
| 2007/0279314 | A1 | 12/2007 | Brown |
| 2008/0047184 | A1 | 2/2008 | Dean |
| 2008/0078733 | A1 | 4/2008 | Nearman et al. |
| 2008/0141571 | A1 | 6/2008 | Kottwitz |
| 2008/0266206 | A1 | 10/2008 | Nelson et al. |
| 2008/0285087 | A1 | 11/2008 | Perkins et al. |
| 2008/0303747 | A1 | 12/2008 | Velicescu |
| 2009/0024929 | A1 | 1/2009 | Gloege et al. |
| 2009/0073080 | A1 | 3/2009 | Meersman et al. |
| 2009/0096711 | A1 | 4/2009 | Jang et al. |
| 2009/0146910 | A1 | 6/2009 | Gardner |
| 2009/0146919 | A1 | 6/2009 | Kline et al. |
| 2009/0147028 | A1 | 6/2009 | Sefton et al. |
| 2009/0251391 | A1 | 10/2009 | Ng et al. |
| 2009/0289160 | A1 | 11/2009 | Kludt et al. |
| 2009/0322251 | A1 | 12/2009 | Hilgers |
| 2010/0123732 | A1 | 5/2010 | Jenks et al. |
| 2010/0251583 | A1 | 10/2010 | Brown et al. |
| 2010/0288895 | A1 | 11/2010 | Shamie |
| 2010/0295424 | A1 | 11/2010 | Alexander |
| 2010/0309185 | A1 | 12/2010 | Koester et al. |
| 2011/0025696 | A1 | 2/2011 | Wyatt et al. |
| 2011/0096568 | A1 | 4/2011 | Schattinger et al. |
| 2011/0134640 | A1 | 6/2011 | Bertele |
| 2011/0168653 | A1 | 7/2011 | Garrett et al. |
| 2011/0205757 | A1 | 8/2011 | Whyte |
| 2011/0267328 | A1 | 11/2011 | Venkatasubramanian et al. |
| 2012/0005563 | A1 | 1/2012 | Gloege et al. |
| 2012/0019490 | A1 | 1/2012 | Huang |
| 2012/0021873 | A1 | 1/2012 | Brunner |
| 2012/0062540 | A1 | 3/2012 | Quadri et al. |

| | | | | |
|---|---|---|---|---|
| 2012/0112235 | A1 | 5/2012 | Preuschl et al. | |
| 2012/0218753 | A1 | 8/2012 | Joffer et al. | |
| 2012/0218758 | A1 | 8/2012 | Wang et al. | |
| 2012/0236509 | A1 | 9/2012 | Cope et al. | |
| 2012/0248950 | A1 | 10/2012 | Niibori | |
| 2012/0299480 | A1 | 11/2012 | Peting et al. | |
| 2013/0002634 | A1 | 1/2013 | Wendler et al. | |
| 2013/0182440 | A1 * | 7/2013 | Ferrie et al. | ........... F21V 21/005 |
| | | | | 362/249.08 |
| 2013/0271973 | A1 | 10/2013 | Rycyna, III | |
| 2013/0279161 | A1 | 10/2013 | Pickard et al. | |
| 2013/0321387 | A1 | 12/2013 | Ohe | |
| 2014/0259645 | A1 | 9/2014 | Cox et al. | |
| 2014/0267784 | A1 | 9/2014 | Rykowski | |
| 2014/0267896 | A1 | 9/2014 | Cox et al. | |
| 2015/0145851 | A1 | 5/2015 | Takeda et al. | |
| 2015/0205565 | A1 | 7/2015 | Koguchi | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 201540699 | U | 8/2010 |
| CN | 202383944 | U | 8/2012 |
| CN | 103280164 | A | 9/2013 |
| CN | 203250491 | U | 10/2013 |
| CN | 203607050 | U | 5/2014 |
| WO | 2005083660 | | 9/2005 |
| WO | 2014005600 | | 1/2014 |

OTHER PUBLICATIONS

Daktronics, "The Smarter Approach to Digital Outdoor," Daktronics Digital Billboard Products, 2013, 16 pages.
EKTA, "WOWStrip," www.ekta-led.com, Jun. 19, 2014, 5 pages.
UK Intellectual Property Office, Search Report in Application No. GB1518912.9, Mar. 2, 2016, pp. 1-6.

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D



FIG. 3E



FIG. 3F





FIG. 4A



FIG. 4B



FIG. 5



FIG. 6A

FIG. 6B



FIG. 7



FIG. 8C



FIG. 8A



FIG. 8B



FIG. 8F



FIG. 8E



FIG. 8D



FIG. 8I



FIG. 8H



FIG. 8G



FIG. 8K



FIG. 8M



FIG. 8J

FIG. 8L



FIG. 9A



FIG. 9B



FIG. 9C



FIG. 10A

FIG. 10B



FIG. 10C



FIG. 10D



FIG. 11A



FIG. 11B



FIG. 11C



FIG. 11D



FIG. 12A



FIG. 12B



FIG. 12C



FIG. 12D



FIG. 13



FIG. 14



FIG. 15



FIG. 16A



FIG. 16C



FIG. 16B



FIG. 16D



FIG. 16E



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21A

1310



FIG. 21B



FIG. 22



FIG. 21C



FIG. 23



FIG. 24A



FIG. 24B



FIG. 24C

FIG. 28



FIG. 25A



FIG. 25D



FIG. 25B

FIG. 25C



FIG. 26



FIG. 27A

FIG. 27B

FIG. 27C



FIG. 29A



FIG. 29B





FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34A



FIG. 34B



FIG. 35A

FIG. 35B



FIG. 36A



FIG. 36B

1375



2170
2121
2180
2130

FIG. 37A

1375



FIG. 37B



FIG. 38A

1300



FIG. 38B



FIG. 38C



FIG. 38D



FIG. 38E



FIG. 39



FIG. 40A



FIG. 40B

US 9,349,306 B2

**1**

## MODULAR DISPLAY PANEL

This application is a continuation application of U.S. application Ser. No. 14/444,719 filed on Jul. 28, 2014, which is incorporated herein by reference. U.S. application Ser. No. 14/444,719 claims the benefit of U.S. Provisional Application No. 62/025,463, filed on Jul. 16, 2014 and also claims the benefit of U.S. Provisional Application No. 61/922,631, filed on Dec. 31, 2013, which applications are hereby incorporated herein by reference.

U.S. patent application Ser. No. 14/328,624, filed Jul. 10, 2014, also claims priority to U.S. Provisional Application No. 61/922,631 and is also incorporated herein by reference.

### TECHNICAL FIELD

The present invention relates generally to displays, and, in particular embodiments, to a system and method for a modular multi-panel display.

### BACKGROUND

Large displays (e.g., billboards), such as those commonly used for advertising in cities and along roads, generally have one or more pictures and/or text that are to be displayed under various light and weather conditions. As technology has advanced and introduced new lighting devices such as the light emitting diode (LED), such advances have been applied to large displays. An LED display is a flat panel display, which uses an array of light-emitting diodes. A large display may be made of a single LED display or a panel of smaller LED panels. LED panels may be conventional panels made using discrete LEDs or surface-mounted device (SMD) panels. Most outdoor screens and some indoor screens are built around discrete LEDs, which are also known as individually mounted LEDs. A cluster of red, green, and blue diodes is driven together to form a full-color pixel, usually square in shape. These pixels are spaced evenly apart and are measured from center to center for absolute pixel resolution.

### SUMMARY

Embodiments of the invention relate to lighting systems and, more particularly, to multi-panel lighting systems for providing interior or exterior displays.

In one embodiment, modular display panel comprises a casing having a recess. The casing comprises locking points for use in attachment to an adjacent casing of another modular display panel. A printed circuit board is disposed in the recess and a plurality of LEDs attached to the printed circuit board. A driver circuit is attached to the printed circuit board. A heat sink is disposed between a back side of the casing and the printed circuit board. The heat sink thermally contacts the back side of the casing and the printed circuit board. A framework of louvers is disposed over the printed circuit board. The framework of louvers is disposed between rows of the LEDs. The framework of louvers is attached to the printed circuit board using an adhesive.

In another embodiment, a modular multi-panel display system comprises a mechanical support structure, and a plurality of LED display panels mounted to the mechanical support structure so as to form an integrated display panel. Each LED display panel includes a casing having a recess. The casing comprises interlocking attachment points that are attached to an adjacent LED display panel. Each LED display panel also includes a printed circuit board disposed in the recess. A plurality of LED modules is attached to the printed

**2**

circuit board. Each LED display panel also includes a heat sink disposed between a back side of the casing and the printed circuit board. The heat sink thermally contacts the back side of the casing and the printed circuit board. Each LED display panel is hermetically sealed and exposed to the environment without use of any cabinets. The display system is cooled passively and includes no air conditioning, fans, or heating units.

In yet another embodiment, a modular display panel comprises a plastic housing having a recess, and a printed circuit board disposed in the recess. A plurality of LEDs is attached to the printed circuit board. A transparent potting compound overlies the LEDs. A driver circuit is attached to the printed circuit board. A heat sink is disposed between a back side of the housing and the printed circuit board. The heat sink thermally contacts the back side of the housing and the printed circuit board. A power supply is mounted outside the plastic housing.

### BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding, reference is now made to the following description taken in conjunction with the accompanying drawings in which:

FIGS. **1**A and **1**B illustrate one embodiment of a display that may be provided according to the present disclosure;

FIGS. **2**A-**2**C illustrate one embodiment of a lighting panel that may be used with the display of FIGS. **1**A and **1**B;

FIGS. **3**A-**3**I illustrate one embodiment of a housing and an alignment plate that may be used with the panel of FIG. **2**A;

FIGS. **4**A and **4**B illustrate a more detailed embodiment of the panel of FIG. **2**A;

FIG. **5** illustrates an alternative embodiment of the panel of FIG. **4**A;

FIGS. **6**A and **6**B illustrate a more detailed embodiment of the panel of FIG. **2**A;

FIG. **7** illustrates an alternative embodiment of the panel of FIG. **6**A;

FIGS. **8**A-**8**M illustrate one embodiment of a frame that may be used with the display of FIGS. **1**A and **1**B;

FIGS. **9**A-**9**C illustrate one embodiment of a locking mechanism that may be used with the display of FIGS. **1**A and **1**B;

FIGS. **10**A-**10**D illustrate one embodiment of a display configuration;

FIGS. **11**A-**11**D illustrate another embodiment of a display configuration;

FIGS. **12**A-**12**D illustrate yet another embodiment of a display configuration;

FIG. **13** illustrates a modular display panel in accordance with an embodiment of the present invention;

FIG. **14** illustrates a modular display panel attached to a supporting frame in accordance with an embodiment of the present invention;

FIG. **15** illustrates a frame used to provide mechanical support to the modular display panel in accordance with an embodiment of the present invention;

FIGS. **16**A-**16**E illustrate an attachment plate used to attach one or more modular display panels to the frame in accordance with an embodiment of the present invention, wherein FIG. **16**A illustrates a projection view while FIG. **16**B illustrates a top view and FIG. **16**C illustrates a cross-sectional view of a first embodiment while FIG. **16**D illustrates a bottom view and FIG. **16** E illustrates a bottom view of a second embodiment;

3

FIG. 17 illustrates a magnified view of the attachment plate or a connecting plate, frame, and display panel after mounting in accordance with embodiments of the present invention;

FIG. 18 illustrates one unit of the modular display panel in accordance with an embodiment of the present invention;

FIG. 19 illustrates a magnified view of two display panels next to each other and connected through the cables such that the output cable of the left display panel is connected with the input cable of the next display panel in accordance with an embodiment of the present invention;

FIG. 20 illustrates a modular multi-panel display system comprising a plurality of LED display panels connected together using the aforementioned cables in accordance with an embodiment of the present invention;

FIGS. 21A-21C illustrate an alternative embodiment of the modular display panel attached to a supporting frame in accordance with an embodiment of the present invention, wherein FIGS. 21B and 21C illustrate alternative structural embodiments of the supporting frame;

FIG. 22 illustrates a method of assembling a modular multi-panel display system in accordance with an embodiment of the present invention;

FIG. 23 illustrates a method of maintaining a modular multi-panel display that includes a mechanical support structure and a plurality of LED display panels detachably coupled to the mechanical support structure without a cabinet in accordance with an embodiment of the present invention;

FIGS. 24A-24C illustrate a display panel in accordance with an embodiment of the present invention, wherein FIG. 24A illustrates a cross-sectional view of a display panel while FIG. 24B illustrates a schematic of the display panel, wherein FIG. 24C illustrates a schematic of the LED array as controlled by the receiver circuit in accordance with an embodiment of the present invention;

FIGS. 25A-25D illustrate a display panel in accordance with an embodiment of the present invention, wherein FIG. 25A illustrates a projection view of the back side of the display panel, FIG. 25B illustrates a planar back side of the display panel, and FIG. 25C illustrates a planar bottom view while FIG. 25D illustrates a side view;

FIG. 26 illustrates a planar view of a portion of the front side of the display panel in according with an embodiment of the present invention;

FIGS. 27A-27C illustrate cross-sectional views of the framework of louvers at the front side of the display panel in according with an embodiment of the present invention, wherein FIG. 27 illustrates a cross-sectional along a direction perpendicular to the orientation of the plurality of ridges 1632 along the line 27-27 in FIG. 26;

FIG. 28 illustrates a plurality of display panels arranged next to each other in accordance with embodiments of the present invention;

FIGS. 29A-29D illustrates a schematic of a control system for modular multi-panel display system in accordance with an embodiment of the present invention, wherein FIG. 29A illustrates a controller connected to the receiver box through a wired network connection, wherein FIG. 29B illustrates a controller connected to the receiver box through a wireless network connection, wherein FIGS. 29C and 29D illustrate the power transmission scheme used in powering the modular multi-panel display system;

FIG. 30 illustrates a schematic of a sending card of the control system for modular multi-panel display system in accordance with an embodiment of the present invention;

FIG. 31 illustrates a schematic of a data receiver box for modular multi-panel display system in accordance with an embodiment of the present invention;

4

FIG. 32 illustrates a method of assembling a modular multi-panel display in accordance with an embodiment of the present invention;

FIG. 33 illustrates a cross-sectional view of an integrated data and power cord in accordance with embodiments;

FIGS. 34A and 34B illustrate cross-sectional views of connectors at the ends of the integrated data and power cable in accordance with embodiments of the present invention, wherein FIG. 34A illustrates a first connector that is configured to fit or lock into a second connector illustrated in FIG. 34B;

FIGS. 35A and 35B illustrate cross-sectional views showing the first connector locked with the second connector in accordance with embodiments of the present invention, wherein FIG. 35A illustrates the first connector aligned to the second connector, while FIG. 35B illustrates the first connector securely locked to the second connector with the sealing cover sealing the connectors;

FIGS. 36A and 36B illustrate one embodiment of the first connector previously illustrated in FIG. 34A and FIGS. 35A and 35B, wherein FIG. 36A illustrates a planar top view while FIG. 36B illustrates a projection view;

FIGS. 37A and 37B illustrate one embodiment of the second connector previously illustrated in FIG. 34B and FIGS. 35A and 35B, wherein FIG. 37A illustrates a planar top view while FIG. 37B illustrates a projection view;

FIGS. 38A-38D illustrate specific examples of an assembled display system;

FIG. 38E illustrates a specific example of a frame that can be used with the system of FIGS. 38A-38D;

FIG. 39 illustrates an assembled multi-panel display that is ready for shipment; and

FIGS. 40A and 40B illustrate a lower cost panel that can be used with embodiments of the invention.

DETAILED DESCRIPTION OF ILLUSTRATIVE
EMBODIMENTS

In the following discussion, exterior displays are used herein for purposes of example. It is understood that the present disclosure may be applied to lighting for any type of interior and/or exterior display.

Embodiments of the invention provide a display panels, each of which provides a completely self-contained building block that is lightweight. These displays are designed to protect against weather, without a heavy cabinet. The panel can be constructed of aluminum or plastic so that it will about 50% lighter than typical panels that are commercially available. The lightweight design allows for easier installation and maintenance, thus lowering total cost of ownership.

In certain embodiments, the display is IP 67 rated and therefore waterproof and corrosion resistant. Because weather is the number one culprit for damage to LED displays, and IP 67 rating provides weatherproofing with significant weather protection. These panels are completely waterproof against submersion in up to 3 feet of water. In other embodiments, the equipment can be designed with an IP 68 rating to operate completely underwater. In lower-cost embodiments where weatherproofing is not as significant, the panels can have an IP 65 or IP 66 rating.

One aspect takes advantage of a no cabinet design-new technology that replaces cabinets, which are necessary in commercial embodiments. Older technology incorporates the use of cabinets in order to protect the LED display electronics from rain. This creates an innate problem in that the cabinet must not allow rain to get inside to the electronics, while at the

US 9,349,306 B2

5

same time the cabinet must allow for heat created by the electronics and ambient heat to escape.

Embodiments that the do not use this cabinet technology avoid a multitude of problems inherent to cabinet-designed displays. One of the problems that has been solved is the need to effectively cool the LED display. Most LED manufacturers must use air-conditioning (HVAC) to keep their displays cool. This technology greatly increases the cost of installation and performance.

Displays of the present invention can be designed to be light weight and easy to handle. For example, the average total weight of a 20 mm, 14'×48' panel can be 5,500 pounds or less while typical commercially available panels are at 10,000 to 12,000 pounds. These units are more maneuverable and easier to install saving time and money in the process.

Embodiments of the invention provide building block panels that are configurable with future expandability. These displays can offer complete expandability to upgrade in the future without having to replace the entire display. Installation is fast and easy with very little down-time, which allows any electronic message to be presented more quickly.

In some embodiments, the display panels are "hot swappable." By removing one screw in each of the four corners of the panel, servicing the display is fast and easy. Since a highly-trained, highly-paid electrician or LED technician is not needed to correct a problem, cost benefits can be achieved.

Various embodiments utilize enhanced pixel technology (EPT), which increases image capability. EPT allows image displays in the physical pitch spacing, but also has the ability to display the image in a resolution that is four-times greater. Images will be as sharp and crisp when viewed close as when viewed from a distance, and at angles.

In some embodiments is advantageous to build multipanel displays where each of the LEDs is provided by a single LED manufacturer, so that diodes of different origin in the manufacture are not mixed. It has been discovered that diode consistency can aid in the quality of the visual image. While this feature is not necessary, it is helpful because displays made from different diodes from different suppliers can create patchy inconsistent color, e.g., "pink" reds and pink looking casts to the overall image.

Referring to FIGS. 1A and 1B, one embodiment of a multipanel display 100 is illustrated. The display 100 includes a display surface 102 that is formed by multiple lighting panels 104a-104t. In the present embodiment, the panels 104a-104t use light emitting diodes (LEDs) for illumination, but it is understood that other light sources may be used in other embodiments. The panels 104a-104t typically operate together to form a single image, although multiple images may be simultaneously presented by the display 100. In the present example, the panels 104a-104t are individually attached to a frame 106, which enables each panel to be installed or removed from the frame 106 without affecting the other panels.

Each panel 104a-104t is a self-contained unit that couples directly to the frame 106. By "directly," it is understood that another component or components may be positioned between the panel 104a-104t and the frame 106, but the panel is not placed inside a cabinet that is coupled to the frame 106. For example, an alignment plate (described later but not shown in the present figure) may be coupled to a panel and/or the frame 106 to aid in aligning a panel with other panels. Further a corner plate could be used. The panel may then be coupled to the frame 106 or the alignment plate and/or corner plate, and either coupling approach would be "direct" according to the present disclosure.

6

Two or more panels 104a-104t can be coupled for power and/or data purposes, with a panel 104a-104t receiving power and/or data from a central source or another panel and passing through at least some of the power and/or data to one or more other panels. This further improves the modular aspect of the display 100, as a single panel 104a-104t can be easily connected to the display 100 when being installed and easily disconnected when being removed by decoupling the power and data connections from neighboring panels.

The power and data connections for the panels 104a-104t may be configured using one or more layouts, such as a ring, mesh, star, bus, tree, line, or fully-connected layout, or a combination thereof. In some embodiments the LED panels 104a-104t may be in a single network, while in other embodiments the LED panels 104a-104t may be divided into multiple networks. Power and data may be distributed using identical or different layouts. For example, power may be distributed in a line layout, while data may use a combination of line and star layouts.

The frame 106 may be relatively light in weight compared to frames needed to support cabinet mounted LED assemblies. In the present example, the frame 106 includes only a top horizontal member 108, a bottom horizontal member 110, a left vertical member 112, a right vertical member 114, and intermediate vertical members 116. Power cables and data cables (not shown) for the panels 104a-104t may route around and/or through the frame 106.

In one example, the display 100 includes 336 panels 104a-104t, e.g., to create a 14'×48' display. As will be discussed below, because each panel is lighter than typical panels, the entire display could be built to weigh only 5500 pounds. This compares favorably to commercially available displays of the size, which generally weigh from 10,000 to 12,000 pounds.

Referring to FIGS. 2A-2C, one embodiment of an LED panel 200 is illustrated that may be used as one of the LED panels 104a-104t of FIGS. 1A and 1B. FIG. 2A illustrates a front view of the panel 200 with LEDs aligned in a 16×32 configuration. FIG. 2B illustrates a diagram of internal components within the panel 200. FIG. 2C illustrates one possible configuration of a power supply positioned within the panel 200 relative to a back plate of the panel 200.

Referring specifically to FIG. 2A, in the present example, the LED panel 200 includes a substrate 202 that forms a front surface of the panel 200. The substrate 202 in the present embodiment is rectangular in shape, with a top edge 204, a bottom edge 206, a right edge 208, and a left edge 210. A substrate surface 212 includes "pixels" 214 that are formed by one or more LEDs 216 on or within the substrate 202. In the present example, each pixel 214 includes four LEDs 216 arranged in a pattern (e.g., a square). For example, the four LEDs 216 that form a pixel 214 may include a red LED, a green LED, a blue LED, and one other LED (e.g., a white LED). In some embodiments, the other LED may be a sensor. It is understood that more or fewer LEDs 216 may be used to form a single pixel 214, and the use of four LEDs 216 and their relative positioning as a square is for purposes of illustration only.

In some embodiments, the substrate 202 may form the entire front surface of the panel 200, with no other part of the panel 200 being visible from the front when the substrate 202 is in place. In other embodiments, a housing 220 (FIG. 2B) may be partially visible at one or more of the edges of the substrate 202. The substrate 202 may form the front surface of the panel 202, but may not be the outer surface in some embodiments. For example, a transparent or translucent material or coating may overlay the substrate 202 and the

7          8

LEDs **216**, thereby being positioned between the substrate **202**/LEDs **216** and the environment.

As one example, a potting material can be formed over the LEDs **216**. This material can be applied as a liquid, e.g., while heated, and then harden over the surface, e.g., when cooled. This potting material is useful for environmental protection, e.g., to achieve an IP rating of IP 65 or higher.

Louvers **218** may be positioned above each row of pixels **214** to block or minimize light from directly striking the LEDs **216** from certain angles. For example, the louvers **218** may be configured to extend from the substrate **202** to a particular distance and/or at a particular angle needed to completely shade each pixel **214** when a light source (e.g., the sun) is at a certain position (e.g., ten degrees off vertical). In the present example, the louvers **208** extend the entire length of the substrate **202**, but it is understood that other louver configurations may be used.

Referring specifically to FIG. **2B**, one embodiment of the panel **200** illustrates a housing **220**. The housing **220** contains circuitry **222** and a power supply **224**. The circuitry **222** is coupled to the LEDs **216** and is used to control the LEDs. The power supply **224** provides power to the LEDs **216** and circuitry **222**. As will be described later in greater detail with respect to two embodiments of the panel **200**, data and/or power may be received for only the panel **200** or may be passed on to one or more other panels as well. Accordingly, the circuitry **222** and/or power supply **224** may be configured to pass data and/or power to other panels in some embodiments.

In the present example, the housing **220** is sealed to prevent water from entering the housing. For example, the housing **220** may be sealed to have an ingress protection (IP) rating such as IP 67, which defines a level of protection against both solid particles and liquid. This ensures that the panel **200** can be mounted in inclement weather situations without being adversely affected. In such embodiments, the cooling is passive as there are no vent openings for air intakes or exhausts. In other embodiments, the housing may be sealed to have an IP rating of IP 65 or higher, e.g. IP 65, IP 66, IP 67, or IP 68.

Referring specifically to FIG. **2C**, one embodiment of the panel **200** illustrates how the power supply **224** may be thermally coupled to the housing **220** via a thermally conductive material **226** (e.g., aluminum). This configuration may be particularly relevant in embodiments where the panel **200** is sealed and cooling is passive.

Referring to FIGS. **3A-3I**, one embodiment of a housing **300** is illustrated that may be used with one of the LED panels **104a-104t** of FIGS. **1A** and **1B**. For example, the housing **300** may be a more specific example of the housing **220** of FIG. **2B**. In FIGS. **3B-3I**, the housing **300** is shown with an alignment plate, which may be separate from the housing **300** or formed as part of the housing **300**. In the present example, the housing **300** may be made of a thermally conductive material (e.g., aluminum) that is relatively light weight and rigid. In other embodiments, the housing **300** could be made out of industrial plastic, which is even lighter than aluminum.

As shown in the orthogonal view of FIG. **3A**, the housing **300** defines a cavity **302**. Structural cross-members **304** and **306** may be used to provide support to a substrate (e.g., the substrate **202** of FIG. **2A**) (not shown). The cross-members **304** and **306**, as well as other areas of the housing **300**, may include supports **308** against which the substrate can rest when placed into position. As shown, the supports **308** may include a relatively narrow tip section that can be inserted into a receiving hole in the back of the substrate and then a wider section against which the substrate can rest.

The housing **300** may also include multiple extensions **310** (e.g., sleeves) that provide screw holes or locations for captive screws that can be used to couple the substrate to the housing **300**. Other extensions **312** may be configured to receive pins or other protrusions from a locking plate and/or fasteners, which will be described later in greater detail. Some or all of the extensions **312** may be accessible only from the rear side of the housing **300** and so are not shown as openings in FIG. **3A**.

As shown in FIG. **3B**, an alignment plate **314** may be used with the housing **300**. The use of an alignment plate is optional. The alignment plate **314**, when used, aids in aligning multiple panels on the frame **106** to ensure that the resulting display surface has correctly aligned pixels both horizontally and vertically. To accomplish this, the alignment plate **314** includes tabs **316** and slots **318** (FIG. **3F**). Each tab **316** fits into the slot **318** of an adjoining alignment plate (if present) and each slot **318** receives a tab from an adjoining alignment plate (if present). This provides an interlocking series of alignment plates. As each alignment plate **314** is coupled to or part of a housing **300**, this results in correctly aligning the panels on the frame **106**.

It is understood that, in some embodiments, the alignment plate **314** may be formed as part of the panel or the alignment functionality provided by the alignment plate **314** may be achieved in other ways. In still other embodiments, a single alignment panel **314** may be formed to receive multiple panels, rather than a single panel as shown in FIG. **3B**.

In other embodiments, the alignment functionality is eliminated. The design choice of whether to use alignment mechanisms (e.g., slots and grooves) is based upon a tradeoff between the additional alignment capability and the ease of assembly.

As shown in FIG. **3C**, the housing **300** may include beveled or otherwise non-squared edges **320**. This shaping of the edges enables panels to be positioned in a curved display without having large gaps appear as would occur if the edges were squared.

Referring to FIGS. **4A** and **4B**, one embodiment of a panel **400** is illustrated that may be similar or identical to one of the LED panels **104a-104t** of FIGS. **1A** and **1B**. The panel **400** may be based on a housing **401** that is similar or identical to the housing **300** of FIG. **3A**. FIG. **4A** illustrates a back view of the panel **400** and FIG. **4B** illustrates a top view. The panel **400** has a width W and a height H.

In the present example, the back includes a number of connection points that include a "power in" point **402**, a "data in" point **404**, a main "data out" point **406**, multiple slave data points **408**, and a "power out" point **410**. As will be discussed below, one embodiment of the invention provides for an integrated data and power cable, which reduces the number of ports. The power in point **402** enables the panel **400** to receive power from a power source, which may be another panel. The data in point **404** enables the panel to receive data from a data source, which may be another panel. The main data out point **406** enables the panel **400** to send data to another main panel. The multiple slave data points **408**, which are bi-directional in this example, enable the panel **400** to send data to one or more slave panels and to receive data from those slave panels. In some embodiments, the main data out point **406** and the slave data out points **408** may be combined. The power out point **410** enables the panel **400** to send power to another panel.

The connection points may be provided in various ways. For example, in one embodiment, the connection points may be jacks configured to receive corresponding plugs. In another embodiment, a cable may extend from the back panel with a connector (e.g., a jack or plug) affixed to the external

US 9,349,306 B2

9

end of the cable to provide an interface for another connector. It is understood that the connection points may be positioned and organized in many different ways.

Inside the panel, the power in point **402** and power out point **410** may be coupled to circuitry (not shown) as well as to a power supply. For example, the power in point **402** and power out point **410** may be coupled to the circuitry **222** of FIG. **2B**, as well as to the power supply **224**. In such embodiments, the circuitry **222** may aid in regulating the reception and transmission of power. In other embodiments, the power in point **402** and power out point **410** may by coupled only to the power supply **224** with a pass through power connection allowing some of the received power to be passed from the power in point **402** to the power out point **410**.

The data in point **404**, main data out point **406**, and slave data out points **408** may be coupled to the circuitry **222**. The circuitry **222** may aid in regulating the reception and transmission of the data. In some embodiments, the circuitry **222** may identify data used for the panel **400** and also send all data on to other coupled main and slave panels via the main data out point **406** and slave data out points **408**, respectively. In such embodiments, the other main and slave panels would then identify the information relevant to that particular panel from the data. In other embodiments, the circuitry **222** may remove the data needed for the panel **400** and selectively send data on to other coupled main and slave panels via the main data out point **406** and slave data out points **408**, respectively. For example, the circuitry **222** may send only data corresponding to a particular slave panel to that slave panel rather than sending all data and letting the slave panel identify the corresponding data.

The back panel also has coupling points **412** and **414**. In the example where the housing is supplied by the housing **300** of FIG. **3A**, the coupling points **412** and **414** may correspond to extensions **310** and **312**, respectively.

Referring specifically to FIG. **4B**, a top view of the panel **400** illustrates three sections of the housing **401**. The first section **416** includes the LEDs (not shown) and louvers **418**. The second section **420** and third section **422** may be used to house the circuitry **222** and power supply **224**. In the present example, the third section **422** is an extended section that may exist on main panels, but not slave panels, due to extra components needed by a main panel to distribute data. Depths D1, D2, and D3 correspond to sections **416**, **420**, and **422**, respectively.

Referring to FIG. **5**, one embodiment of a panel **500** is illustrated that may be similar or identical to the panel **400** of FIG. **4A** with the exception of a change in the slave data points **408**. In the embodiment of FIG. **4A**, the slave data points **408** are bi-directional connection points. In the present embodiment, separate slave "data in" points **502** and slave "data out" points **504** are provided. In other embodiments, the data points can be directional connection points.

Referring to FIGS. **6A** and **6B**, one embodiment of a panel **600** is illustrated that may be similar or identical to the panel **400** of FIG. **4A** except that the panel **600** is a slave panel. FIG. **6A** illustrates a back view of the panel **600** and FIG. **6B** illustrates a top view. The panel **400** has a width W and a height H. In the present embodiment, these are identical to the width W and height H of the panel **400** of FIG. **4A**. In one example, the width W can be between 1 and 4 feet and the height H can be between 0.5 and 4 feet, for example 1 foot by 2 feet. Of course, the invention is not limited to these specific dimensions.

In contrast to the main panel of FIG. **4A**, the back of the slave panel **600** has a more limited number of connection points that include a "power in" point **602**, a data point **604**,

10

and a "power out" point **606**. The power in point **602** enables the panel **600** to receive power from a power source, which may be another panel. The data point **604** enables the panel to receive data from a data source, which may be another panel. The power out point **606** enables the panel **600** to send power to another main panel. In the present example, the data point **604** is bi-directional, which corresponds to the main panel configuration illustrated in FIG. **4A**. The back panel also has coupling points **608** and **610**, which correspond to coupling points **412** and **414**, respectively, of FIG. **4A**. As discussed above, other embodiments use directional data connections.

Referring specifically to FIG. **6B**, a top view of the panel **600** illustrates two sections of the housing **601**. The first section **612** includes the LEDs (not shown) and louvers **614**. The second section **616** may be used to house the circuitry **222** and power supply **224**. In the present example, the extended section provided by the third section **422** of FIG. **4A** is not needed as the panel **600** does not pass data on to other panels. Depths D1 and D2 correspond to sections **612** and **616**, respectively. In the present embodiment, depths D1 and D2 are identical to depths D1 and D2 of the panel **400** of FIG. **4B**. In one example, the depth D1 can be between 1 and 4 inches and the depths D2 can be between 1 and 4 inches.

It is noted that the similarity in size of the panels **400** of FIG. **4A** and the panel **600** of FIG. **6A** enables the panels to be interchanged as needed. More specifically, as main panels and slave panels have an identical footprint in terms of height H, width W, and depth D1, their position on the frame **106** of FIGS. **1A** and **1B** does not matter from a size standpoint, but only from a functionality standpoint. Accordingly, the display **100** can be designed as desired using main panels and slave panels without the need to be concerned with how a particular panel will physically fit into a position on the frame. The design may then focus on issues such as the required functionality (e.g., whether a main panel is needed or a slave panel is sufficient) for a particular position and/or other issues such as weight and cost.

In some embodiments, the main panel **400** of FIG. **4A** may weigh more than the slave panel **600** due to the additional components present in the main panel **400**. The additional components may also make the main panel **400** more expensive to produce than the slave panel **600**. Therefore, a display that uses as many slave panels as possible while still meeting required criteria will generally cost less and weigh less than a display that uses more main panels.

Referring to FIG. **7**, one embodiment of a panel **700** is illustrated that may be similar or identical to the panel **600** of FIG. **6A** with the exception of a change in the data point **604**. In the embodiment of FIG. **6A**, the data point **604** is a bi-directional connection. In the present embodiment, a separate "data out" point **702** and a "data in" point **704** are provided, which corresponds to the main panel configuration illustrated in FIG. **5**.

Referring to FIGS. **8A-8M**, embodiments of a frame **800** are illustrated. For example, the frame **800** may provide a more detailed embodiment of the frame **106** of FIG. **1B**. As described previously, LED panels, such as the panels **104a-104t** of FIGS. **1A** and **1B**, may be mounted directly to the frame **800**. Accordingly, the frame **800** does not need to be designed to support heavy cabinets, but need only be able to support the panels **104a-104t** and associated cabling (e.g., power and data cables), and the frame **800** may be lighter than conventional frames that have to support cabinet based structures. For purposes of example, various references may be made to the panel **200** of FIG. **2A**, the housing **300** of FIG. **3A**, and the panel **400** of FIG. **4A**.

11

12

In the present example, the frame **800** is designed to support LED panels **802** in a configuration that is ten panels high and thirty-two panels wide. While the size of the panels **802** may vary, in the current embodiment this provides a display surface that is approximately fifty feet and four inches wide (50' 4") and fifteen feet and eight and three-quarters inches high (15' 8.75").

It is understood that all measurements and materials described with respect to FIGS. **8A**-**8M** are for purposes of example only and are not intended to be limiting. Accordingly, many different lengths, heights, thicknesses, and other dimensional and/or material changes may be made to the embodiments of FIGS. **8A**-**8M**.

Referring now to FIG. **8B**, a back view of the frame **800** is illustrated. The frame **800** includes a top bar **804**, a bottom bar **806**, a left bar **808**, a right bar **810**, and multiple vertical bars **812** that connect the top bar **804** and bottom bar **806**. In some embodiments, additional horizontal bars **814** may be present.

The frame **800** may be constructed of various materials, including metals. For example, the top bar **804**, the bottom bar **806**, the left bar **808**, and the right bar **810** (e.g., the perimeter bars) may be made using a four inch aluminum association standard channel capable of bearing 1.738 lb/ft. The vertical bars **812** may be made using 2"×4"×½" aluminum tube capable of bearing a load of 3.23 lb/ft. it is understood that other embodiments will utilize other size components.

It is understood that these sizes and load bearing capacities are for purposes of illustration and are not intended to be limiting. However, conventional steel display frames needed to support conventional cabinet-based displays are typically much heavier than the frame **800**, which would likely not be strong enough to support a traditional cabinet-based display. For example, the frame **800** combined with the panels described herein may weigh at least fifty percent less than equivalent steel cabinet-based displays.

Referring to FIG. **8C**, a cutaway view of the frame **800** of FIG. **8B** taken along lines **A1**-**A1** is illustrated. The horizontal bars **810** are more clearly visible. More detailed views of FIG. **8C** are described below.

Referring now to FIG. **8D**, a more detailed view of the frame **800** of FIG. **8C** at location B1 is illustrated. The cutaway view shows the top bar **804** and a vertical bar **812**. A first flat bar **816** may be used with multiple fasteners **818** to couple the top bar **804** to the vertical bar **812** at the back of the frame **800**. A second flat bar **820** may be used with fasteners **821** to couple the top bar **804** to the vertical bar **812** at the front of the frame **800**. A front plate **902** belonging to a coupling mechanism **900** (described below with respect to FIG. **9A**) is illustrated. The second flat bar **820** may replace a back plate of the coupling mechanism **900**. In embodiments where the second flat bar **820** replaces the back plate, the second flat bar **820** may include one or more holes to provide accessibility to fasteners of the coupling mechanism **900**.

Referring to FIGS. **8E**-**8G**, various more detailed views of the frame **800** of FIG. **8C** are illustrated. FIG. **8E** provides a more detailed view of the frame **800** of FIG. **8C** at location B2. FIG. **8F** provides a cutaway view of the frame **800** of FIG. **8E** taken along lines C1-C1. FIG. **8G** provides a cutaway view of the frame **800** of FIG. **8E** taken along lines C2-C2.

A clip **822** may be coupled to a vertical bar **812** via one or more fasteners **824** and to the horizontal bar **814** via one or more fasteners **824**. In the present example, the clip **822** is positioned above the horizontal bar **814**, but it is understood that the clip **822** may be positioned below the horizontal bar **814** in other embodiments. In still other embodiments, the clip **822** may be placed partially inside the horizontal bar **814**

(e.g., a portion of the clip **822** may be placed through a slot or other opening in the horizontal bar **814**).

Referring to FIGS. **8H** and **8I**, various more detailed views of the frame **800** of FIG. **8C** are illustrated. FIG. **8H** provides a more detailed view of the frame **800** of FIG. **8C** at location B3. FIG. **8I** provides a cutaway view of the frame **800** of FIG. **8H** taken along lines D1-D1.

The cutaway view shows the bottom bar **806** and a vertical bar **812**. A first flat bar **826** may be used with multiple fasteners **828** to couple the bottom bar **806** to the vertical bar **812** at the back of the frame **800**. A second flat bar **830** may be used with fasteners **832** to couple the bottom bar **806** to the vertical bar **812** at the front of the frame **800**. A front plate **902** belonging to a coupling mechanism **900** (described below with respect to FIG. **9A**) is illustrated. The second flat bar **830** may replace a back plate of the coupling mechanism **900**. In embodiments where the second flat bar **830** replaces the back plate, the second flat bar **830** may include one or more holes to provide accessibility to fasteners of the coupling mechanism **900**.

Referring to FIGS. **8J** and **8K**, various more detailed views of the frame **800** of FIG. **8A** are illustrated. FIG. **8H** provides a more detailed view of the frame **800** of FIG. **8B** at location A2. FIG. **8K** provides a cutaway view of the frame **800** of FIG. **8J** taken along lines E1-E1. The two views show the bottom bar **806** and the left bar **808**. A clip **834** may be used with multiple fasteners **836** to couple the bottom bar **806** to the left bar **808** at the corner of the frame **800**.

Referring to FIGS. **8L** and **8M**, an alternative embodiment to FIG. **8E** is illustrated. FIG. **8L** provides a more detailed view of the frame **800** in the alternate embodiment. FIG. **8M** provides a cutaway view of the frame **800** of FIG. **8L** taken along lines F1-F1. In this embodiment, rather than using a horizontal bar **814**, a vertical bar **812** is coupled directly to a beam **840** using a clip **838**.

Referring to FIGS. **9A**-**9C**, one embodiment of a coupling mechanism **900** is illustrated that may be used to attach an LED panel (e.g., one of the panels 104*a*-104*t* of FIGS. **1A** and **1B**) to a frame (e.g., the frame **106** or the frame **800** of FIGS. **8A** and **8B**). For purposes of example, the coupling mechanism **900** is described as attaching the panel **200** of FIG. **2A** to the frame **800** of FIG. **8B**. In the present example, a single coupling mechanism **900** may attach up to four panels to the frame **800**. To accomplish this, the coupling mechanism **900** is positioned where the corners of four panels meet.

The coupling mechanism **900** includes a front plate **902** and a back plate **904**. The front plate **902** has an outer surface **906** that faces the back of a panel and an inner surface **908** that faces the frame **106**. The front plate **902** may include a center hole **910** and holes **912**. The center hole **910** may be countersunk relative to the outer surface **906** to allow a bolt head to sit at or below the outer surface **906**. Mounting pins **914** may extend from the outer surface **906**. The back plate **904** has an outer surface **916** that faces away from the frame **106** and an inner surface **918** that faces the frame **106**. The back plate **904** includes a center hole **920** and holes **922**.

In operation, the front plate **902** and back plate **904** are mounted on opposite sides of one of the vertical bars **808**, **810**, or **812** with the front plate **902** mounted on the panel side of the frame **800** and the back plate **904** mounted on the back side of the frame **800**. For purposes of example, a vertical bar **812** will be used. When mounted in this manner, the inner surface **908** of the front plate **902** and the inner surface **918** of the back plate **904** face one another. A fastener (e.g., a bolt) may be placed through the center hole **910** of the front plate **902**, through a hole in the vertical bar **812** of the frame **800**, and through the center hole **920** of the back plate **904**. This

US 9,349,306 B2

**13**

secures the front plate **902** and back plate **904** to the frame **800** with the mounting pins **914** extending away from the frame.

Using the housing **300** of FIG. 3A as an example, a panel is aligned on the frame **800** by inserting the appropriate mounting pin **914** into one of the holes in the back of the housing **300** provided by an extension **310/312**. It is understood that this occurs at each corner of the panel, so that the panel will be aligned with the frame **800** using four mounting pins **914** that correspond to four different coupling mechanisms **900**. It is noted that the pins **914** illustrated in FIG. 9C are horizontally aligned with the holes **912**, while the extensions illustrated in FIG. 3A are vertically aligned. As described previously, these are alternate embodiments and it is understood that the holes **912/pins 914** and extensions **310/312** should have a matching orientation and spacing.

Once in position, a fastener is inserted through the hole **922** of the back plate **904**, through the corresponding hole **912** of the front plate **902**, and into a threaded hole provided by an extension **310/312** in the panel **300**. This secures the panel to the frame **800**. It is understood that this occurs at each corner of the panel, so that the panel will be secured to the frame **800** using four different coupling mechanisms **900**. Accordingly, to attach or remove a panel, only four fasteners need be manipulated. The coupling mechanism **900** can remain in place to support up to three other panels.

In other embodiments, the front plate **902** is not needed. For example, in displays that are lighter in weight the back of the panel can abut directly with the beam. In other embodiments, the center hole **920** and corresponding bolt are not necessary. In other words the entire connection is made by the screws through the plate **904** into the panel.

The embodiment illustrated here shows a connection from the back of the display. In certain applications, access to the back of the panels is not available. For example, the display may be mounted directly on a building without a catwalk or other access. In this case, the holes in the panel can extend all the way through the panel with the bolts being applied through the panel and secured on the back. This is the opposite direction of what is shown in FIG. 9C.

More precise alignment may be provided by using an alignment plate, such as the alignment plate **314** of FIG. 3B, with each panel. For example, while positioning the panel and prior to tightening the coupling mechanism **900**, the tabs **316** of the alignment plate **314** for that panel may be inserted into slots **318** in surrounding alignment plates. The coupling mechanism **900** may then be tightened to secure the panel into place.

It is understood that many different configurations may be used for the coupling mechanism **400**. For example, the locations of holes and/or pins may be moved, more or fewer holes and/or pins may be provided, and other modifications may be made. It is further understood that many different coupling mechanisms may be used to attach an panel to the frame **106**. Such coupling mechanisms may use bolts, screws, latches, clips, and/or any other fastener suitable for removably attaching a panel to the frame **800**.

FIG. 10A illustrates the power connections, FIG. 10B illustrates data connections, FIG. 10C illustrates power connections, and FIG. 10D illustrates data connections.

Referring to FIGS. 10A and 10B, one embodiment of a 13×22 panel display **1000** is illustrated that includes two hundred and eighty-six panels arranged in thirteen rows and twenty-two columns. For purposes of example, the display **1000** uses the previously described main panel **400** of FIG. 4A (a 'B' panel) and the slave panel **600** of FIG. 6A (a 'C' panel). As described previously, these panels have a bi-directional input/output connection point for data communications

**14**

between the main panel and the slave panels. The rows are divided into two sections with the top section having seven rows and the bottom section having six rows. The B panels form the fourth row of each section and the remaining rows are C panels. FIGS. 10C and 10D provide enlarged views of a portion of FIGS. 10A and 10B, respectively.

As illustrated in FIG. 10A, power (e.g., 220V single phase) is provided to the top section via seven breakers (e.g., twenty amp breakers), with a breaker assigned to each of the seven rows. Power is provided to the bottom section via six breakers, with a breaker assigned to each of the six rows. In the present example, the power is provided in a serial manner along a row, with power provided to the first column panel via the power source, to the second column panel via the first panel, to the third column panel via the second panel, and so on for the entire row. Accordingly, if a panel is removed or the power for a panel is unplugged, the remainder of the panels in the row will lose power.

As illustrated in FIG. 10B, data is sent from a data source **1002** (e.g., a computer) to the top section via one line and to the bottom section via another line. In some embodiments, as illustrated, the data lines may be connected to provide a loop. In the present example, the data is provided to the B panels that form the fourth row of each section. The B panels in the fourth row feed the data both vertically along the column and in a serial manner along the row. For example, the B panel at row four, column two (**r4:c2**), sends data to the C panels in rows one, two, three, five, six, and seven of column two (**r1-3:c2** and **r5-7:c2**), as well as to the B panel at row four, column three (**r4:c3**). Accordingly, if a B panel in row four is removed or the data cables are unplugged, the remainder of the panels in the column fed by that panel will lose their data connection. The next columns will also lose their data connections unless the loop allows data to reach them in the opposite direction.

It is understood that the data lines may be bi-directional. In some embodiments, an input line and an output line may be provided, rather than a single bi-directional line as illustrated in FIGS. 10A and 10B. In such embodiments, the panels may be configured with additional input and/or output connections. An example of this is provided below in FIGS. 11A and 11B.

Referring to FIGS. 11A and 11B, one embodiment of a 16×18 panel display **1100** is illustrated that includes two hundred and eighty-eight panels arranged in sixteen rows and eighteen columns. Each power line connects to a single 110 v 20 amp breaker. All external power cables are 14 AWG SOW UL while internal power cables must be 14 AWG UL. For purposes of example, the display **1100** uses the previously described main panel **500** of FIG. 5 (a 'B' panel) and the slave panel **700** of FIG. 7 (a 'C' panel). As described previously, these panels have separate input and outpoint connection points for data communications between the main panel and the slave panels. FIGS. 11C and 11D provide enlarged views of a portion of FIGS. 11A and 11B, respectively.

As illustrated in FIG. 11A, power is provided from a power source directly to the first column panel and the tenth column panel of each row via a power line connected to a single 110V, 20 A breaker. Those panels then feed the power in a serial manner. For example, the power is provided to the first column panel via the power source, to the second column panel via the first panel, to the third column panel via the second panel, and so on until the ninth column panel is reached for that row. The ninth column panel does not feed power to another panel because power is provided directly to the tenth column panel via the power source. Power is then provided to the eleventh column panel via the tenth panel, to

15                                                      16

the twelfth column panel via the eleventh panel, and so on until the end of the row is reached. Accordingly, if a panel is removed or the power for a panel is unplugged, the remainder of the panels in the row that rely on that panel for power will lose power.

Although not shown in FIG. 11B, the panels of the display 1100 may be divided into two sections for data purposes as illustrated previously with respect to FIG. 10B. Accordingly, as illustrated in FIG. 10B, data may be sent from a data source (e.g., a computer) to a top section via one line and to a bottom section via another line. As the present example illustrates the use of separate input and outpoint connection points for data communications between the main panel and the slave panels, data connections between B panels have been omitted for purposes of clarity.

In the present example, the data is provided to the B panels that form the fourth row of each section. The B panels in the fourth row feed the data both vertically along the column and in a serial manner along the row (as shown in FIG. 10B). For example, the B panel at row four, column two (r4:c2), sends data to the C panels in rows one, two, three, five, six, seven, and eight of column two (r1-3:c2 and r5-8:c2), as well as to the B panel at row four, column three (r4:c3). Accordingly, if a B panel in row four is removed or the data cables are unplugged, the remainder of the panels in the column fed by that panel will lose their data connections. The next columns will also lose their data connections unless the loop allows data to reach them in the opposite direction.

Referring to FIGS. 12A and 12B, one embodiment of a 19×10 panel two face display 1100 is illustrated that includes three hundred and eighty panels arranged in two displays of nineteen rows and ten columns. Each face requires 19 110V 20 AMP circuit breakers. For purposes of example, the display 1100 uses the previously described main panel 500 of FIG. 5 (a 'B' panel) and the slave panel 700 of FIG. 7 (a 'C' panel). As described previously, these panels have separate input and outpoint connection points for data communications between the main panel and the slave panels. FIGS. 12C and 12D provide enlarged views of a portion of FIGS. 12A and 12B, respectively.

As illustrated in FIG. 12A, power is provided from a power source directly to the first column panel of each face via a power line connected to a single 110V, 20 A breaker. Those panels then feed the power along the rows in a serial manner. For example, the power is provided to the first column panel of the first face via the power source, to the second column panel via the first panel, to the third column panel via the second panel, and so on until the last panel is reached for that row of that face. The tenth column panel does not feed power to the next face because power is provided directly to the first column of the second face via the power source. Power is then provided to the second column panel via the first panel, to the third column panel via the second panel, and so on until the last panel is reached for that row of that face. Accordingly, if a panel is removed or the power for a panel is unplugged, the remainder of the panels in the row that rely on that panel for power will lose power.

Although not shown in FIG. 12B, the panels of the display 1200 may be divided into three sections for data purposes as illustrated previously with respect to FIG. 10B. Accordingly, as illustrated in FIG. 10B, data may be sent from a data source (e.g., a computer) to the top section via one line, to a middle section via a second line, and to a bottom section via a third line. Each master control cabinet has six data cables and is configured to be in row 4. Two rows of cabinets use only 5 cables while the sixth cable is unused and tied back.

As the present example illustrates the use of separate input and outpoint connection points for data communications between the main panel and the slave panels, data connections between B panels have been omitted for purposes of clarity. However, a separate line may be run to the B panels in the first column of each face (which would require six lines in FIG. 12B), or the B panel in the last column of a row of one face may pass data to the B panel in the first column of a row of the next face (which would require three lines in FIG. 12B).

In the present example, the data is provided to the B panels that form the fourth row of each section. The B panels in the fourth row feed the data both vertically along the column and in a serial manner along the row (as shown in FIG. 10B). For example, the B panel at row four, column two (r4:c2), sends data to the C panels in rows one, two, three, five, and six of column two (r1-3:c2 and r5-6:c2), as well as to the B panel at row four, column three (r4:c3). Accordingly, if a B panel in row four is removed or the data cables are unplugged, the remainder of the panels in the column fed by that panel will lose their data connection. The next columns will also lose their data connections unless the loop allows data to reach them in the opposite direction.

FIG. 13 illustrates a modular display panel in accordance with embodiments of the present invention. FIG. 14 illustrates a modular display panel attached to a supporting frame in accordance with an embodiment of the present invention. FIG. 15 illustrates a frame used to provide mechanical support to the modular display panel in accordance with an embodiment of the present invention.

The multi-panel modular display panel 1300 comprises a plurality of LED display panels 1350. In various embodiments describe herein, the light emitting diode (LED) display panels 1350 are attached to a frame 1310 or skeletal structure that provides the framework for supporting the LED display panels 1350. The LED display panels 1350 are stacked next to each other and securely attached to the frame 1310 using attachment plate 1450, which may be a corner plate in one embodiment. The attachment plate 1450 may comprise holes through which attachment features 1490 may be screwed in, for example.

Referring to FIGS. 13 and 14, the LED display panels 1350 are arranged in an array of rows and columns. Each LED display panel 1350 of each row is electrically connected to an adjacent LED display panel 1350 within that row.

Referring to FIG. 15, the frame 1310 provides mechanical support and electrical connectivity to each of the LED display panels 1350. The frame 1310 comprises a plurality of beams 1320 forming the mechanical structure. The frame 1310 comprises a top bar, a bottom bar, a left bar, a right bar, and a plurality of vertical bars extending from the top bar to the bottom bar, the vertical bars disposed between the left bar and the right bar. The top bar, the bottom bar, the left bar and the right bar comprise four inch aluminum bars and wherein the vertical bars comprise 2"×4"×½" aluminum tubes. The top bar, the bottom bar, the left bar and the right bar are each capable of bearing a load of 1.738 lb/ft and wherein the vertical bars are each capable of bearing a load of 3.23 lb/ft.

The frame 1310 may include support structures for the electrical cables, data cables, electrical power box powering the LED displays panels 1350, data receiver box controlling power, data, and communication to the LED displays panels 1350.

However, the frame 1310 does not include any additional enclosures to protect the LED panels, data, power cables from the environment. Rather, the frame 1310 is exposed to the elements and further exposes the LED display panels 1350 to the environment. The frame 1310 also does not include air

US 9,349,306 B2

17

conditioning, fans, heating units to maintain the temperature of the LED display panels **1350**. Rather, the LED display panels **1350** are hermetically sealed themselves and are designed to be exposed to the outside ambient. Further, in various embodiments, there are not additional cabinets that are attached to the frame **1310** or used for housing the LED display panels **1350**. Accordingly, in various embodiments, the multi-panel modular display panel **1300** is designed to be only passively cooled.

FIGS. **38A-38E** illustrate specific examples of and assembled display system **1300** and a frame **1310**. As shown in FIG. **38**A, the modular display system **1300** includes a number of LED display panels **1350** mounted to frame **1310**. One of the display panels has been removed in the lower corner to illustrate the modular nature of the display. In this particular example, access is provided to the back of the modular display through a cage **1390** that includes an enclosed catwalk. Since the display system **1300** is generally highly elevated, a ladder (see FIG. **38**C) provides access to the catwalk. A side view of the display system is shown in FIG. **38**B and back views are shown in FIGS. **38**C and **38**D. FIG. **38**D further illustrates the cables of the panels interlocked for safe transportation.

FIG. **38**E illustrates the frame **1310** without the display panels **1350**. In this embodiment the beams **1320** that form that outer frame are bigger than the interior beams **1325**. In this case, the interior beams **1325** are aligned in a plane outside those of the frame beams **1322**. The plates **1315** are also shown in the figure. Upon installation, these plates will be rotated by 90 degrees and fasten to the display panels.

FIG. **16**, which includes FIGS. **16A-16C**, illustrates an attachment plate used to attach one or more modular display panels to the frame in accordance with an embodiment of the present invention. FIG. **16**A illustrates a projection view while FIG. **16**B illustrates a top view and FIG. **16**C illustrates a cross-sectional view.

Referring to FIGS. **16A-16C**, the attachment plate **1450** may comprise one or more through openings **1460** for enabling attachment features such as screws to go through. Referring to FIG. **16**C, the attachment plate **1450** comprises a top surface **1451** and a bottom surface **1452**. The height of the pillars **1480** may be adjusted to provide a good fit for the display panel. Advantageously, because the frame **1310** is not screw mounted to the display panel **1350**, the display panel **1350** may be moved during mounting. This allows for improved alignment of the display panels resulting in improved picture output. An alignment plate could also be used as described above.

Accordingly, in various embodiments, the height of the pillars **1480** is about the same as the beams **1320** of the frame **1310**. In one or more embodiments, the height of the pillars **1480** is slightly more than the thickness of the beams **1320** of the frame **1310**.

FIGS. **16**D and **16**E illustrate another embodiment of the attachment plate **1450**. In this example, the plate is rectangular shaped and not a square. For example, the length can be two to four times longer than the width. In one example, the length is about 9 inches while the width is about 3 inches. The holes in the center of the plate are optional. Conversely, these types of holes could be added to the embodiment of FIGS. **16**A and **16**B. In other embodiments, other shaped plates **1450** can be used.

FIG. **17** illustrates a magnified view of the attachment plate or a connecting plate, frame, and display panel after mounting in accordance with embodiments of the present invention.

Referring to FIG. **17**, one or more attachment features **1490** may be used to connect the attachment plate **1450** to the

18

display panel **1350**. In the embodiment illustrated in FIG. **17**, the attachment plate **1450** is a corner plate. Each corner plate is mechanically connected to corners of four of the LED display panels **1350** to secure the LED display panels **1350** to the respective beams **1320** of the frame **1310**.

FIG. **17** illustrates that the attachment features **1490** is attached using the through openings **1460** in the attachment plate **1450**. The frame is between the attachment plate **1450** and the display panel **1350**.

In the embodiment of FIG. **17**, the beam **1320** physically contacts the display panel **1350**. In another embodiment, a second plate (not shown here) could be included between the beam **1320** and the display panel **1350**. The plate could be a solid material such as a metal plate or could be a conforming material such as a rubber material embedded with metal particles. In either case, it is desirable that the plate be thermally conductive.

FIG. **18** illustrates one unit of the modular display panel in accordance with an embodiment of the present invention.

FIG. **18** illustrates one of the multi-panel modular display panel **1300** comprising an input cable **1360** and an output cable **1365**. The LED display panels **1350** are electrically connected for data and for power using the input cable **1360** and the output cable **1365**.

Each modular LED display panel **1350** is capable of receiving input using an integrated data and power cable from a preceding modular LED display panel and providing an output using another integrated data and power cable to a succeeding modular LED display panel. Each cable ends with an endpoint device or connector, which is a socket or alternatively a plug.

Referring to FIG. **18**, in accordance with an embodiment, a LED display panel **1350** comprises an attached input cable **1360** and an output cable **1365**, a first connector **1370**, a second connector **1375**, a sealing cover **1380**. The sealing cover **1380** is configured to go over the second connector **1375** thereby hermetically sealing both ends (first connector **1370** and the second connector **1375**). The sealing cover **1380**, which also includes a locking feature, locks the two cables together securely. As will be described further, the input cable **1360** and the output cable **1365** comprise integrated data and power wires with appropriate insulation separating them.

FIG. **19** illustrates two display panels next to each other and connected through the cables such that the output cable **1365** of the left display panel **1350** is connected with the input cable **1360** of the next display panel **1350**. The sealing cover **1380** locks the two cables together as described above.

FIG. **20** illustrates a modular multi-panel display system comprising a plurality of LED display panels connected together using the afore-mentioned cables.

Referring to FIG. **20**, for each row, a LED display panel **1350** at a first end receives an input data connection from a data source and has an output data connection to a next LED display panel in the row. Each further LED display panel **1350** provides data to a next adjacent LED display panel until a LED display panel **1350** at second end of the row is reached. The power line is run across each row to power the LED display panels **1350** in that row.

In one embodiment, the plurality of LED display panels **1350** includes 320 LED display panels **1350** arranged in ten rows and thirty-two columns so that the integrated display panel **1300** has a display surface that is approximately fifty feet and four inches wide and fifteen feet and eight and three-quarters inches high.

In various embodiments, as illustrated in FIGS. **14** and **20**, a data receiver box **1400** is mounted to the mechanical sup-

US 9,349,306 B2

**19**

port structure or frame **1310**. The data receiver box **1400** is configured to provide power, data, and communication to the LED display panels **1350**. With a shared receiver box **1400**, the panels themselves do not need their own receiver card. This configuration saves cost and weight.

FIG. **21**, which includes FIGS. **21**A-**21**C, illustrates an alternative embodiment of the modular display panel attached to a supporting frame in accordance with an embodiment of the present invention. FIGS. **21**B and **21**C illustrate alternative structural embodiments of the supporting frame.

This embodiment differs from embodiment described in FIG. **14** in that the horizontal beams **1320**A may be used to support the display panels **1350**. In one embodiment, both horizontal beams **1320**A and vertical beams **1320**B may be used to support the display panels **1350**. In another embodiment, horizontal beams **1320**A but not the vertical beams **1320**B may be used to support the display panels **1350**.

FIG. **21**B illustrates an alternative embodiment including additional beams **1320**C, which may be narrower than the other beams of the frame. One or more of the thinner beams **1320**C may be placed between the regular sized vertical beams **1320**B.

FIG. **21**C illustrates a further embodiment illustrating both a top view, bottom view and side view of a frame. The frame **1310** may be attached to a wall or other structure using plates **1315**. The frame **1310** may comprise a plurality of vertical beams and horizontal beams. In one embodiment, the frame **1310** comprises an outer frame having a top bar, a bottom bar, a left bar and a right bar. A display panel **1350** may be supported between two adjacent beams **1320** marked as L3 beams, which may be thinner (smaller diameter) and lighter than the thicker and heavier load bearing beams **1321** marked as L2 beams used for forming the outer frame. As an illustration, the L2 beams may be 4″ while the L3 beams may be 3″ in one example.

FIG. **22** illustrates a method of assembling a modular multi-panel display system in accordance with an embodiment of the present invention. FIG. **22** illustrates a method of assembling the multi-panel display system discussed in various embodiments, for example, FIG. **14**.

A mechanical support structure such as the frame **1310** described above is assembled taking into account various parameters such as the size and weight of the multi-panel display, location and zoning requirements, and others (box **1501**). For example, as previously described, the mechanical support structure includes a plurality of vertical bars and horizontal bars. The mechanical support structure may be fabricated from a corrosion resistant material in one or more embodiments. For example, the mechanical support structure may be coated with a weather-proofing coating that prevents the underlying substrate from corroding.

A plurality of LED display panels are mounted on to the mechanical support structure so as to form an integrated display panel that includes an array of rows and columns of LED display panels as described in various embodiments (box **1503**). Each of the LED display panels is hermetically sealed. Mounting the LED display panels may comprise mounting each LED display panel a respective vertical beam using an attachment plate.

Each of the LED display panels is electrically connected to a data source and to a power source (box **1505**). For example, a first LED display panel in each row is electrically coupled to the display source. The other LED display panels in each row may be daisy-chain coupled to an adjacent LED display panel (e.g., as illustrated in FIG. **20**).

Since the assembled display structure is light weight, significant assembly advantages can be achieved. For example,

**20**

the panels can be assembled within a warehouse that is remote from the final location where the display will be utilized. In other words, the panels can be assembled at a first location, shipped to second location and finalized at the second location.

An illustration of two assembled displays that are ready for shipment is provided in FIG. **39**. These displays can be quite large, for example much larger than a 14×48 panel display. In some cases, a single display system is shipped as a series of sub-assemblies, e.g., as shown in the figure, and then assembled into a full display on location.

In various embodiments, the assembled multi-panel display system includes no cabinets. The assembled multi-panel display system is cooled passively and includes no air conditioning or fans.

FIG. **23** illustrates a method of maintaining a modular multi-panel display that includes a mechanical support structure and a plurality of LED display panels detachably coupled to the mechanical support structure without a cabinet. Each LED display panel is mechanically coupled to the mechanical support structure and three other lighting panels by a corner plate.

Referring to FIG. **23**, a defect is identified in one of the LED display panel so as to identify a defective LED display panel (box **1511**). The identification of the defective LED display panel may be performed manually or automatically. For example, a control loop monitoring the display system may provide a warning or error signal identifying the location of the defect.

In one embodiment, the health of a panel and/or the health of individual pixels can be determined. To determine the health of the panel, the power supply for each of the panels is monitored. If a lack of power is detected at any of the supplies a warning message is sent. For example, it can be determined that one of the power supplies has ceased to supply power. In the illustrated example, the message is sent from the power supply to the communication ship within the panel and then back to the receiving card. From the receiving card a message can be sent to the sending card or otherwise. For example, the message could generate a text to be provided to a repair station or person. In one example, a wireless transmitter is provided in the receiving card so that the warning message can be sent via a wireless network, e.g., a cellular data network. Upon receipt of the warning message, a maintenance provider can view the display, e.g., using a camera directed at the display.

In another embodiment, the health of individual pixels is determined, for example, by having each panel include circuitry to monitor the power being consumed by each pixel. If any pixel is determined to be failing, a warding message can be generated as discussed above. The pixel level health check can be used separately from or in combination with the panel level health check.

These embodiments would use bi-directional data communication between the panels and the receiver box. Image data will be transferred from the receiver box to the panels, e.g., along each row, and health and other monitoring data can be transferred from the panels back to the receiver. In addition to, or instead of, the health data discussed other data such as temperature, power consumption or mechanical data (e.g., sensing whether the panel has moved) can be provided from the panel.

If a decision is made to replace the defective LED display panel, the defective LED display panel is electrically disconnected from the multi-panel display (box **1512**). The attachment plate securely holding the LED display panel to the frame is removed from the defective LED display panel (box

US 9,349,306 B2

21

1513). In one or more embodiments, four attachment plates are removed so as to remove a single LED display panel. This is because one attachment plate has to be removed from a respective corner of the defective LED display panel.

The defective LED display panel is next removed from the multi-panel display (box **1514**). A replacement LED display panel is placed in a location formerly taken by the defective LED display panel (box **1515**). The attachment plate is reattached to the replacement LED display panel securely mounting the replacement LED display panel back to the display system (box **1516**). Similarly, four attachment plates have to be reattached in the above example. The replacement LED display panel is electrically reconnected to the multi-panel display (box **1517**).

FIG. **24**, which includes FIGS. **24**A and **24**B, illustrates a display panel in accordance with an embodiment of the present invention. FIG. **24**A illustrates a cross-sectional view of a display panel while FIG. **24**B illustrates a schematic of the display panel. FIG. **24**C illustrates a schematic of the LED array as controlled by the receiver circuit in accordance with an embodiment of the present invention.

Referring to FIG. **24**A, the modular LED display panel comprises a plurality of LEDs **1610** mounted on one or more printed circuit boards (PCBs) **1620**, which are housed within a hermetically sealed enclosure or casing. A framework of louvers **1630** is attached to the PCB **1620** using an adhesive **1640**, which prevents moisture from reaching the PCB. However, the LEDs **1610** are directly exposed to the ambient in the direction of light emission. The LEDs **1610** themselves are water repellent and therefore are not damaged even if exposed to water. The louvers **1630** rise above the surface of the LEDs and help to minimize reflection and scattering of external light, which can otherwise degrade the quality of light output from the LEDs **1610**.

The PCB is mounted within a cavity of an enclosure, which may be a plastic casing **1650**. A heat sink **1660** is attached between the PCB **1620** and the casing **1650** and contacts both the PCB **1620** and the casing **1650** to maximize heat extraction. A thermal grease may be used between the back side of the casing **1650** and the PCB **1620** to improve thermal conduction. In one example embodiment, the thermal grease is between the heat sink **1660** and the back side of the casing **1650**. In a further example embodiment, the thermal grease is between the PCB **1620** and the heat sink **1660**.

A receiver circuit **1625** is mounted on the PCB **1620**. The receiver circuit **1625** may be a single chip in one embodiment. Alternatively, multiple components may be mounted on the PCB **1620**. The receiver circuit **1625** may be configured to process the received media and control the operation of the LEDs **1610** individual. For example, the receiver circuit **1625** may determine the color of the LED to be displayed at each location (pixel). Similarly, the receiver circuit **1625** may determine the brightness at each pixel location, for example, by controlling the current supplied to the LED.

The air gap within the cavity is minimized so that heat is conducted out more efficiently. Thermally conductive standoffs **1626** may be introduced between the PCB **1620** to minimize the air gap, for example, between the receiver circuit **1625** and the heat sink **1660**. The PCB **1620** is designed to maximize heat extraction from the LEDs **1610** to the heat sink **1660**. As described previously, the casing **1650** of the display panel **1350** has openings through which an input cable **1360** and output cable **1365** may be attached. The cables may have connectors or plugs for connecting to an adjacent panel or alternatively the casing **1650** may simply have input and output sockets.

22

A power supply unit **1670** may be mounted over the casing **1650** for powering the LEDs **1610**. The power supply unit **1670** may comprise a LED driver in various embodiments. The LED driver may include a power converter for converting ac to dc, which is supplied to the LEDs **1610**. Alternatively, the LED driver may comprise a down converter that down converts the voltage suitable for driving the LEDs **1610**. For example, the down converter may down convert a dc voltage at a first level to a dc voltage at a second level that is lower than the first level. This is done so that large dc currents are not carried on the power cables. The LED driver is configured to provide a constant dc current to the LEDs **1610**.

Examples of down converters (dc to dc converters) include linear regulators and switched mode converters such as buck converters. In further embodiments, the output from the power supply unit **1670** is isolated from the input power. According, in various embodiments, the power supply unit **1670** may comprise a transformer. As further example, in one or more embodiments, the power supply unit **1670** may comprise a forward, half-bridge, full-bridge, push-pull topologies.

The power supply unit **1670** may be placed inside a faraday cage to minimize RF interference to other components. The LED driver of the power supply unit **1670** may also include a control loop for controlling the output current. In various embodiments, the display panel **1350** is sealed to an IP 67 standard. As discussed herein, other ratings are possible.

FIG. **24**B illustrates a system diagram schematic of the display panel in accordance with an embodiment of the present invention.

Referring to FIG. **24**B, a data and power signal received at the input cable **1360** is processed at an interface circuit **1651**. The incoming power is provided to the LED driver **1653**. Another output from the incoming power is provided to the output cable **1365**. This provides redundancy so that even if a component in the display panel **1350** is not working, the output power is not disturbed. Similarly, the output cable **1365** includes all the data packets being received in the input cable **1360**.

The interface circuit **1651** provides the received data packets to the graphics processor **1657** through a receiver bus **1654**. In some embodiments, the interface circuit **1651** provides only the data packets intended for the display panel **1350**. In other embodiment, the interface circuit **1651** provides all incoming data packets to the graphics processor **1657**. For example, the graphics processor **1657** may perform any decoding of the received media. The graphics processor **1657** may use the buffer memory **1655** or frame buffer as needed to store media packets during processing.

A scan controller **1659**, which may include an address decoder, receives the media to be displayed and identifies individual LEDs in the LEDs **1610** that need to be controlled. The scan controller **1659** may determine an individual LEDs color, brightness, refresh time, and other parameters associated to generate the display. In one embodiment, the scan controller **1659** may provide this information to the LED driver **1653**, which selects the appropriate current for the particular LED.

Alternatively, the scan controller **1659** may interface directly with the LEDs **1610** in one embodiment. For example, the LED driver **1653** provides a constant current to the LEDs **1610** while the scan controller **1659** controls the select line needed to turn ON or OFF a particular LED. Further, in various embodiments, the scan controller **1659** may be integrated into the LED driver **1653**.

US 9,349,306 B2

23

FIG. **24**C illustrates a schematic of the LED array as controlled by the receiver circuit in accordance with an embodiment of the present invention.

Referring to FIG. **24**C, the row selector **1661** and column selector **1662**, which may be part of the circuitry of the scan controller **1659** described previously, may be used to control individual pixels in the array of the LEDs **1610**. For example, at each pixel location, the color of the pixel is selected by powering one or more combination of red, blue, green, and white LEDs. The row selector **1661** and column selector **1662** include control circuitry for performing this operation as an example.

FIG. **25**, which includes FIGS. **25**A-**25**D, illustrates a display panel in accordance with an embodiment of the present invention.

FIG. **25**A illustrates a projection view of the back side of the display panel, FIG. **25**B illustrates a planar back side of the display panel, and FIG. **25**C illustrates a planar bottom view while FIG. **25**D illustrates a side view.

Referring to FIG. **25**A, the display panel **1350** comprises a casing **1650**, which includes casing holes **1710** for attaching the attachment features **1490** (e.g., FIG. **14**) and openings for the input cable **1360** and the output cable **1365**.

A power supply unit **1670** is mounted over the casing **1650** and protrudes away from the back side. The casing **1650** may also include stacking features **1730** that may be used to stack the display panels **1350** correctly. For example, the stacking features **1730** may indicate the path in which data cables are moving and which end of the casing **1650**, if any, has to placed pointing up. The casing **1650** may further include a handle **1720** for lifting the display panel **1350**.

The housing of the power supply unit **1670**, which may be made of plastic, may include fins **1671** for maximizing heat extraction from the power supply unit **1670**. The power supply unit **1670** may be screwed into the casing **1650**.

FIG. **26** illustrates a planar view of a portion of the front side of the display panel in according with an embodiment of the present invention.

Referring to FIG. **26**, a plurality of LEDs **1610** is exposed between the framework of louvers **1630** comprising a plurality of support strips **1631** and a plurality of ridges **1632**. The plurality of support strips **1631** and the plurality of ridges **1632** are attached to the PCB below using an adhesive as described previously. The framework of louvers **1630** may also be screwed at the corners or spaced apart distances to provide improved mechanical support and mitigate issues related to adhesive peeling.

The display panel discussed thus far has the advantage of being self-cooling, waterproof and light-weight. A plastic material, e.g., an industrial plastic, can be used for the housing. Within the housing, the LED board (or boards) are enclosed without any significant air gaps (or no air gaps at all). In some embodiments, a heat conductive material can be attached to both the back of the LED board and the inner surface of the housing to facilitate heat transfer. This material can be a thermally conductive sheet of material such as a metal (e.g., an aluminum plate) and/or a thermal grease.

The power supply is mounted outside the LED board housing and can also be passively cooled. As discussed herein, a thermally conductive material can be included between the power supply and the LED board, e.g., between the power supply housing and the LED panel enclosure. A thermally conductive material could also line some or all of the surfaces of the power supply housing.

While the discussion thus far has related to the self-cooling panel, it is understood that many of the embodiments discussed herein also applied to fan-cooled assemblies. Two

24

views of a fan cooled display panel are shown in FIGS. **40**A and **40**B. As an example, these panels can be mounted as disclosed with regard to FIG. **14** as well as the other embodiments. Other features described herein could also be used with this type of a display panel.

FIG. **27**, which includes FIGS. **27**A-**27**C, illustrates cross-sectional views of the framework of louvers at the front side of the display panel in according with an embodiment of the present invention. FIG. **27** illustrates a cross-sectional along a direction perpendicular to the orientation of the plurality of ridges **1632** along the line **27-27** in FIG. **26**.

In various embodiments, the plurality of ridges **1632** is horizontal have a higher height than the plurality of support strips **1631**. Horizontally oriented plurality of ridges **1632** may be advantageously to remove or block water droplets from over the LEDs **1610**.

The relative height differences between the plurality of support strips **1631** and the plurality of ridges **1632** may be adjusted depending on the particular mounting location in one embodiment. Alternatively in other embodiments, these may be independent of the mounting location.

The sidewalls and structure of the plurality of ridges **1632** may be adjusted depending on various lighting conditions and need to prevent water from accumulating or streaking over the LEDs **1610**. FIG. **27**A illustrates a first embodiment in which the sidewalls of the plurality of ridges **1632** are perpendicular. FIG. **27**B illustrates a second embodiment in which the sidewalls of the plurality of ridges **1632** are perpendicular but the inside of the plurality of ridges **1632** is partially hollow enabling ease of fabrication. FIG. **27**C illustrates a different embodiment in which the sidewalls of the plurality of ridges **1632** are angled, for example, to prevent from other sources scattering of the LEDs **1610** and generating a diffuse light output.

FIG. **28** illustrates a plurality of display panels arranged next to each other in accordance with embodiments of the present invention.

In addition to the features described previously, in one or more embodiments, the display panels may include locking features **1760** such as tabs and other marks that may be used to correctly align the display panels precisely. For example, the locking features **1760** may comprise interlocking attachment points that are attached to an adjacent LED display panel.

FIGS. **29**A-**29**D illustrates a schematic of a control system for modular multi-panel display system in accordance with an embodiment of the present invention. FIG. **29**A illustrates a controller connected to the receiver box through a wired network connection. FIG. **29**B illustrates a controller connected to the receiver box through a wireless network connection. FIGS. **29**C and **29**D illustrate the power transmission scheme used in powering the modular multi-panel display system.

Data to be displayed at the multi-panel display system may be first received from a computer **1850**, which may be a media server, at a controller **1800**. The controller **1800**, which may also be part of the media server, may transmit the data to be displayed to one or more data receiver boxes **1400**. A very large display may include more than one receiver boxes **1400**. The data receiver boxes **1400** receive the data to be displayed from the controller **1800**, and distribute it across to the multiple display panels.

As described previously, a data receiver box **1400** is mounted to the mechanical support structure or frame **1310**. The data receiver box **1400** is configured to receive data from a controller **1800** and to provide power, data, and communication to the LED display panels **1350** through integrated

US 9,349,306 B2

25

power and data cables **1860**. The input cable **1360** and the output cable **1365** in FIG. **18** are specific applications of the integrated power and data cables **1860** illustrated in FIGS. **29**A and **29**B. The data receive box **1400** can eliminate the need for a receiver card in each panel. In other words, the panels of certain embodiments include no receiver card.

The controller **1800** may be a remotely located or located on-site in various embodiments. The controller **1800** is configured to provide data to display to the data receiver box **1400**. The output of the controller **1800** may be coupled through a network cable **1840** to the data receiver box **1400**. The data receiver box **1400** is housed in a housing that is separate from housings of each of the LED display panels **1300** (for example, FIG. **14**). Alternatively, the output of the controller **1800** may be coupled to an ingress router of the internet and the data receiver box **1400** may be coupled to an egress router if the controller **1800** is located remotely.

Referring to FIG. **29**A, the controller **1800** comprises a sending card **1810** and a power management unit (PMU) **1820**. The PMU **1820** receives power and provide operating voltage to the sending card **1810**. The sending card **1810** receives data through data cables and provides it to the output. The sending card **1810** may comprise receiver and transmitter circuitry in various embodiments for processing the received video, up-converting, and down converting. In one or more embodiments, the sending card **1810** may be configured to receive data from the respective data receiver box **1400**. The sending card **1810** may communicate with the data receiver box **1400** using an internet communication protocol such as Transmission Control Protocol and/or the Internet Protocol (TCP/IP) protocol in one embodiment. Alternatively, other suitable protocols may be used. In some embodiments, the communication between the sending card **1810** and the data receiver box **1400** may be performed using a secure protocol such as SSH or may be encrypted in others embodiments.

FIG. **29**B illustrates a controller connected to the receiver box through a wireless network connection in which the data to be displayed is transmitted and received using antennas **1831** at the controller **1800** and the data receiver box **1400**.

The data input **1830** may be coupled to a computer **1850**, for example, to a USB or DVI output. The computer **1850** may provide data to the sending card **1810**, for example, through the USB and/or DVI output.

The data receiver box **1400** connects the LED display panels with data to be displayed on the integrated display and with power to power each of the LED display panels **1350**. The data receiver box **1400** may transmit the media or data to be displayed in a suitable encoded format. In one or more embodiments, the data receiver box **1400** transmits analog video. For example, in one embodiment, composite video may be outputted by the data receiver box **1400**. Alternatively, in one embodiment, YPbPr analog component video may be outputted by the data receiver box **1400**.

Alternatively, in some embodiments, the data receiver box **1400** transmits digital video. The output video comprises video to be displayed encoded in a digital video format by each of the display panels under the data receiver box **1400**.

In one or more embodiments, the data receiver box **1400** creates multiple outputs, where each output is configured for each panel under its control. Alternatively, the display panels **1350** may be configured to decode the received data and select and display only the appropriate data intended to be displayed by that particular display panel **1350**.

FIGS. **29**C and **29**D illustrate the power transmission scheme used in powering the modular multi-panel display system.

26

FIG. **29**C illustrates the power conversion at the data receiver box **1400** produces a plurality of AC outputs that is transmitted to all the display panels. All the display panels **1350** on the same row receive output from the same AC output whereas display panels **1350** on a different row receive output from the different AC output. The power supply unit **1670** converts the received AC power to a DC current and supplies it to the LEDs **1610**.

FIG. **29**D is an alternative embodiment in which the AC to DC conversion is performed at the data receiver box **1400**. The power supply unit **1670** down converts the received voltage from a higher voltage to a lower voltage.

In either of the power transmission embodiments, the power line can be configured so that power is run across all of the row (or any other group of panels). In this manner, if the power supply of any one of the panels fails, the other panels will continue to operate. One way to assist in the maintenance of the display system is to monitor the power at each panel to determine if any of the panels has failed.

FIG. **30** illustrates a schematic of a sending card of the control system for modular multi-panel display system in accordance with an embodiment of the present invention.

The sending card **1810** may include an inbound network interface controller, a processor for processing, an outbound network interface controller for communicating with the data receiver boxes **1400** using a specific physical layer and data link layer standards. Display packets (media packaged as data packets intended for display) received at the inbound network interface controller may be processed at the processor and routed to the outbound network interface controller. The display packets may be buffered in a memory within the sending card **1810** if necessary. As an illustration, the processor in the sending card **1810** may performs functions such as routing table maintenance, path computations, and reachability propagation. The inbound network interface controller and the outbound network interface controller include adapters that perform inbound and outbound packet forwarding.

As an illustration, the sending card **1810** may include a route processor **1811**, which is used for computing the routing table, maintenance using routing protocols, and routing table lookup for a particular destination.

The sending card **1810** further may include multiple interface network controllers as described above. As an example, the inbound network interface controller may include an inbound packet forwarder **1812** to receive the display packet at an interface unit while the outbound network interface controller may include an outbound packet forwarder **1813** to forward the display packet out of another interface unit. The circuitry for the inbound packet forwarder **1812** and the outbound packet forwarder **1813** may be implemented separately in different chips or on the same chip in one or more embodiments.

The sending card **1810** also includes an optional packet processor **1814** for performing non-routing functions relating to the processing of the packet and a memory **1815**, for example, for route caching. For example, the packet processor **1814** may also perform media encoding in some embodiments. Additionally, in some embodiments, the sending card **1810** may include a high performance switch that enables them to exchange data and control messages between the inbound and the outbound network interface controllers. The communication between the various components of the sending card **1810** may be through a bus **1816**.

FIG. **31** illustrates a schematic of a data receiver box for modular multi-panel display system in accordance with an embodiment of the present invention.

US 9,349,306 B2

27

28

Referring to FIG. 31, a large multi-panel display modular system 1300 may include multiple data receiver box 1400 for displaying portions of the multi-panel modular display system 1300. The data receiver box 1400 receives the output of the controller 1800 through a network cable 1840. The data receiver box 1400 is configured to provide power, data, and communication to the LED display panels 1350 through integrated power and data cables 1860.

The data receiver box 1400 comprises an interface unit 1910 that receives the network data according to the internet protocol, e.g., TCP/IP. The data receiver box 1400 may include a designated IP address and therefore receives the output of the controller 1800 that is specifically sent to it. In case the controller 1800 and the data receiver box 1400 are part of the same local area network (LAN), the data receiver box 1400 may also receive data designated towards other similar data receiver boxes in the network. However, the interface unit 1910 is configured to select data based on the IP address and ignore data destined to other boxes. The interface unit 1910 includes necessary interface controllers, and may include circuitry for up-converting and down-converting signals.

The power management unit 1920 receives an ac input power for powering the data receiver box 1400 as well as the corresponding display panels 1350 that are controlled by the data receiver box 1400. In one embodiment, the power management unit 1920 comprises a switched mode power supply unit for providing power to the display panels 1350. The power management unit 1920 may be placed inside a faraday cage to minimize RF interference to other components. In various embodiments, the output from the power management unit 1920 is isolated from the input, which is connected to the AC mains. According, in various embodiments, the power management unit 1920 comprises a transformer. The primary side of the transformer is coupled to the AC mains whereas the secondary side of the transformer is coupled to the components of the data receiver box 1400. The power management unit 1920 may also include a control loop for controlling the output voltage. Depending on the output current and/or voltage, the primary side may be regulated.

As examples, in one or more embodiments, the power management unit 1920 may comprise a flyback, half-bridge, full-bridge, push-pull topologies.

The signal processing unit 1930 receives the media packets from the interface unit 1910. The signal processing unit 1930 may be configured to process media packets so as to distribute the media packets through parallel paths. In one or more embodiments, the signal processing unit 1930 may be configured to decode the media packets and encode them into another format, for example.

The system management unit 1940 receives the parallel paths of the media packets and combines with the power from the power management unit 1920. For example, the media packets destined for different rows of the display panels may be forwarded through different output paths using different integrated power and data cables 1860. The power for powering the display panels from the power management unit 1920 is also combined with the media packets and transmitted through the integrated power and data cables 1860.

FIG. 32 illustrates a method of assembling a modular multi-panel display in accordance with an embodiment of the present invention.

Referring to FIG. 32, a mechanical support structure such as a frame is assembled as described above in various embodiments (box 1921). A plurality of LED display panels is attached directly to the mechanical support structure using a plurality of coupling mechanisms (box 1922). A receiver box

is attached to the mechanical support structure (box 1923). The receiver box includes power circuitry with an ac power input and an ac power output. The receiver box further includes digital circuitry configured to process media data to be displayed by the LED display panels. AC power from the receiver box is electrically connected to each of the LED display panels (box 1924). Media data from the receiver box is electrically connected to each of the LED display panels (box 1925). For example, a plurality of integrated data and power cables are interconnected.

FIGS. 33-37 illustrate particular embodiments relating to integrated data and power cord for use with modular display panels.

FIG. 33 illustrates a cross-sectional view of an integrated data and power cord in accordance with embodiments. For example, the integrated data and power cord may be used as the integrated power and data cable 1860 in FIGS. 29A and 29B and/or the input cable 1360 or the output cable 1365 in FIG. 18.

Referring to FIG. 33, the integrated power and data cable 1860 includes a first plurality of wires 2011 for carrying data and a second plurality of wires 2012 for carrying power. The power may be a/c or dc. The first plurality of wires 2011 may include twisted pair. The length of the first plurality of wires 2011 and the second plurality of wires 2012 may be controlled to prevent the signal propagation delay within each LED display panel within a specific time. The first plurality of wires 2011 may be configured to transport data at a high bit rate, e.g., at least 1 Mbit/s and may be 100-1000 Mbit/s. To minimize noise, the cable 2010 as a whole may be shielded or the first plurality of wires 2011 may be shielded separately. The shielding may be accomplished by a conductive outer layer formed around the first and the second plurality of wires 2011 and 2012.

FIG. 34, which includes FIGS. 34A and 34B, illustrates cross-sectional views of connectors at the ends of the integrated data and power cable in accordance with embodiments of the present invention. FIG. 34A illustrates a first connector that is configured to fit or lock into a second connector illustrated in FIG. 34B. For example, the first connector 1370 and the second connector 1375 may be attached to corresponding input cable 1360 and output cable 1365 of the display panel 1350 as illustrated in FIG. 18.

In various embodiments, the endpoints of the input cable 1360 is opposite to the endpoints of the output cable 1365 so that they may be interlocked together or interlocked with an adjacent panel. For example, the endpoint of the integrated data and power input cable 1360 is interlocked with an endpoint of an integrated data and power output cable 1365 of an adjacent panel, for example, as illustrated in FIG. 19 and FIG. 20.

In one embodiment, a subset of the endpoints of the input cable 1360 is a male type pin while a remaining subset of the endpoints of the input cable 1360 is a female type pin. This advantageously allows the electrical connection to be made securely.

Referring to FIG. 34A, the first connector 1370 includes a plurality of first openings 2020 configured to receive a plurality of pins from another connector. The plurality of first openings 2020 comprises a conductive internal surface, which is a female pin, that is configured to establish an electrical contact with an incoming male pin. The first connector 1370 further includes a plurality of second openings 2030 configured to receive power male pins from another connector. Thus, the connector is designed to integrated power and data. The pins 2031 protrude out of the plurality of second

US 9,349,306 B2

29

openings **2030** and are configured to fit into corresponding openings (i.e., female pins) of another connector.

The diameters of the plurality of first openings **2020** and the plurality of second openings **2030** may be different to account for the different currents being carried through each.

The plurality of first openings **2020** and the plurality of second openings **2030** are formed inside a first protruding section **2070** that is configured to lock inside a second protruding section **2170** of another connector. The enclosing material **2040** provide insulation and protection against external elements such as water.

A sealing cover **1380** is configured to lock with the another connector and configured to prevent moisture from reaching inside the connector

As further illustrated in FIG. **34**B, the second connector **1375** is configured to receive a connector similar to the first connector **1370**. Thus, the pins **2121** of the second connector **1375** are configured to fit into the corresponding first openings **2020** of the first connector **1370**. The plurality of first openings **2120** may be optional and may not be used in some embodiments. Similarly, the plurality of second openings **2130** of the second connector **1375** comprises a conductive internal surface, which is a female pin, that is configured to establish an electrical contact with an incoming male pin.

Similar to FIG. **34**A, the plurality of first openings **2020** and the plurality of second openings **2030** of the second connector **1375** in FIG. **34**B are formed inside a second protruding section **2170** that is configured to lock with the first protruding section **2070** of another connector.

FIG. **35**, which includes FIGS. **35**A and **35**B, illustrates cross-sectional views showing the first connector locked with the second connector in accordance with embodiments of the present invention. FIG. **35**A illustrates the first connector aligned to the second connector, while FIG. **35**B illustrates the first connector securely locked to the second connector with the sealing cover sealing the connectors.

Referring to FIG. **35**A, the plurality of first openings **2020**, pins **2031** are connected to corresponding to first and the second plurality of wires **2011** and **2012** respectively. As illustrated, the electrical pins/openings of the first connector **1370** are configured to be lock with the electrical pins/openings of the second connector **1375**. Further, there may be additional mechanical locking points to secure the two connectors. In one embodiment, the first connector **1370** comprises a concentric opening **2041** configured to fit in a locking position with the concentric ring **2042** on the second connector **1375**.

As illustrated in FIG. **35**B, the first protruding section **2070** is disposed inside the second protruding section **2170** when locked. The sealing cover **1380** is moveable seals over the first and the second protruding sections **2070** and **2170** thereby preventing any moisture from entering into the connectors. The sealing cover **1380** may be able to screw over a portion of the second connector **1375** in the direction indicated by the arrow in FIG. **35**B in one embodiment.

FIG. **36**, which includes FIGS. **36**A and **36**B, illustrates one embodiment of the first connector previously illustrated in FIG. **34**A and FIGS. **35**A and **35**B. FIG. **36**A illustrates a planar top view while FIG. **36**B illustrates a projection view.

FIG. **37**, which includes FIGS. **37**A and **37**B, illustrates one embodiment of the second connector previously illustrated in FIG. **34**B and FIGS. **35**A and **35**B. FIG. **37**A illustrates a planar top view while FIG. **37**B illustrates a projection view.

Referring to FIGS. **36** and **37**, besides the features previously discussed, embodiments of the present invention may also radial alignment features for radially aligning the first

30

connector **1370** with the second connector **1375**. FIG. **36**A illustrates a first type of radial alignment features **2080** while FIG. **37**A illustrates a second type of radial alignment features **2180**. The first type of radial alignment features **2080** is configured to correctly align with the second type of radial alignment features **2180**.

Although the preferred embodiment has been described in detail, it should be understood that various changes, substitutions and alterations can be made therein without departing from the spirit and scope of the invention as defined by the appended claims.

What is claimed is:

**1**. A modular display panel comprising:

a casing having a recess,

   wherein the casing comprises attachment points for use in attachment as part of a multi-panel modular display,

   wherein the casing comprises a first side and an opposite second side,

   wherein the first side of the casing includes a surface that is part of an outer surface of the modular display panel;

a printed circuit board disposed in the recess;

a plurality of LEDs attached to a front side of the printed circuit board;

a driver circuit attached to the printed circuit board;

a power supply unit for powering the LEDs;

a framework of louvers disposed over the printed circuit board, the framework of louvers disposed between rows of the LEDs,

   wherein the modular display panel is sealed to be waterproof.

**2**. The panel of claim **1**, wherein the framework of louvers is attached to the printed circuit board using an adhesive.

**3**. The panel of claim **1**, a heat sink disposed between the casing and a back side of the printed circuit board, the heat sink thermally contacting both the casing and the printed circuit board.

**4**. The panel of claim **1**, further comprising a potting material overlying the printed circuit board.

**5**. The panel of claim **4**, wherein the panel is completely waterproof against submersion in up to 3 feet of water.

**6**. The panel of claim **4**, wherein the panel comprises an ingress protection (IP) rating of IP 65, IP 66, IP 67, or IP 68.

**7**. The panel of claim **1**, wherein the casing comprises a plastic casing or an aluminum casing.

**8**. The panel of claim **1**, further comprising a first data cable connector that is configured to be attached to a data cable of an adjacent preceding panel and a second data cable connector that is configured to be attached to a data cable of an adjacent succeeding panel.

**9**. The panel of claim **1**, further comprising a first cable connector and a second cable connector, each comprising an integrated data and power connector.

**10**. The panel of claim **1**, wherein the power supply unit is mounted over the casing.

**11**. The panel of claim **1**, wherein the power supply unit is disposed within the casing.

**12**. The panel of claim **1**, wherein the power supply unit comprises a power converter for converting ac power to dc power.

**13**. The panel of claim **1**, wherein the power supply unit comprises a down converter that down converts a dc voltage at a first level to a dc voltage at a second level that is lower than the first level.

**14**. The panel of claim **1**, wherein the attachment points comprise interlocking features.

US 9,349,306 B2

31

**15**. The panel of claim **1**, wherein the attachment points are located in each of four corner regions of the panel, wherein one or more attachment points are configured to mount a corner plate that is configured to mount to corresponding attachment points of three adjacent panels.

**16**. A modular multi-panel display system comprising:

a mechanical support structure; and

a plurality of LED display panels mounted to the mechanical support structure so as to form an integrated display panel;

wherein each LED display panel includes a casing having a recess,

wherein the casing comprises attachment points for attaching to an adjacent LED display panel;

wherein each LED display panel also includes a printed circuit board disposed in the recess,

wherein a plurality of LED modules are attached to the printed circuit board;

wherein each LED display panel also includes a power supply unit for powering the plurality of LED modules;

wherein each LED display panel with the casing is sealed to be waterproof and exposed to environment without use of any cabinets; and

wherein the modular multi-panel display system is cooled passively and includes no air conditioning, fans, or heating units.

**17**. The display system of claim **16**, wherein each LED display panel also includes a heat sink disposed between a back side of the casing and the printed circuit board, the heat sink thermally contacting the back side of the casing and the printed circuit board.

**18**. The display system of claim **16**, wherein each LED display panel further comprises a framework of louvers disposed over the printed circuit board, the framework of louvers exposing LEDs of the plurality of LED display panels.

**19**. The display system of claim **16**, further comprising a data receiver box mounted to the mechanical support structure, the data receiver box configured to provide power, data, and communication to the LED display panels.

**20**. The display system of claim **19**, wherein none of the LED display panels includes a data receiver card.

**21**. A modular display panel comprising:

a plastic housing having a recess,

wherein the plastic housing comprises a first side and an opposite second side,

wherein the first side of the plastic housing includes a surface that is part of an outer surface of the modular display panel;

a printed circuit board disposed in the recess;

a plurality of LEDs attached to a front side of the printed circuit board;

a potting compound overlying the printed circuit board;

a driver circuit attached to the printed circuit board; and

a power supply mounted outside the plastic housing, wherein the modular display panel is sealed to be waterproof.

32

**22**. The panel of claim **21**, further comprising:

a first integrated data and power cable connector electrically coupled to the printed circuit board and the power supply; and

a second integrated data and power cable connector electrically coupled to the printed circuit board and the power supply.

**23**. The panel of claim **21**, further comprising a framework of louvers disposed over the printed circuit board, the framework of louvers disposed between rows of the LEDs.

**24**. The panel of claim **23**, wherein the framework of louvers is attached to the printed circuit board using an adhesive.

**25**. The panel of claim **21**, wherein the power supply comprises a power converter for converting ac power to dc power.

**26**. The panel of claim **21**, wherein the power supply comprises a down converter that down converts a dc voltage at a first level to a dc voltage at a second level that is lower than the first level.

**27**. The panel of claim **21**, wherein the panel is completely waterproof against submersion in up to 3 feet of water.

**28**. The panel of claim **21**, wherein the modular display panel comprises only one printed circuit board.

**29**. A modular multi-panel display system comprising:

a mechanical support structure; and

a plurality of modular display panels mounted to the mechanical support structure so as to form an integrated display panel,

wherein the mechanical support structure comprises a plurality of beams, and

wherein each of the plurality of modular display panels is attached to a beam of the plurality of beams without being enclosed in any additional enclosures,

wherein each modular display panel comprises: a housing having a recess, wherein the housing comprises a first side and an opposite second side,

wherein the first side of the housing includes a surface that is part of an outer surface of the modular display panel;

a printed circuit board disposed in the recess, wherein each of the plurality of modular display panels comprises only one printed circuit board;

a plurality of LEDs attached to a front side of the printed circuit board;

a potting compound overlying the printed circuit board;

a driver circuit attached to the printed circuit board; and

a power supply mounted outside the housing, wherein the modular display panel is sealed to be waterproof.

**30**. The display system of claim **29**, further comprising

a corner plate, wherein, using the corner plate, a corner region of one of the plurality of modular display panels is attached to

a first corner region of a first adjacent one of the plurality of modular display panels,

a second corner region of a second adjacent one of the plurality of modular display panels, and

a third corner region of a third adjacent one of the plurality of modular display panels.

\*    \*    \*    \*    \*