# EXHIBIT B

(12) **United States Patent**

Hall

(10) **Patent No.:**     **US 9,069,519 B1**

(45) **Date of Patent:**       **Jun. 30, 2015**

(54) **POWER AND CONTROL SYSTEM FOR MODULAR MULTI-PANEL DISPLAY SYSTEM**

(71) Applicant: **Ultravision Holdings, LLC**, Dallas, TX (US)

(72) Inventor: **William Y. Hall**, Frisco, TX (US)

(73) Assignee: **Ultravision Technologies, LLC**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 33 days.

(21) Appl. No.: **14/444,747**

(22) Filed: **Jul. 28, 2014**

**Related U.S. Application Data**

(60) Provisional application No. 61/922,631, filed on Dec. 31, 2013, provisional application No. 62/025,463, filed on Jul. 16, 2014.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 3/00* | (2006.01) |
| *G09G 3/06* | (2006.01) |
| *G09G 5/00* | (2006.01) |
| *G09G 3/00* | (2006.01) |
| *H02B 1/26* | (2006.01) |
| *H02B 1/20* | (2006.01) |
| *G06F 3/14* | (2006.01) |
| *G06F 3/147* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *G06F 3/1446* (2013.01); *G06F 3/147* (2013.01)

(58) **Field of Classification Search**
CPC ................................ G06F 3/1446; G06F 3/147
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,457,090 A | 7/1984 | McDonough |
| 4,782,336 A | 11/1988 | Bailey |
| 5,523,769 A | 6/1996 | Lauer et al. |
| 5,600,910 A | 2/1997 | Blackburn |
| 5,722,767 A | 3/1998 | Lin |
| 5,796,376 A | 8/1998 | Banks |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201449702 U | 5/2010 |
| CN | 201540699 U | 8/2010 |

(Continued)

OTHER PUBLICATIONS

Daktronics, "The Smarter Approach to Digital Outdoor," Daktronics Digital Billboard Products, 2013, 16 pages.

(Continued)

*Primary Examiner* — Jing-Yih Shyu

(74) *Attorney, Agent, or Firm* — Slater & Matsil, L.L.P.

(57) **ABSTRACT**

In one embodiment, a modular multi-panel display system includes a mechanical support structure, and an array of LED display panels arranged in rows and columns and mounted to the mechanical support structure so as to form an integrated display. None of the LED display panels have a receiver card within the panel. A receiver box is mounted to the mechanical support. The receiver box is housed in a housing that is separate from housings of each of the LED display panels. The receiver box includes a receiver card coupled to feed data to be displayed on the integrated display to a plurality of the LED display panels. A control box is outside of the mechanical support and electrically connected to the receiver box through a data connection. A plurality of electrical connections electrically connects the receiver box with a first display panel in each row of display panels.

**26 Claims, 64 Drawing Sheets**



# US 9,069,519 B1
Page 2

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,949,581 | A | 9/1999 | Kurtenbach et al. |
| 5,990,802 | A | 11/1999 | Maskeny |
| 6,065,854 | A | 5/2000 | West et al. |
| 6,114,632 | A | 9/2000 | Planas, Sr. et al. |
| 6,175,342 | B1 | 1/2001 | Nicholson et al. |
| 6,237,290 | B1 | 5/2001 | Tokimoto et al. |
| 6,314,669 | B1 | 11/2001 | Tucker |
| 6,362,801 | B1 | 3/2002 | Yuhara |
| 6,414,650 | B1 | 7/2002 | Nicholson et al. |
| 6,570,548 | B2 | 5/2003 | Smith |
| 6,634,124 | B1 | 10/2003 | Bierschbach |
| 6,657,605 | B1 | 12/2003 | Boldt, Jr. et al. |
| 6,677,918 | B2 | 1/2004 | Yuhara et al. |
| 6,737,983 | B1 | 5/2004 | Temple |
| 6,741,222 | B1 | 5/2004 | Tucker |
| 6,810,612 | B2 | 11/2004 | Huang |
| 6,813,853 | B1 | 11/2004 | Tucker |
| 6,819,303 | B1 | 11/2004 | Berger et al. |
| 6,998,518 | B1 | 2/2006 | Fetterolf, Sr. et al. |
| 7,055,271 | B2 | 6/2006 | Lutz et al. |
| 7,072,407 | B2 | 7/2006 | Schurig |
| 7,086,188 | B2 | 8/2006 | Tsao |
| 7,091,933 | B2 | 8/2006 | McClintock et al. |
| 7,161,558 | B1 | 1/2007 | Eidem et al. |
| 7,170,480 | B2 | 1/2007 | Boldt, Jr. et al. |
| 7,204,602 | B2 | 4/2007 | Archer |
| 7,267,459 | B2 | 9/2007 | Matheson |
| 7,319,408 | B2 | 1/2008 | Temple |
| 7,334,361 | B2 | 2/2008 | Schrimpf et al. |
| 7,355,562 | B2 | 4/2008 | Schubert et al. |
| 7,450,085 | B2 | 11/2008 | Thielemans et al. |
| 7,495,576 | B2 * | 2/2009 | Maskeny et al. ......... 340/815.45 |
| 7,502,950 | B1 | 3/2009 | Brands |
| 7,557,781 | B2 | 7/2009 | Chuang et al. |
| 7,605,772 | B2 | 10/2009 | Syrstad |
| 7,674,000 | B2 | 3/2010 | Valerio, Jr. et al. |
| 7,688,280 | B2 | 3/2010 | Callegari et al. |
| 7,694,444 | B2 | 4/2010 | Miller et al. |
| 7,703,941 | B2 | 4/2010 | Lee |
| 7,774,968 | B2 | 8/2010 | Nearman et al. |
| 7,779,568 | B2 | 8/2010 | Gettelfinger et al. |
| 7,797,865 | B2 | 9/2010 | Patel et al. |
| 7,868,903 | B2 | 1/2011 | Wendler et al. |
| 7,869,198 | B1 | 1/2011 | Nearman et al. |
| 7,907,133 | B2 | 3/2011 | Joffer et al. |
| 7,926,213 | B1 | 4/2011 | Kludt et al. |
| 7,950,174 | B2 | 5/2011 | Xu |
| 7,971,378 | B2 | 7/2011 | Campoy Odena |
| 8,007,121 | B2 | 8/2011 | Elliott et al. |
| 8,016,452 | B2 | 9/2011 | Dunn |
| 8,066,403 | B2 | 11/2011 | Sanfilippo et al. |
| 8,074,387 | B2 | 12/2011 | Mancuso |
| 8,081,145 | B2 | 12/2011 | Ronkholz et al. |
| 8,104,204 | B1 | 1/2012 | Syrstad |
| 8,111,208 | B2 | 2/2012 | Brown |
| 8,115,229 | B2 | 2/2012 | Christy |
| 8,122,627 | B2 | 2/2012 | Miller |
| 8,130,175 | B1 | 3/2012 | Joffer et al. |
| 8,136,279 | B1 | 3/2012 | Nearman et al. |
| 8,154,864 | B1 | 4/2012 | Nearman et al. |
| 8,156,672 | B2 | 4/2012 | Xu |
| 8,168,990 | B2 | 5/2012 | Christy |
| 8,172,097 | B2 | 5/2012 | Nearman et al. |
| 8,228,261 | B2 | 7/2012 | Callegari et al. |
| 8,301,939 | B2 | 10/2012 | Gloege et al. |
| 8,314,433 | B2 | 11/2012 | Christy |
| 8,344,410 | B2 | 1/2013 | Wendler et al. |
| 8,350,788 | B1 | 1/2013 | Nearman et al. |
| 8,362,696 | B2 | 1/2013 | Zheng |
| 8,414,149 | B2 | 4/2013 | Nearman |
| 8,434,898 | B2 | 5/2013 | Sanfilippo et al. |
| 8,552,928 | B2 | 10/2013 | Wendler et al. |
| 8,558,755 | B2 | 10/2013 | Kharrati et al. |
| 8,599,108 | B2 | 12/2013 | Kline et al. |
| 8,604,509 | B2 | 12/2013 | Wendler et al. |
| 8,648,774 | B2 | 2/2014 | Kline et al. |
| 8,702,048 | B2 | 4/2014 | Kludt et al. |
| 8,714,665 | B2 | 5/2014 | Campagna et al. |
| 8,766,880 | B2 | 7/2014 | Kharrati et al. |
| 8,803,766 | B2 | 8/2014 | Kline et al. |
| 8,824,124 | B1 | 9/2014 | Carlson et al. |
| 8,824,125 | B1 * | 9/2014 | Cox et al. ...................... 361/622 |
| 2003/0146882 | A1 | 8/2003 | Ogino et al. |
| 2004/0008155 | A1 | 1/2004 | Cok |
| 2004/0222941 | A1 | 11/2004 | Wong et al. |
| 2005/0052375 | A1 | 3/2005 | Devos et al. |
| 2005/0190520 | A1 | 9/2005 | Schomaker et al. |
| 2005/0264471 | A1 | 12/2005 | Yamazaki et al. |
| 2006/0039142 | A1 | 2/2006 | Temple |
| 2006/0132048 | A1 | 6/2006 | Popovich |
| 2006/0164587 | A1 | 7/2006 | Oh |
| 2006/0241878 | A1 | 10/2006 | Jung et al. |
| 2006/0256033 | A1 | 11/2006 | Chan et al. |
| 2007/0000849 | A1 | 1/2007 | Lutz et al. |
| 2007/0279314 | A1 | 12/2007 | Brown |
| 2008/0047184 | A1 * | 2/2008 | Dean ................................ 40/624 |
| 2008/0141571 | A1 | 6/2008 | Kottwitz |
| 2008/0266206 | A1 | 10/2008 | Nelson et al. |
| 2009/0096711 | A1 | 4/2009 | Jang et al. |
| 2009/0146910 | A1 | 6/2009 | Gardner |
| 2009/0147028 | A1 | 6/2009 | Sefton et al. |
| 2009/0289160 | A1 | 11/2009 | Kludt et al. |
| 2010/0251583 | A1 | 10/2010 | Brown et al. |
| 2011/0096568 | A1 | 4/2011 | Schattinger et al. |
| 2011/0168653 | A1 * | 7/2011 | Garrett et al. ................ 211/59.4 |
| 2011/0205757 | A1 | 8/2011 | Whyte |
| 2012/0019490 | A1 | 1/2012 | Huang |
| 2012/0021873 | A1 | 1/2012 | Brunner |
| 2012/0218753 | A1 | 8/2012 | Joffer et al. |
| 2013/0271973 | A1 * | 10/2013 | Rycyna, III ................... 362/231 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 202383944 U | 8/2012 |
| WO | 2005083660 | 9/2005 |
| WO | 2014005600 | 1/2014 |

### OTHER PUBLICATIONS

Daktronics, "Daktronics LED Billboard Technology," www.daktron-ics.com Nov. 14, 2013, 3 pages.
EKTA, "WOWStrip," www.ekta-led.com, Jun. 19, 2014, 5 pages.
WOWstrip Semi-Transparent LED Displays product page, http://www.ekta-led.com/prod/68/17/190/, retrieved Jun. 19, 2014, 3 pages.

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D



FIG. 3E



FIG. 3F



FIG. 3G

FIG. 3H

FIG. 3I



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6A

FIG. 6B



FIG. 7



FIG. 8A

FIG. 8B

FIG. 8C



FIG. 8F



FIG. 8E



FIG. 8D



FIG. 8I



FIG. 8H



FIG. 8G



FIG. 8K



FIG. 8M



FIG. 8J

FIG. 8L



FIG. 9A



FIG. 9B



FIG. 9C



FIG. 10A

FIG. 10B



FIG. 10C



FIG. 10D



FIG. 11A



FIG. 11B



FIG. 11C



FIG. 11D



FIG. 12A



FIG. 12B



FIG. 12C



FIG. 12D



**Fig. 13**



**Fig. 14**



**Fig. 15**



**Fig. 16A**



**Fig. 16C**



*Fig. 16B*



*Fig. 16D*



*Fig. 16E*



**Fig. 17**



**Fig. 18**



**Fig. 19**



**Fig. 20**



**Fig. 21A**



*Fig. 21B*



*Fig. 22*



*Fig. 21C*



1511 — IDENTIFY A DEFECT IN A DEFECTIVE LED DISPLAY PANEL

1512 — ELECTRICALLY DISCONNECT THE DEFECTIVE LED DISPLAY PANEL FROM THE MULTI-PANEL DISPLAY

1513 — REMOVE THE ATTACHMENT PLATE FROM THE DEFECTIVE LED DISPLAY PANEL

1514 — REMOVE THE DEFECTIVE LED DISPLAY PANEL FROM THE MULTI-PANEL DISPLAY

1515 — PLACE A REPLACEMENT LED DISPLAY PANEL A LOCATION FORMERLY TAKEN BY THE DEFECTIVE LED DISPLAY PANEL

1516 — REATTACH THE ATTACHMENT PLATE TO THE REPLACEMENT LED DISPLAY PANEL

1517 — ELECTRICALLY CONNECT THE REPLACEMENT LED DISPLAY PANEL TO THE MULTI-PANEL DISPLAY

*Fig. 23*



**Fig. 24A**



**Fig. 24B**



*Fig. 24C*



*Fig. 28*



*Fig. 25A*



Fig. 25D



Fig. 25B

Fig. 25C



*Fig. 26*



*Fig. 27A*

*Fig. 27B*

*Fig. 27C*



*Fig. 29A*



*Fig. 29B*



*Fig. 29C*

*Fig. 29D*



*Fig. 30*



Fig. 31



*Fig. 32*



*Fig. 33*



Fig. 34A



*Fig. 34B*



*Fig. 35A*

*Fig. 35B*



*Fig. 36A*



*Fig. 36B*

1375



2170

2121

2180

2130

**Fig. 37A**

1375



**Fig. 37B**



*Fig. 38A*

1300



*Fig. 38B*



*Fig. 38C*



*Fig. 38D*



*Fig. 38E*



*Fig. 39*



*Fig. 40A*



*Fig. 40B*

US 9,069,519 B1

**1**

## POWER AND CONTROL SYSTEM FOR MODULAR MULTI-PANEL DISPLAY SYSTEM

This application claims the benefit of U.S. Provisional Application No. 62/025,463, filed on Jul. 16, 2014, and also claims the benefit of U.S. Provisional Application No. 61/922,631, filed on Dec. 31, 2013, which applications are hereby incorporated herein by reference.

U.S. patent application Ser. No. 14/328,624, filed Jul. 10, 2014, also claims priority to U.S. Provisional Application No. 61/922,631 and is also incorporated herein by reference.

### TECHNICAL FIELD

The present invention relates generally to displays, and, in particular embodiments, to a power and control system for a modular multi-panel display system.

### BACKGROUND

Large displays (e.g., billboards), such as those commonly used for advertising in cities and along roads, generally have one or more pictures and/or text that are to be displayed under various light and weather conditions. As technology has advanced and introduced new lighting devices such as the light emitting diode (LED), such advances have been applied to large displays. An LED display is a flat panel display, which uses an array of light-emitting diodes. A large display may be made of a single LED display or a panel of smaller LED panels. LED panels may be conventional panels made using discrete LEDs or surface-mounted device (SMD) panels. Most outdoor screens and some indoor screens are built around discrete LEDs, which are also known as individually mounted LEDs. A cluster of red, green, and blue diodes is driven together to form a full-color pixel, usually square in shape. These pixels are spaced evenly apart and are measured from center to center for absolute pixel resolution.

### SUMMARY

Embodiments of the invention relate to lighting systems and, more particularly, to multi-panel lighting systems for providing interior or exterior displays.

In one embodiment, a modular multi-panel display system comprises a mechanical support structure, and an array of LED display panels arranged in rows and columns and mounted to the mechanical support structure so as to form an integrated display. None of the LED display panels have a receiver card within the panel. A receiver box is mounted to the mechanical support. The receiver box is housed in a housing that is separate from housings of each of the LED display panels. The receiver box includes a receiver card coupled to feed data to be displayed on the integrated display to a plurality of the LED display panels. A control box is outside of the mechanical support and electrically connected to the receiver box through a data connection. A first plurality of electrical connections electrically connects the receiver box with a first display panel in each row of display panels. A second plurality of electrical connections electrically connects the first display panel in each row with a second display panel in that row of display panels. A third plurality of electrical connections electrically connects the second display panel in each row with a third display panel in that row of display panels. A fourth plurality of electrical connections electrically connects a second-to-last display panel in each row with a last display panel in that row of display panels. A

**2**

fifth plurality of electrical connections extends out of a respective one of the last display panels but not being electrically connected.

In another embodiment, a method of assembling a modular multi-panel display, the method comprising assembling a mechanical support structure, and attaching a plurality of LED display panels directly to the mechanical support structure using a plurality of coupling mechanisms. A receiver box is attached to the mechanical support structure. The receiver box includes power circuitry with an ac power input and an ac power output. The receiver box further includes digital circuitry configured to process media data to be displayed by the LED display panels. The receiver box is electrically connected to a control box that is not mounted to the mechanical support. The control box is electrically connected to the receiver box through a data connection. AC power from the receiver box is electrically connected to each of the LED display panels. Media data from the receiver box is electrically connected to each of the LED display panels.

### BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding, reference is now made to the following description taken in conjunction with the accompanying drawings in which:

FIGS. **1**A and **1**B illustrate one embodiment of a display that may be provided according to the present disclosure;

FIGS. **2**A-**2**C illustrate one embodiment of a lighting panel that may be used with the display of FIGS. **1**A and **1**B;

FIGS. **3**A-**3**I illustrate one embodiment of a housing and an alignment plate that may be used with the panel of FIG. **2**A;

FIGS. **4**A and **4**B illustrate a more detailed embodiment of the panel of FIG. **2**A;

FIG. **5** illustrates an alternative embodiment of the panel of FIG. **4**A;

FIGS. **6**A and **6**B illustrate a more detailed embodiment of the panel of FIG. **2**A;

FIG. **7** illustrates an alternative embodiment of the panel of FIG. **6**A;

FIGS. **8**A-**8**M illustrate one embodiment of a frame that may be used with the display of FIGS. **1**A and **1**B;

FIGS. **9**A-**9**C illustrate one embodiment of a locking mechanism that may be used with the display of FIGS. **1**A and **1**B;

FIGS. **10**A-**10**D illustrate one embodiment of a display configuration;

FIGS. **11**A-**11**D illustrate another embodiment of a display configuration;

FIGS. **12**A-**12**D illustrate yet another embodiment of a display configuration;

FIG. **13** illustrates a modular display panel in accordance with an embodiment of the present invention;

FIG. **14** illustrates a modular display panel attached to a supporting frame in accordance with an embodiment of the present invention;

FIG. **15** illustrates a frame used to provide mechanical support to the modular display panel in accordance with an embodiment of the present invention;

FIGS. **16**A-**16**E illustrate an attachment plate used to attach one or more modular display panels to the frame in accordance with an embodiment of the present invention, wherein FIG. **16**A illustrates a projection view while FIG. **16**B illustrates a top view and FIG. **16**C illustrates a cross-sectional view of a first embodiment while FIG. **16**D illustrates a bottom view and FIG. **16** E illustrates a bottom view of a second embodiment;

US 9,069,519 B1

3

FIG. **17** illustrates a magnified view of the attachment plate or a connecting plate, frame, and display panel after mounting in accordance with embodiments of the present invention;

FIG. **18** illustrates one unit of the modular display panel in accordance with an embodiment of the present invention;

FIG. **19** illustrates a magnified view of two display panels next to each other and connected through the cables such that the output cable of the left display panel is connected with the input cable of the next display panel in accordance with an embodiment of the present invention;

FIG. **20** illustrates a modular multi-panel display system comprising a plurality of LED display panels connected together using the aforementioned cables in accordance with an embodiment of the present invention;

FIGS. **21**A-**21**C illustrate an alternative embodiment of the modular display panel attached to a supporting frame in accordance with an embodiment of the present invention, wherein FIGS. **21**B and **21**C illustrate alternative structural embodiments of the supporting frame;

FIG. **22** illustrates a method of assembling a modular multi-panel display system in accordance with an embodiment of the present invention;

FIG. **23** illustrates a method of maintaining a modular multi-panel display that includes a mechanical support structure and a plurality of LED display panels detachably coupled to the mechanical support structure without a cabinet in accordance with an embodiment of the present invention;

FIGS. **24**A-**24**C illustrate a display panel in accordance with an embodiment of the present invention, wherein FIG. **24**A illustrates a cross-sectional view of a display panel while FIG. **24**B illustrates a schematic of the display panel, wherein FIG. **24**C illustrates a schematic of the LED array as controlled by the receiver circuit in accordance with an embodiment of the present invention;

FIGS. **25**A-**25**D illustrate a display panel in accordance with an embodiment of the present invention, wherein FIG. **25**A illustrates a projection view of the back side of the display panel, FIG. **25**B illustrates a planar back side of the display panel, and FIG. **25**C illustrates a planar bottom view while FIG. **25**D illustrates a side view;

FIG. **26** illustrates a planar view of a portion of the front side of the display panel in according with an embodiment of the present invention;

FIGS. **27**A-**27**C illustrate cross-sectional views of the framework of louvers at the front side of the display panel in according with an embodiment of the present invention, wherein FIG. **27** illustrates a cross-sectional along a direction perpendicular to the orientation of the plurality of ridges **1632** along the line **27-27** in FIG. **26**;

FIG. **28** illustrates a plurality of display panels arranged next to each other in accordance with embodiments of the present invention;

FIGS. **29**A-**29**D illustrates a schematic of a control system for modular multi-panel display system in accordance with an embodiment of the present invention, wherein FIG. **29**A illustrates a controller connected to the receiver box through a wired network connection, wherein FIG. **29**B illustrates a controller connected to the receiver box through a wireless network connection, wherein FIGS. **29**C and **29**D illustrate the power transmission scheme used in powering the modular multi-panel display system;

FIG. **30** illustrates a schematic of a sending card of the control system for modular multi-panel display system in accordance with an embodiment of the present invention;

FIG. **31** illustrates a schematic of a data receiver box for modular multi-panel display system in accordance with an embodiment of the present invention;

4

FIG. **32** illustrates a method of assembling a modular multi-panel display in accordance with an embodiment of the present invention;

FIG. **33** illustrates a cross-sectional view of an integrated data and power cord in accordance with embodiments;

FIGS. **34**A and **34**B illustrate cross-sectional views of connectors at the ends of the integrated data and power cable in accordance with embodiments of the present invention, wherein FIG. **34**A illustrates a first connector that is configured to fit or lock into a second connector illustrated in FIG. **34**B;

FIGS. **35**A and **35**B illustrate cross-sectional views showing the first connector locked with the second connector in accordance with embodiments of the present invention, wherein FIG. **35**A illustrates the first connector aligned to the second connector, while FIG. **35**B illustrates the first connector securely locked to the second connector with the sealing cover sealing the connectors;

FIGS. **36**A and **36**B illustrate one embodiment of the first connector previously illustrated in FIG. **34**A and FIGS. **35**A and **35**B, wherein FIG. **36**A illustrates a planar top view while FIG. **36**B illustrates a projection view;

FIGS. **37**A and **37**B illustrate one embodiment of the second connector previously illustrated in FIG. **34**B and FIGS. **35**A and **35**B, wherein FIG. **37**A illustrates a planar top view while FIG. **37**B illustrates a projection view;

FIGS. **38**A-**38**D illustrate specific examples of an assembled display system;

FIG. **38**E illustrates a specific example of a frame that can be used with the system of FIGS. **38**A-**38**D;

FIG. **39** illustrates an assembled multi-panel display that is ready for shipment; and

FIGS. **40**A and **40**B illustrate a lower cost panel that can be used with embodiments of the invention.

DETAILED DESCRIPTION OF ILLUSTRATIVE
EMBODIMENTS

In the following discussion, exterior displays are used herein for purposes of example. It is understood that the present disclosure may be applied to lighting for any type of interior and/or exterior display.

Embodiments of the invention provide a display panels, each of which provides a completely self-contained building block that is lightweight. These displays are designed to protect against weather, without a heavy cabinet. The panel can be constructed of aluminum or plastic so that it will about 50% lighter than typical panels that are commercially available. The lightweight design allows for easier installation and maintenance, thus lowering total cost of ownership.

In certain embodiments, the display is IP 67 rated and therefore waterproof and corrosion resistant. Because weather is the number one culprit for damage to LED displays, and IP 67 rating provides weatherproofing with significant weather protection. These panels are completely waterproof against submersion in up to 3 feet of water. In other embodiments, the equipment can be designed with an IP 68 rating to operate completely underwater. In lower-cost embodiments where weatherproofing is not as significant, the panels can have an IP 65 or IP 66 rating.

One aspect takes advantage of a no cabinet design-new technology that replaces cabinets, which are necessary in commercial embodiments. Older technology incorporates the use of cabinets in order to protect the LED display electronics from rain. This creates an innate problem in that the cabinet must not allow rain to get inside to the electronics, while at the

US 9,069,519 B1

5

same time the cabinet must allow for heat created by the electronics and ambient heat to escape.

Embodiments that the do not use this cabinet technology avoid a multitude of problems inherent to cabinet-designed displays. One of the problems that has been solved is the need to effectively cool the LED display. Most LED manufacturers must use air-conditioning (HVAC) to keep their displays cool. This technology greatly increases the cost of installation and performance.

Displays of the present invention can be designed to be light weight and easy to handle. For example, the average total weight of a 20 mm, 14'×48' panel can be 5,500 pounds or less while typical commercially available panels are at 10,000 to 12,000 pounds. These units are more maneuverable and easier to install saving time and money in the process.

Embodiments of the invention provide building block panels that are configurable with future expandability. These displays can offer complete expandability to upgrade in the future without having to replace the entire display. Installation is fast and easy with very little down-time, which allows any electronic message to be presented more quickly.

In some embodiments, the display panels are "hot swappable." By removing one screw in each of the four corners of the panel, servicing the display is fast and easy. Since a highly-trained, highly-paid electrician or LED technician is not needed to correct a problem, cost benefits can be achieved.

Various embodiments utilize enhanced pixel technology (EPT), which increases image capability. EPT allows image displays in the physical pitch spacing, but also has the ability to display the image in a resolution that is four-times greater. Images will be as sharp and crisp when viewed close as when viewed from a distance, and at angles.

In some embodiments is advantageous to build multipanel displays where each of the LEDs is provided by a single LED manufacturer, so that diodes of different origin in the manufacture are not mixed. It has been discovered that diode consistency can aid in the quality of the visual image. While this feature is not necessary, it is helpful because displays made from different diodes from different suppliers can create patchy inconsistent color, e.g., "pink" reds and pink looking casts to the overall image.

Referring to FIGS. 1A and 1B, one embodiment of a multipanel display 100 is illustrated. The display 100 includes a display surface 102 that is formed by multiple lighting panels 104a-104t. In the present embodiment, the panels 104a-104t use light emitting diodes (LED) for illumination, but it is understood that other light sources may be used in other embodiments. The panels 104a-104t typically operate together to form a single image, although multiple images may be simultaneously presented by the display 100. In the present example, the panels 104a-104t are individually attached to a frame 106, which enables each panel to be installed or removed from the frame 106 without affecting the other panels.

Each panel 104a-104t is a self-contained unit that couples directly to the frame 106. By "directly," it is understood that another component or components may be positioned between the panel 104a-104t and the frame 106, but the panel is not placed inside a cabinet that is coupled to the frame 106. For example, an alignment plate (described later but not shown in the present figure) may be coupled to a panel and/or the frame 106 to aid in aligning a panel with other panels. Further a corner plate could be used. The panel may then be coupled to the frame 106 or the alignment plate and/or corner plate, and either coupling approach would be "direct" according to the present disclosure.

6

Two or more panels 104a-104t can be coupled for power and/or data purposes, with a panel 104a-104t receiving power and/or data from a central source or another panel and passing through at least some of the power and/or data to one or more other panels. This further improves the modular aspect of the display 100, as a single panel 104a-104t can be easily connected to the display 100 when being installed and easily disconnected when being removed by decoupling the power and data connections from neighboring panels.

The power and data connections for the panels 104a-104t may be configured using one or more layouts, such as a ring, mesh, star, bus, tree, line, or fully-connected layout, or a combination thereof. In some embodiments the LED panels 104a-104t may be in a single network, while in other embodiments the LED panels 104a-104t may be divided into multiple networks. Power and data may be distributed using identical or different layouts. For example, power may be distributed in a line layout, while data may use a combination of line and star layouts.

The frame 106 may be relatively light in weight compared to frames needed to support cabinet mounted LED assemblies. In the present example, the frame 106 includes only a top horizontal member 108, a bottom horizontal member 110, a left vertical member 112, a right vertical member 114, and intermediate vertical members 116. Power cables and data cables (not shown) for the panels 104a-104t may route around and/or through the frame 106.

In one example, the display 100 includes 336 panels 104a-104t, e.g., to create a 14'×48' display. As will be discussed below, because each panel is lighter than typical panels, the entire display could be built to weigh only 5500 pounds. This compares favorably to commercially available displays of the size, which generally weigh from 10,000 to 12,000 pounds.

Referring to FIGS. 2A-2C, one embodiment of an LED panel 200 is illustrated that may be used as one of the LED panels 104a-104t of FIGS. 1A and 1B. FIG. 2A illustrates a front view of the panel 200 with LEDs aligned in a 16×32 configuration. FIG. 2B illustrates a diagram of internal components within the panel 200. FIG. 2C illustrates one possible configuration of a power supply positioned within the panel 200 relative to a back plate of the panel 200.

Referring specifically to FIG. 2A, in the present example, the LED panel 200 includes a substrate 202 that forms a front surface of the panel 200. The substrate 202 in the present embodiment is rectangular in shape, with a top edge 204, a bottom edge 206, a right edge 208, and a left edge 210. A substrate surface 212 includes "pixels" 214 that are formed by one or more LEDs 216 on or within the substrate 202. In the present example, each pixel 214 includes four LEDs 216 arranged in a pattern (e.g., a square). For example, the four LEDs 216 that form a pixel 214 may include a red LED, a green LED, a blue LED, and one other LED (e.g., a white LED). In some embodiments, the other LED may be a sensor. It is understood that more or fewer LEDs 216 may be used to form a single pixel 214, and the use of four LEDs 216 and their relative positioning as a square is for purposes of illustration only.

In some embodiments, the substrate 202 may form the entire front surface of the panel 200, with no other part of the panel 200 being visible from the front when the substrate 202 is in place. In other embodiments, a housing 220 (FIG. 2B) may be partially visible at one or more of the edges of the substrate 202. The substrate 202 may form the front surface of the panel 202, but may not be the outer surface in some embodiments. For example, a transparent or translucent material or coating may overlay the substrate 202 and the

US 9,069,519 B1

7

LEDs **216**, thereby being positioned between the substrate **202**/LEDs **216** and the environment.

As one example, a potting material can be formed over the LEDs **216**. This material can be applied as a liquid, e.g., while heated, and then harden over the surface, e.g., when cooled. This potting material is useful for environmental protection, e.g., to achieve an IP rating of IP 65 or higher.

Louvers **218** may be positioned above each row of pixels **214** to block or minimize light from directly striking the LEDs **216** from certain angles. For example, the louvers **218** may be configured to extend from the substrate **202** to a particular distance and/or at a particular angle needed to completely shade each pixel **214** when a light source (e.g., the sun) is at a certain position (e.g., ten degrees off vertical). In the present example, the louvers **218** extend the entire length of the substrate **202**, but it is understood that other louver configurations may be used.

Referring specifically to FIG. **2B**, one embodiment of the panel **200** illustrates a housing **220**. The housing **220** contains circuitry **222** and a power supply **224**. The circuitry **222** is coupled to the LEDs **216** and is used to control the LEDs. The power supply **224** provides power to the LEDs **216** and circuitry **222**. As will be described later in greater detail with respect to two embodiments of the panel **200**, data and/or power may be received for only the panel **200** or may be passed on to one or more other panels as well. Accordingly, the circuitry **222** and/or power supply **224** may be configured to pass data and/or power to other panels in some embodiments.

In the present example, the housing **220** is sealed to prevent water from entering the housing. For example, the housing **220** may be sealed to have an ingress protection (IP) rating such as IP 67, which defines a level of protection against both solid particles and liquid. This ensures that the panel **200** can be mounted in inclement weather situations without being adversely affected. In such embodiments, the cooling is passive as there are no vent openings for air intakes or exhausts. In other embodiments, the housing may be sealed to have an IP rating of IP 65 or higher, e.g. IP 65, IP 66, IP 67, or IP 68.

Referring specifically to FIG. **2C**, one embodiment of the panel **200** illustrates how the power supply **224** may be thermally coupled to the housing **220** via a thermally conductive material **226** (e.g., aluminum). This configuration may be particularly relevant in embodiments where the panel **200** is sealed and cooling is passive.

Referring to FIGS. **3A-3I**, one embodiment of a housing **300** is illustrated that may be used with one of the LED panels **104a-104t** of FIGS. **1A** and **1B**. For example, the housing **300** may be a more specific example of the housing **220** of FIG. **2B**. In FIGS. **3B-3I**, the housing **300** is shown with an alignment plate, which may be separate from the housing **300** or formed as part of the housing **300**. In the present example, the housing **300** may be made of a thermally conductive material (e.g., aluminum) that is relatively light weight and rigid. In other embodiments, the housing **300** could be made out of industrial plastic, which is even lighter than aluminum.

As shown in the orthogonal view of FIG. **3A**, the housing **300** defines a cavity **302**. Structural cross-members **304** and **306** may be used to provide support to a substrate (e.g., the substrate **202** of FIG. **2A**) (not shown). The cross-members **304** and **306**, as well as other areas of the housing **300**, may include supports **308** against which the substrate can rest when placed into position. As shown, the supports **308** may include a relatively narrow tip section that can be inserted into a receiving hole in the back of the substrate and then a wider section against which the substrate can rest.

8

The housing **300** may also include multiple extensions **310** (e.g., sleeves) that provide screw holes or locations for captive screws that can be used to couple the substrate to the housing **300**. Other extensions **312** may be configured to receive pins or other protrusions from a locking plate and/or fasteners, which will be described later in greater detail. Some or all of the extensions **312** may be accessible only from the rear side of the housing **300** and so are not shown as openings in FIG. **3A**.

As shown in FIG. **3B**, an alignment plate **314** may be used with the housing **300**. The use of an alignment plate is optional. The alignment plate **314**, when used, aids in aligning multiple panels on the frame **106** to ensure that the resulting display surface has correctly aligned pixels both horizontally and vertically. To accomplish this, the alignment plate **314** includes tabs **316** and slots **318** (FIG. **3F**). Each tab **316** fits into the slot **318** of an adjoining alignment plate (if present) and each slot **318** receives a tab from an adjoining alignment plate (if present). This provides an interlocking series of alignment plates. As each alignment plate **314** is coupled to or part of a housing **300**, this results in correctly aligning the panels on the frame **106**.

It is understood that, in some embodiments, the alignment plate **314** may be formed as part of the panel or the alignment functionality provided by the alignment plate **314** may be achieved in other ways. In still other embodiments, a single alignment panel **314** may be formed to receive multiple panels, rather than a single panel as shown in FIG. **3B**.

In other embodiments, the alignment functionality is eliminated. The design choice of whether to use alignment mechanisms (e.g., slots and grooves) is based upon a tradeoff between the additional alignment capability and the ease of assembly.

As shown in FIG. **3C**, the housing **300** may include beveled or otherwise non-squared edges **320**. This shaping of the edges enables panels to be positioned in a curved display without having large gaps appear as would occur if the edges were squared.

Referring to FIGS. **4A** and **4B**, one embodiment of a panel **400** is illustrated that may be similar or identical to one of the LED panels **104a-104t** of FIGS. **1A** and **1B**. The panel **400** may be based on a housing **401** that is similar or identical to the housing **300** of FIG. **3A**. FIG. **4A** illustrates a back view of the panel **400** and FIG. **4B** illustrates a top view. The panel **400** has a width W and a height H.

In the present example, the back includes a number of connection points that include a "power in" point **402**, a "data in" point **404**, a main "data out" point **406**, multiple slave data points **408**, and a "power out" point **410**. As will be discussed below, one embodiment of the invention provides for an integrated data and power cable, which reduces the number of ports. The power in point **402** enables the panel **400** to receive power from a power source, which may be another panel. The data in point **404** enables the panel to receive data from a data source, which may be another panel. The main data out point **406** enables the panel **400** to send data to another main panel. The multiple slave data points **408**, which are bi-directional in this example, enable the panel **400** to send data to one or more slave panels and to receive data from those slave panels. In some embodiments, the main data out point **406** and the slave data out points **408** may be combined. The power out point **410** enables the panel **400** to send power to another panel.

The connection points may be provided in various ways. For example, in one embodiment, the connection points may be jacks configured to receive corresponding plugs. In another embodiment, a cable may extend from the back panel with a connector (e.g., a jack or plug) affixed to the external

US 9,069,519 B1

9

end of the cable to provide an interface for another connector. It is understood that the connection points may be positioned and organized in many different ways.

Inside the panel, the power in point **402** and power out point **410** may be coupled to circuitry (not shown) as well as to a power supply. For example, the power in point **402** and power out point **410** may be coupled to the circuitry **222** of FIG. **2B**, as well as to the power supply **224**. In such embodiments, the circuitry **222** may aid in regulating the reception and transmission of power. In other embodiments, the power in point **402** and power out point **410** may by coupled only to the power supply **224** with a pass through power connection allowing some of the received power to be passed from the power in point **402** to the power out point **410**.

The data in point **404**, main data out point **406**, and slave data out points **408** may be coupled to the circuitry **222**. The circuitry **222** may aid in regulating the reception and transmission of the data. In some embodiments, the circuitry **222** may identify data used for the panel **400** and also send all data on to other coupled main and slave panels via the main data out point **406** and slave data out points **408**, respectively. In such embodiments, the other main and slave panels would then identify the information relevant to that particular panel from the data. In other embodiments, the circuitry **222** may remove the data needed for the panel **400** and selectively send data on to other coupled main and slave panels via the main data out point **406** and slave data out points **408**, respectively. For example, the circuitry **222** may send only data corresponding to a particular slave panel to that slave panel rather than sending all data and letting the slave panel identify the corresponding data.

The back panel also has coupling points **412** and **414**. In the example where the housing is supplied by the housing **300** of FIG. **3A**, the coupling points **412** and **414** may correspond to extensions **310** and **312**, respectively.

Referring specifically to FIG. **4B**, a top view of the panel **400** illustrates three sections of the housing **401**. The first section **416** includes the LEDs (not shown) and louvers **418**. The second section **420** and third section **422** may be used to house the circuitry **222** and power supply **224**. In the present example, the third section **422** is an extended section that may exist on main panels, but not slave panels, due to extra components needed by a main panel to distribute data. Depths D1, D2, and D3 correspond to sections **416**, **420**, and **422**, respectively.

Referring to FIG. **5**, one embodiment of a panel **500** is illustrated that may be similar or identical to the panel **400** of FIG. **4A** with the exception of a change in the slave data points **408**. In the embodiment of FIG. **4A**, the slave data points **408** are bi-directional connection points. In the present embodiment, separate slave "data in" points **502** and slave "data out" points **504** are provided. In other embodiments, the data points can be directional connection points.

Referring to FIGS. **6A** and **6B**, one embodiment of a panel **600** is illustrated that may be similar or identical to the panel **400** of FIG. **4A** except that the panel **600** is a slave panel. FIG. **6A** illustrates a back view of the panel **600** and FIG. **6B** illustrates a top view. The panel **400** has a width W and a height H. In the present embodiment, these are identical to the width W and height H of the panel **400** of FIG. **4A**. In one example, the width W can be between 1 and 4 feet and the height H can be between 0.5 and 4 feet, for example 1 foot by 2 feet. Of course, the invention is not limited to these specific dimensions.

In contrast to the main panel of FIG. **4A**, the back of the slave panel **600** has a more limited number of connection points that include a "power in" point **602**, a data point **604**,

10

and a "power out" point **606**. The power in point **602** enables the panel **600** to receive power from a power source, which may be another panel. The data point **604** enables the panel to receive data from a data source, which may be another panel. The power out point **606** enables the panel **600** to send power to another main panel. In the present example, the data point **604** is bi-directional, which corresponds to the main panel configuration illustrated in FIG. **4A**. The back panel also has coupling points **608** and **610**, which correspond to coupling points **412** and **414**, respectively, of FIG. **4A**. As discussed above, other embodiments use directional data connections.

Referring specifically to FIG. **6B**, a top view of the panel **600** illustrates two sections of the housing **601**. The first section **612** includes the LEDs (not shown) and louvers **614**. The second section **616** may be used to house the circuitry **222** and power supply **224**. In the present example, the extended section provided by the third section **422** of FIG. **4A** is not needed as the panel **600** does not pass data on to other panels. Depths D1 and D2 correspond to sections **612** and **616**, respectively. In the present embodiment, depths D1 and D2 are identical to depths D1 and D2 of the panel **400** of FIG. **4B**. In one example, the depth D1 can be between 1 and 4 inches and the depths D2 can be between 1 and 4 inches.

It is noted that the similarity in size of the panels **400** of FIG. **4A** and the panel **600** of FIG. **6A** enables the panels to be interchanged as needed. More specifically, as main panels and slave panels have an identical footprint in terms of height H, width W, and depth D1, their position on the frame **106** of FIGS. **1A** and **1B** does not matter from a size standpoint, but only from a functionality standpoint. Accordingly, the display **100** can be designed as desired using main panels and slave panels without the need to be concerned with how a particular panel will physically fit into a position on the frame. The design may then focus on issues such as the required functionality (e.g., whether a main panel is needed or a slave panel is sufficient) for a particular position and/or other issues such as weight and cost.

In some embodiments, the main panel **400** of FIG. **4A** may weigh more than the slave panel **600** due to the additional components present in the main panel **400**. The additional components may also make the main panel **400** more expensive to produce than the slave panel **600**. Therefore, a display that uses as many slave panels as possible while still meeting required criteria will generally cost less and weigh less than a display that uses more main panels.

Referring to FIG. **7**, one embodiment of a panel **700** is illustrated that may be similar or identical to the panel **600** of FIG. **6A** with the exception of a change in the data point **604**. In the embodiment of FIG. **6A**, the data point **604** is a bi-directional connection. In the present embodiment, a separate "data out" point **702** and a "data in" point **704** are provided, which corresponds to the main panel configuration illustrated in FIG. **5**.

Referring to FIGS. **8A**-**8M**, embodiments of a frame **800** are illustrated. For example, the frame **800** may provide a more detailed embodiment of the frame **106** of FIG. **1B**. As described previously, LED panels, such as the panels **104a**-**104t** of FIGS. **1A** and **1B**, may be mounted directly to the frame **800**. Accordingly, the frame **800** does not need to be designed to support heavy cabinets, but need only be able to support the panels **104a**-**104t** and associated cabling (e.g., power and data cables), and the frame **800** may be lighter than conventional frames that have to support cabinet based structures. For purposes of example, various references may be made to the panel **200** of FIG. **2A**, the housing **300** of FIG. **3A**, and the panel **400** of FIG. **4A**.

11

In the present example, the frame **800** is designed to support LED panels **802** in a configuration that is ten panels high and thirty-two panels wide. While the size of the panels **802** may vary, in the current embodiment this provides a display surface that is approximately fifty feet and four inches wide (50' 4") and fifteen feet and eight and three-quarters inches high (15' 8.75").

It is understood that all measurements and materials described with respect to FIGS. **8**A-**8**M are for purposes of example only and are not intended to be limiting. Accordingly, many different lengths, heights, thicknesses, and other dimensional and/or material changes may be made to the embodiments of FIGS. **8**A-**8**M.

Referring specifically to FIG. **8**B, a back view of the frame **800** is illustrated. The frame **800** includes a top bar **804**, a bottom bar **806**, a left bar **808**, a right bar **810**, and multiple vertical bars **812** that connect the top bar **804** and bottom bar **806**. In some embodiments, additional horizontal bars **814** may be present.

The frame **800** may be constructed of various materials, including metals. For example, the top bar **804**, the bottom bar **806**, the left bar **808**, and the right bar **810** (e.g., the perimeter bars) may be made using a four inch aluminum association standard channel capable of bearing 1.738 lb/ft. The vertical bars **812** may be made using 2"×4"×½" aluminum tube capable of bearing a load of 3.23 lb/ft. it is understood that other embodiments will utilize other size components.

It is understood that these sizes and load bearing capacities are for purposes of illustration and are not intended to be limiting. However, conventional steel display frames needed to support conventional cabinet-based displays are typically much heavier than the frame **800**, which would likely not be strong enough to support a traditional cabinet-based display. For example, the frame **800** combined with the panels described herein may weigh at least fifty percent less than equivalent steel cabinet-based displays.

Referring to FIG. **8**C, a cutaway view of the frame **800** of FIG. **8**B taken along lines A1-A1 is illustrated. The horizontal bars **810** are more clearly visible. More detailed views of FIG. **8**C are described below.

Referring to FIG. **8**D, a more detailed view of the frame **800** of FIG. **8**C at location B1 is illustrated. The cutaway view shows the top bar **804** and a vertical bar **812**. A first flat bar **816** may be used with multiple fasteners **818** to couple the top bar **804** to the vertical bar **812** at the back of the frame **800**. A second flat bar **820** may be used with fasteners **821** to couple the top bar **804** to the vertical bar **812** at the front of the frame **800**. A front plate **902** belonging to a coupling mechanism **900** (described below with respect to FIG. **9**A) is illustrated. The second flat bar **820** may replace a back plate of the coupling mechanism **900**. In embodiments where the second flat bar **820** replaces the back plate, the second flat bar **820** may include one or more holes to provide accessibility to fasteners of the coupling mechanism **900**.

Referring to FIGS. **8**E-**8**G, various more detailed views of the frame **800** of FIG. **8**C are illustrated. FIG. **8**E provides a more detailed view of the frame **800** of FIG. **8**C at location B2. FIG. **8**F provides a cutaway view of the frame **800** of FIG. **8**E taken along lines C1-C1. FIG. **8**G provides a cutaway view of the frame **800** of FIG. **8**E taken along lines C2-C2.

A clip **822** may be coupled to a vertical bar **812** via one or more fasteners **824** and to the horizontal bar **814** via one or more fasteners **824**. In the present example, the clip **822** is positioned above the horizontal bar **814**, but it is understood that the clip **822** may be positioned below the horizontal bar **814** in other embodiments. In still other embodiments, the clip **822** may be placed partially inside the horizontal bar **814**

12

(e.g., a portion of the clip **822** may be placed through a slot or other opening in the horizontal bar **814**).

Referring to FIGS. **8**H and **8**I, various more detailed views of the frame **800** of FIG. **8**C are illustrated. FIG. **8**H provides a more detailed view of the frame **800** of FIG. **8**C at location B3. FIG. **8**I provides a cutaway view of the frame **800** of FIG. **8**H taken along lines D1-D1.

The cutaway view shows the bottom bar **806** and a vertical bar **812**. A first flat bar **826** may be used with multiple fasteners **828** to couple the bottom bar **806** to the vertical bar **812** at the back of the frame **800**. A second flat bar **830** may be used with fasteners **832** to couple the bottom bar **806** to the vertical bar **812** at the front of the frame **800**. A front plate **902** belonging to a coupling mechanism **900** (described below with respect to FIG. **9**A) is illustrated. The second flat bar **830** may replace a back plate of the coupling mechanism **900**. In embodiments where the second flat bar **830** replaces the back plate, the second flat bar **830** may include one or more holes to provide accessibility to fasteners of the coupling mechanism **900**.

Referring to FIGS. **8**J and **8**K, various more detailed views of the frame **800** of FIG. **8**A are illustrated. FIG. **8**H provides a more detailed view of the frame **800** of FIG. **8**B at location A2. FIG. **8**K provides a cutaway view of the frame **800** of FIG. **8**J taken along lines E1-E1. The two views show the bottom bar **806** and the left bar **808**. A clip **834** may be used with multiple fasteners **836** to couple the bottom bar **806** to the left bar **808** at the corner of the frame **800**.

Referring to FIGS. **8**L and **8**M, an alternative embodiment to FIG. **8**E is illustrated. FIG. **8**L provides a more detailed view of the frame **800** in the alternate embodiment. FIG. **8**M provides a cutaway view of the frame **800** of FIG. **8**L taken along lines F1-F1. In this embodiment, rather than using a horizontal bar **814**, a vertical bar **812** is coupled directly to a beam **840** using a clip **838**.

Referring to FIGS. **9**A-**9**C, one embodiment of a coupling mechanism **900** is illustrated that may be used to attach an LED panel (e.g., one of the panels 104*a*-104*t* of FIGS. **1**A and **1**B) to a frame (e.g., the frame **106** or the frame **800** of FIGS. **8**A and **8**B). For purposes of example, the coupling mechanism **900** is described as attaching the panel **200** of FIG. **2**A to the frame **800** of FIG. **8**B. In the present example, a single coupling mechanism **900** may attach up to four panels to the frame **800**. To accomplish this, the coupling mechanism **900** is positioned where the corners of four panels meet.

The coupling mechanism **900** includes a front plate **902** and a back plate **904**. The front plate **902** has an outer surface **906** that faces the back of a panel and an inner surface **908** that faces the frame **106**. The front plate **902** may include a center hole **910** and holes **912**. The center hole **910** may be countersunk relative to the outer surface **906** to allow a bolt head to sit at or below the outer surface **906**. Mounting pins **914** may extend from the outer surface **906**. The back plate **904** has an outer surface **916** that faces away from the frame **106** and an inner surface **918** that faces the frame **106**. The back plate **904** includes a center hole **920** and holes **922**.

In operation, the front plate **902** and back plate **904** are mounted on opposite sides of one of the vertical bars **808**, **810**, or **812** with the front plate **902** mounted on the panel side of the frame **800** and the back plate **904** mounted on the back side of the frame **800**. For purposes of example, a vertical bar **812** will be used. When mounted in this manner, the inner surface **908** of the front plate **902** and the inner surface **918** of the back plate **904** face one another. A fastener (e.g., a bolt) may be placed through the center hole **910** of the front plate **902**, through a hole in the vertical bar **812** of the frame **800**, and through the center hole **920** of the back plate **904**. This

US 9,069,519 B1

13

secures the front plate **902** and back plate **904** to the frame **800** with the mounting pins **914** extending away from the frame.

Using the housing **300** of FIG. **3**A as an example, a panel is aligned on the frame **800** by inserting the appropriate mounting pin **914** into one of the holes in the back of the housing **300** provided by an extension **310/312**. It is understood that this occurs at each corner of the panel, so that the panel will be aligned with the frame **800** using four mounting pins **914** that correspond to four different coupling mechanisms **900**. It is noted that the pins **914** illustrated in FIG. **9**C are horizontally aligned with the holes **912**, while the extensions illustrated in FIG. **3**A are vertically aligned. As described previously, these are alternate embodiments and it is understood that the holes **912/pins 914** and extensions **310/312** should have a matching orientation and spacing.

Once in position, a fastener is inserted through the hole **922** of the back plate **904**, through the corresponding hole **912** of the front plate **902**, and into a threaded hole provided by an extension **310/312** in the panel **300**. This secures the panel to the frame **800**. It is understood that this occurs at each corner of the panel, so that the panel will be secured to the frame **800** using four different coupling mechanisms **900**. Accordingly, to attach or remove a panel, only four fasteners need be manipulated. The coupling mechanism **900** can remain in place to support up to three other panels.

In other embodiments, the front plate **902** is not needed. For example, in displays that are lighter in weight the back of the panel can abut directly with the beam. In other embodiments, the center hole **920** and corresponding bolt are not necessary. In other words the entire connection is made by the screws through the plate **904** into the panel.

The embodiment illustrated here shows a connection from the back of the display. In certain applications, access to the back of the panels is not available. For example, the display may be mounted directly on a building without a catwalk or other access. In this case, the holes in the panel can extend all the way through the panel with the bolts being applied through the panel and secured on the back. This is the opposite direction of what is shown in FIG. **9**C.

More precise alignment may be provided by using an alignment plate, such as the alignment plate **314** of FIG. **3**B, with each panel. For example, while positioning the panel and prior to tightening the coupling mechanism **900**, the tabs **316** of the alignment plate **314** for that panel may be inserted into slots **318** in surrounding alignment plates. The coupling mechanism **900** may then be tightened to secure the panel into place.

It is understood that many different configurations may be used for the coupling mechanism **400**. For example, the locations of holes and/or pins may be moved, more or fewer holes and/or pins may be provided, and other modifications may be made. It is further understood that many different coupling mechanisms may be used to attach an panel to the frame **106**. Such coupling mechanisms may use bolts, screws, latches, clips, and/or any other fastener suitable for removably attaching a panel to the frame **800**.

FIG. **10**A illustrates the power connections, FIG. **10**B illustrates data connections, FIG. **10**C illustrates power connections, and FIG. **10**D illustrates data connections.

Referring to FIGS. **10**A and **10**B, one embodiment of a 13×22 panel display **1000** is illustrated that includes two hundred and eighty-six panels arranged in thirteen rows and twenty-two columns. For purposes of example, the display **1000** uses the previously described main panel **400** of FIG. **4**A (a 'B' panel) and the slave panel **600** of FIG. **6**A (a 'C' panel). As described previously, these panels have a bi-directional input/output connection point for data communications

14

between the main panel and the slave panels. The rows are divided into two sections with the top section having seven rows and the bottom section having six rows. The B panels form the fourth row of each section and the remaining rows are C panels. FIGS. **10**C and **10**D provide enlarged views of a portion of FIGS. **10**A and **10**B, respectively.

As illustrated in FIG. **10**A, power (e.g., 220V single phase) is provided to the top section via seven breakers (e.g., twenty amp breakers), with a breaker assigned to each of the seven rows. Power is provided to the bottom section via six breakers, with a breaker assigned to each of the six rows. In the present example, the power is provided in a serial manner along a row, with power provided to the first column panel via the power source, to the second column panel via the first panel, to the third column panel via the second panel, and so on for the entire row. Accordingly, if a panel is removed or the power for a panel is unplugged, the remainder of the panels in the row will lose power.

As illustrated in FIG. **10**B, data is sent from a data source **1002** (e.g., a computer) to the top section via one line and to the bottom section via another line. In some embodiments, as illustrated, the data lines may be connected to provide a loop. In the present example, the data is provided to the B panels that form the fourth row of each section. The B panels in the fourth row feed the data both vertically along the column and in a serial manner along the row. For example, the B panel at row four, column two (r4:c2), sends data to the C panels in rows one, two, three, five, six, and seven of column two (r1-3:c2 and r5-7:c2), as well as to the B panel at row four, column three (r4:c3). Accordingly, if a B panel in row four is removed or the data cables are unplugged, the remainder of the panels in the column fed by that panel will lose their data connection. The next columns will also lose their data connections unless the loop allows data to reach them in the opposite direction.

It is understood that the data lines may be bi-directional. In some embodiments, an input line and an output line may be provided, rather than a single bi-directional line as illustrated in FIGS. **10**A and **10**B. In such embodiments, the panels may be configured with additional input and/or output connections. An example of this is provided below in FIGS. **11**A and **11**B.

Referring to FIGS. **11**A and **11**B, one embodiment of a 16×18 panel display **1100** is illustrated that includes two hundred and eighty-eight panels arranged in sixteen rows and eighteen columns. Each power line connects to a single 110 v 20 amp breaker. All external power cables are 14 AWG SOW UL while internal power cables must be 14 AWG UL. For purposes of example, the display **1100** uses the previously described main panel **500** of FIG. **5** (a 'B' panel) and the slave panel **700** of FIG. **7** (a 'C' panel). As described previously, these panels have separate input and outpoint connection points for data communications between the main panel and the slave panels. FIGS. **11**C and **11**D provide enlarged views of a portion of FIGS. **11**A and **11**B, respectively.

As illustrated in FIG. **11**A, power is provided from a power source directly to the first column panel and the tenth column panel of each row via a power line connected to a single 110V, 20 A breaker. Those panels then feed the power to the panels in a serial manner. For example, the power is provided to the first column panel via the power source, to the second column panel via the first panel, to the third column panel via the second panel, and so on until the ninth column panel is reached for that row. The ninth column panel does not feed power to another panel because power is provided directly to the tenth column panel via the power source. Power is then provided to the eleventh column panel via the tenth panel, to

US 9,069,519 B1

15

the twelfth column panel via the eleventh panel, and so on until the end of the row is reached. Accordingly, if a panel is removed or the power for a panel is unplugged, the remainder of the panels in the row that rely on that panel for power will lose power.

Although not shown in FIG. 11B, the panels of the display 1100 may be divided into two sections for data purposes as illustrated previously with respect to FIG. 10B. Accordingly, as illustrated in FIG. 10B, data may be sent from a data source (e.g., a computer) to a top section via one line and to a bottom section via another line. As the present example illustrates the use of separate input and outpoint connection points for data communications between the main panel and the slave panels, data connections between B panels have been omitted for purposes of clarity.

In the present example, the data is provided to the B panels that form the fourth row of each section. The B panels in the fourth row feed the data both vertically along the column and in a serial manner along the row (as shown in FIG. 10B). For example, the B panel at row four, column two (r4:c2), sends data to the C panels in rows one, two, three, five, six, seven, and eight of column two (r1-3:c2 and r5-8:c2), as well as to the B panel at row four, column three (r4:c3). Accordingly, if a B panel in row four is removed or the data cables are unplugged, the remainder of the panels in the column fed by that panel will lose their data connections. The next columns will also lose their data connections unless the loop allows data to reach them in the opposite direction.

Referring to FIGS. 12A and 12B, one embodiment of a 19×10 panel two face display 1100 is illustrated that includes three hundred and eighty panels arranged in two displays of nineteen rows and ten columns. Each face requires 19 110V 20 AMP circuit breakers. For purposes of example, the display 1100 uses the previously described main panel 500 of FIG. 5 (a 'B' panel) and the slave panel 700 of FIG. 7 (a 'C' panel). As described previously, these panels have separate input and outpoint connection points for data communications between the main panel and the slave panels. FIGS. 12C and 12D provide enlarged views of a portion of FIGS. 12A and 12B, respectively.

As illustrated in FIG. 12A, power is provided from a power source directly to the first column panel of each face via a power line connected to a single 110V, 20 A breaker. Those panels then feed the power along the rows in a serial manner. For example, the power is provided to the first column panel of the first face via the power source, to the second column panel via the first panel, to the third column panel via the second panel, and so on until the last panel is reached for that row of that face. The tenth column panel does not feed power to the next face because power is provided directly to the first column of the second face via the power source. Power is then provided to the second column panel via the first panel, to the third column panel via the second panel, and so on until the last panel is reached for that row of that face. Accordingly, if a panel is removed or the power for a panel is unplugged, the remainder of the panels in the row that rely on that panel for power will lose power.

Although not shown in FIG. 12B, the panels of the display 1200 may be divided into three sections for data purposes as illustrated previously with respect to FIG. 10B. Accordingly, as illustrated in FIG. 10B, data may be sent from a data source (e.g., a computer) to the top section via one line, to a middle section via a second line, and to a bottom section via a third line. Each master control cabinet has six data cables and is configured to be in row 4. Two rows of cabinets use only 5 cables while the sixth cable is unused and tied back.

16

As the present example illustrates the use of separate input and outpoint connection points for data communications between the main panel and the slave panels, data connections between B panels have been omitted for purposes of clarity. However, a separate line may be run to the B panels in the first column of each face (which would require six lines in FIG. 12B), or the B panel in the last column of a row of one face may pass data to the B panel in the first column of a row of the next face (which would require three lines in FIG. 12B).

In the present example, the data is provided to the B panels that form the fourth row of each section. The B panels in the fourth row feed the data both vertically along the column and in a serial manner along the row (as shown in FIG. 10B). For example, the B panel at row four, column two (r4:c2), sends data to the C panels in rows one, two, three, five, and six of column two (r1-3:c2 and r5-6:c2), as well as to the B panel at row four, column three (r4:c3). Accordingly, if a B panel in row four is removed or the data cables are unplugged, the remainder of the panels in the column fed by that panel will lose their data connection. The next columns will also lose their data connections unless the loop allows data to reach them in the opposite direction.

FIG. 13 illustrates a modular display panel in accordance with embodiments of the present invention. FIG. 14 illustrates a modular display panel attached to a supporting frame in accordance with an embodiment of the present invention. FIG. 15 illustrates a frame used to provide mechanical support to the modular display panel in accordance with an embodiment of the present invention.

The multi-panel modular display panel 1300 comprises a plurality of LED display panels 1350. In various embodiments describe herein, the light emitting diode (LED) display panels 1350 are attached to a frame 1310 or skeletal structure that provides the framework for supporting the LED display panels 1350. The LED display panels 1350 are stacked next to each other and securely attached to the frame 1310 using attachment plate 1450, which may be a corner plate in one embodiment. The attachment plate 1450 may comprise holes through which attachment features 1490 may be screwed in, for example.

Referring to FIGS. 13 and 14, the LED display panels 1350 are arranged in an array of rows and columns. Each LED display panel 1350 of each row is electrically connected to an adjacent LED display panel 1350 within that row.

Referring to FIG. 15, the frame 1310 provides mechanical support and electrical connectivity to each of the LED display panels 1350. The frame 1310 comprises a plurality of beams 1320 forming the mechanical structure. The frame 1310 comprises a top bar, a bottom bar, a left bar, a right bar, and a plurality of vertical bars extending from the top bar to the bottom bar, the vertical bars disposed between the left bar and the right bar. The top bar, the bottom bar, the left bar and the right bar comprise four inch aluminum bars and wherein the vertical bars comprise 2"×4"×½" aluminum tubes. The top bar, the bottom bar, the left bar and the right bar are each capable of bearing a load of 1.738 lb/ft and wherein the vertical bars are each capable of bearing a load of 3.23 lb/ft.

The frame 1310 may include support structures for the electrical cables, data cables, electrical power box powering the LED displays panels 1350, data receiver box controlling power, data, and communication to the LED displays panels 1350.

However, the frame 1310 does not include any additional enclosures to protect the LED panels, data, power cables from the environment. Rather, the frame 1310 is exposed to the elements and further exposes the LED display panels 1350 to the environment. The frame 1310 also does not include air

US 9,069,519 B1

17

conditioning, fans, heating units to maintain the temperature of the LED display panels **1350**. Rather, the LED display panels **1350** are hermetically sealed themselves and are designed to be exposed to the outside ambient. Further, in various embodiments, there are not additional cabinets that are attached to the frame **1310** or used for housing the LED display panels **1350**. Accordingly, in various embodiments, the multi-panel modular display panel **1300** is designed to be only passively cooled.

FIGS. **38**A-**38**E illustrate specific examples of and assembled display system **1300** and a frame **1310**. As shown in FIG. **38**A, the modular display system **1300** includes a number of LED display panels **1350** mounted to frame **1310**. One of the display panels has been removed in the lower corner to illustrate the modular nature of the display. In this particular example, access is provided to the back of the modular display through a cage **1390** that includes an enclosed catwalk. Since the display system **1300** is generally highly elevated, a ladder (see FIG. **38**C) provides access to the catwalk. A side view of the display system is shown in FIG. **38**B and back views are shown in FIGS. **38**C and **38**D. FIG. **38**D further illustrates that the power cables of the same display panel are connected together for facilitating safe transportation.

FIG. **38**E illustrates the frame **1310** without the display panels **1350**. In this embodiment the beams **1320** that form that outer frame are bigger than the interior beams **1325**. In this case, the interior beams **1325** are aligned in a plane outside those of the frame beams **1322**. The plates **1315** are also shown in the figure. Upon installation, these plates will be rotated by 90 degrees and fastened to the display panels.

FIG. **16**, which includes FIGS. **16**A-**16**C, illustrates an attachment plate used to attach one or more modular display panels to the frame in accordance with an embodiment of the present invention. FIG. **16**A illustrates a projection view while FIG. **16**B illustrates a top view and FIG. **16**C illustrates a cross-sectional view.

Referring to FIGS. **16**A-**16**C, the attachment plate **1450** may comprise one or more through openings **1460** for enabling attachment features such as screws to go through. Referring to FIG. **16**C, the attachment plate **1450** comprises a top surface **1451** and a bottom surface **1452**. The height of the pillars **1480** may be adjusted to provide a good fit for the display panel. Advantageously, because the frame **1310** is not screw mounted to the display panel **1350**, the display panel **1350** may be moved during mounting. This allows for improved alignment of the display panels resulting in improved picture output. An alignment plate could also be used as described above.

Accordingly, in various embodiments, the height of the pillars **1480** is about the same as the beams **1320** of the frame **1310**. In one or more embodiments, the height of the pillars **1480** is slightly more than the thickness of the beams **1320** of the frame **1310**.

FIGS. **16**D and **16**E illustrate another embodiment of the attachment plate **1450**. In this example, the plate is rectangular shaped and not a square. For example, the length can be two to four times longer than the width. In one example, the length is about 9 inches while the width is about 3 inches. The holes in the center of the plate are optional. Conversely, these types of holes could be added to the embodiment of FIGS. **16**A and **16**B. In other embodiments, other shaped plates **1450** can be used.

FIG. **17** illustrates a magnified view of the attachment plate or a connecting plate, frame, and display panel after mounting in accordance with embodiments of the present invention.

18

Referring to FIG. **17**, one or more attachment features **1490** may be used to connect the attachment plate **1450** to the display panel **1350**. In the embodiment illustrated in FIG. **17**, the attachment plate **1450** is a corner plate. Each corner plate is mechanically connected to corners of four of the LED display panels **1350** to secure the LED display panels **1350** to the respective beams **1320** of the frame **1310**.

FIG. **17** illustrates that the attachment features **1490** is attached using the through openings **1460** in the attachment plate **1450**. The frame is between the attachment plate **1450** and the display panel **1350**.

In the embodiment of FIG. **17**, the beam **1320** physically contacts the display panel **1350**. In another embodiment, a second plate (not shown here) could be included between the beam **1320** and the display panel **1350**. The plate could be a solid material such as a metal plate or could be a conforming material such as a rubber material embedded with metal particles. In either case, it is desirable that the plate be thermally conductive.

FIG. **18** illustrates one unit of the modular display panel in accordance with an embodiment of the present invention.

FIG. **18** illustrates one of the multi-panel modular display panel **1300** comprising an input cable **1360** and an output cable **1365**. The LED display panels **1350** are electrically connected for data and for power using the input cable **1360** and the output cable **1365**.

Each modular LED display panel **1350** is capable of receiving input using an integrated data and power cable from a preceding modular LED display panel and providing an output using another integrated data and power cable to a succeeding modular LED display panel. Each cable ends with an endpoint device or connector, which is a socket or alternatively a plug.

Referring to FIG. **18**, in accordance with an embodiment, a LED display panel **1350** comprises an attached input cable **1360** and an output cable **1365**, a first connector **1370**, a second connector **1375**, a sealing cover **1380**. The sealing cover **1380** is configured to go over the second connector **1375** thereby hermetically sealing both ends (first connector **1370** and the second connector **1375**). The sealing cover **1380**, which also includes a locking feature, locks the two cables together securely. As will be described further, the input cable **1360** and the output cable **1365** comprise integrated data and power wires with appropriate insulation separating them.

FIG. **19** illustrates two display panels next to each other and connected through the cables such that the output cable **1365** of the left display panel **1350** is connected with the input cable **1360** of the next display panel **1350**. The sealing cover **1380** locks the two cables together as described above.

FIG. **20** illustrates a modular multi-panel display system comprising a plurality of LED display panels connected together using the afore-mentioned cables.

Referring to FIG. **20**, for each row, a LED display panel **1350** at a first receives an input data connection from a data source and has an output data connection to a next LED display panel in the row. Each further LED display panel **1350** provides data to a next adjacent LED display panel until a LED display panel **1350** at second end of the row is reached. The power line is run across each row to power the LED display panels **1350** in that row.

In one embodiment, the plurality of LED display panels **1350** includes 320 LED display panels **1350** arranged in ten rows and thirty-two columns so that the integrated display panel **1300** has a display surface that is approximately fifty feet and four inches wide and fifteen feet and eight and three-quarters inches high.

US 9,069,519 B1

19

In various embodiments, as illustrated in FIGS. **14** and **20**, a data receiver box **1400** is mounted to the mechanical support structure or frame **1310**. The data receiver box **1400** is configured to provide power, data, and communication to the LED display panels **1350**. With a shared receiver box **1400**, the panels themselves do not need their own receiver card. This configuration saves cost and weight.

FIG. **21**, which includes FIGS. **21A-21**C, illustrates an alternative embodiment of the modular display panel attached to a supporting frame in accordance with an embodiment of the present invention. FIGS. **21**B and **21**C illustrate alternative structural embodiments of the supporting frame.

This embodiment differs from embodiment described in FIG. **14** in that the horizontal beams **1320**A may be used to support the display panels **1350**. In one embodiment, both horizontal beams **1320**A and vertical beams **1320**B may be used to support the display panels **1350**. In another embodiment, horizontal beams **1320**A but not the vertical beams **1320**B may be used to support the display panels **1350**.

FIG. **21**B illustrates an alternative embodiment including additional beams **1320**C, which may be narrower than the other beams of the frame. One or more of the thinner beams **1320**C may be placed between the regular sized vertical beams **1320**B.

FIG. **21**C illustrates a further embodiment illustrating both a top view, bottom view and side view of a frame. The frame **1310** may be attached to a wall or other structure using plates **1315**. The frame **1310** may comprise a plurality of vertical beams and horizontal beams. In one embodiment, the frame **1310** comprises an outer frame having a top bar, a bottom bar, a left bar and a right bar. A display panel **1350** may be supported between two adjacent beams **1320** marked as L3 beams, which may be thinner (smaller diameter) and lighter than the thicker and heavier load bearing beams **1321** marked as L2 beams used for forming the outer frame. As an illustration, the L2 beams may be 4″ while the L3 beams may be 3″ in one example.

FIG. **22** illustrates a method of assembling a modular multi-panel display system in accordance with an embodiment of the present invention. FIG. **22** illustrates a method of assembling the multi-panel display system discussed in various embodiments, for example, FIG. **14**.

A mechanical support structure such as the frame **1310** described above is assembled taking into account various parameters such as the size and weight of the multi-panel display, location and zoning requirements, and others (box **1501**). For example, as previously described, the mechanical support structure includes a plurality of vertical bars and horizontal bars. The mechanical support structure may be fabricated from a corrosion resistant material in one or more embodiments. For example, the mechanical support structure may be coated with a weather-proofing coating that prevents the underlying substrate from corroding.

A plurality of LED display panels are mounted on to the mechanical support structure so as to form an integrated display panel that includes an array of rows and columns of LED display panels as described in various embodiments (box **1503**). Each of the LED display panels is hermetically sealed. Mounting the LED display panels may comprise mounting each LED display panel a respective vertical beam using an attachment plate.

Each of the LED display panels is electrically connected to a data source and to a power source (box **1505**). For example, a first LED display panel in each row is electrically coupled to the display source. The other LED display panels in each row may be daisy-chain coupled to an adjacent LED display panel (e.g., as illustrated in FIG. **20**).

20

Since the assembled display structure is light weight, significant assembly advantages can be achieved. For example, the panels can be assembled within a warehouse that is remote from the final location where the display will be utilized. In other words, the panels can be assembled at a first location, shipped to second location and finalized at the second location.

An illustration of two assembled displays that are ready for shipment is provided in FIG. **39**. These displays can be quite large, for example much larger than a 14×48 panel display. In some cases, a single display system is shipped as a series of sub-assemblies, e.g., as shown in the figure, and then assembled into a full display on location.

In various embodiments, the assembled multi-panel display system includes no cabinets. The assembled multi-panel display system is cooled passively and includes no air conditioning or fans.

FIG. **23** illustrates a method of maintaining a modular multi-panel display that includes a mechanical support structure and a plurality of LED display panels detachably coupled to the mechanical support structure without a cabinet. Each LED display panel is mechanically coupled to the mechanical support structure and three other lighting panels by a corner plate.

Referring to FIG. **23**, a defect is identified in one of the LED display panel so as to identify a defective LED display panel (box **1511**). The identification of the defective LED display panel may be performed manually or automatically. For example, a control loop monitoring the display system may provide a warning or error signal identifying the location of the defect.

In one embodiment, the health of a panel and/or the health of individual pixels can be determined. To determine the health of the panel, the power supply for each of the panels is monitored. If a lack of power is detected at any of the supplies a warning message is sent. For example, it can be determined that one of the power supplies has ceased to supply power. In the illustrated example, the message is sent from the power supply to the communication ship within the panel and then back to the receiving card. From the receiving card a message can be sent to the sending card or otherwise. For example, the message could generate a text to be provided to a repair station or person. In one example, a wireless transmitter is provided in the receiving card so that the warning message can be sent via a wireless network, e.g., a cellular data network. Upon receipt of the warning message, a maintenance provider can view the display, e.g., using a camera directed at the display.

In another embodiment, the health of individual pixels is determined, for example, by having each panel include circuitry to monitor the power being consumed by each pixel. If any pixel is determined to be failing, a warding message can be generated as discussed above. The pixel level health check can be used separately from or in combination with the panel level health check.

These embodiments would use bi-directional data communication between the panels and the receiver box. Image data will be transferred from the receiver box to the panels, e.g., along each row, and health and other monitoring data can be transferred from the panels back to the receiver. In addition to, or instead of, the health data discussed other data such as temperature, power consumption or mechanical data (e.g., sensing whether the panel has moved) can be provided from the panel.

If a decision is made to replace the defective LED display panel, the defective LED display panel is electrically disconnected from the multi-panel display (box **1512**). The attach-

US 9,069,519 B1

21

ment plate securely holding the LED display panel to the frame is removed from the defective LED display panel (box **1513**). In one or more embodiments, four attachment plates are removed so as to remove a single LED display panel. This is because one attachment plate has to be removed from a respective corner of the defective LED display panel.

The defective LED display panel is next removed from the multi-panel display (box **1514**). A replacement LED display panel is placed in a location formerly taken by the defective LED display panel (box **1515**). The attachment plate is reattached to the replacement LED display panel securely mounting the replacement LED display panel back to the display system (box **1516**). Similarly, four attachment plates have to be reattached in the above example. The replacement LED display panel is electrically reconnected to the multi-panel display (box **1517**).

FIG. **24**, which includes FIGS. **24**A and **24**B, illustrates a display panel in accordance with an embodiment of the present invention. FIG. **24**A illustrates a cross-sectional view of a display panel while FIG. **24**B illustrates a schematic of the display panel. FIG. **24**C illustrates a schematic of the LED array as controlled by the receiver circuit in accordance with an embodiment of the present invention.

Referring to FIG. **24**A, the modular LED display panel comprises a plurality of LEDs **1610** mounted on one or more printed circuit boards (PCBs) **1620**, which are housed within a hermetically sealed enclosure or casing. A framework of louvers **1630** is attached to the PCB **1620** using an adhesive **1640**, which prevents moisture from reaching the PCB. However, the LEDs **1610** are directly exposed to the ambient in the direction of light emission. The LEDs **1610** themselves are water repellent and therefore are not damaged even if exposed to water. The louvers **1630** rise above the surface of the LEDs and help to minimize reflection and scattering of external light, which can otherwise degrade the quality of light output from the LEDs **1610**.

The PCB is mounted within a cavity of an enclosure, which may be a plastic casing **1650**. A heat sink **1660** is attached between the PCB **1620** and the casing **1650** and contacts both the PCB **1620** and the casing **1650** to maximize heat extraction. A thermal grease may be used between the back side of the casing **1650** and the PCB **1620** to improve thermal conduction. In one example embodiment, the thermal grease is between the heat sink **1660** and the back side of the casing **1650**. In a further example embodiment, the thermal grease is between the PCB **1620** and the heat sink **1660**.

A receiver circuit **1625** is mounted on the PCB **1620**. The receiver circuit **1625** may be a single chip in one embodiment. Alternatively, multiple components may be mounted on the PCB **1620**. The receiver circuit **1625** may be configured to process the received media and control the operation of the LEDs **1610** individual. For example, the receiver circuit **1625** may determine the color of the LED to be displayed at each location (pixel). Similarly, the receiver circuit **1625** may determine the brightness at each pixel location, for example, by controlling the current supplied to the LED.

The air gap within the cavity is minimized so that heat is conducted out more efficiently. Thermally conductive standoffs **1626** may be introduced between the PCB **1620** to minimize the air gap, for example, between the receiver circuit **1625** and the heat sink **1660**. The PCB **1620** is designed to maximize heat extraction from the LEDs **1610** to the heat sink **1660**. As described previously, the casing **1650** of the display panel **1350** has openings through which an input cable **1360** and output cable **1365** may be attached. The cables may have

22

connectors or plugs for connecting to an adjacent panel or alternatively the casing **1650** may simply have input and output sockets.

A power supply unit **1670** may be mounted over the casing **1650** for powering the LEDs **1610**. The power supply unit **1670** may comprise a LED driver in various embodiments. The LED driver may include a power converter for converting ac to dc, which is supplied to the LEDs **1610**. Alternatively, the LED driver may comprise a down converter that down converts the voltage suitable for driving the LEDs **1610**. For example, the down converter may down convert a dc voltage at a first level to a dc voltage at a second level that is lower than the first level. This is done so that large dc currents are not carried on the power cables. The LED driver is configured to provide a constant dc current to the LEDs **1610**.

Examples of down converters (dc to dc converters) include linear regulators and switched mode converters such as buck converters. In further embodiments, the output from the power supply unit **1670** is isolated from the input power. According, in various embodiments, the power supply unit **1670** may comprise a transformer. As further example, in one or more embodiments, the power supply unit **1670** may comprise a forward, half-bridge, full-bridge, push-pull topologies.

The power supply unit **1670** may be placed inside a faraday cage to minimize RF interference to other components. The LED driver of the power supply unit **1670** may also include a control loop for controlling the output current. In various embodiments, the display panel **1350** is sealed to an IP 67 standard. As discussed herein, other ratings are possible.

FIG. **24**B illustrates a system diagram schematic of the display panel in accordance with an embodiment of the present invention.

Referring to FIG. **24**B, a data and power signal received at the input cable **1360** is processed at an interface circuit **1651**. The incoming power is provided to the LED driver **1653**. Another output from the incoming power is provided to the output cable **1365**. This provides redundancy so that even if a component in the display panel **1350** is not working, the output power is not disturbed. Similarly, the output cable **1365** includes all the data packets being received in the input cable **1360**.

The interface circuit **1651** provides the received data packets to the graphics processor **1657** through a receiver bus **1654**. In some embodiments, the interface circuit **1651** provides only the data packets intended for the display panel **1350**. In other embodiment, the interface circuit **1651** provides all incoming data packets to the graphics processor **1657**. For example, the graphics processor **1657** may perform any decoding of the received media. The graphics processor **1657** may use the buffer memory **1655** or frame buffer as needed to store media packets during processing.

A scan controller **1659**, which may include an address decoder, receives the media to be displayed and identifies individual LEDs in the LEDs **1610** that need to be controlled. The scan controller **1659** may determine an individual LEDs color, brightness, refresh time, and other parameters associated to generate the display. In one embodiment, the scan controller **1659** may provide this information to the LED driver **1653**, which selects the appropriate current for the particular LED.

Alternatively, the scan controller **1659** may interface directly with the LEDs **1610** in one embodiment. For example, the LED driver **1653** provides a constant current to the LEDs **1610** while the scan controller **1659** controls the select line needed to turn ON or OFF a particular LED.

US 9,069,519 B1

23

24

Further, in various embodiments, the scan controller **1659** may be integrated into the LED driver **1653**.

FIG. **24**C illustrates a schematic of the LED array as controlled by the receiver circuit in accordance with an embodiment of the present invention.

Referring to FIG. **24**C, the row selector **1661** and column selector **1662**, which may be part of the circuitry of the scan controller **1659** described previously, may be used to control individual pixels in the array of the LEDs **1610**. For example, at each pixel location, the color of the pixel is selected by powering one or more combination of red, blue, green, and white LEDs. The row selector **1661** and column selector **1662** include control circuitry for performing this operation as an example.

FIG. **25**, which includes FIGS. **25**A-**25**D, illustrates a display panel in accordance with an embodiment of the present invention.

FIG. **25**A illustrates a projection view of the back side of the display panel, FIG. **25**B illustrates a planar back side of the display panel, and FIG. **25**C illustrates a planar bottom view while FIG. **25**D illustrates a side view.

Referring to FIG. **25**A, the display panel **1350** comprises a casing **1650**, which includes casing holes **1710** for attaching the attachment features **1490** (e.g., FIG. **14**) and openings for the input cable **1360** and the output cable **1365**.

A power supply unit **1670** is mounted over the casing **1650** and protrudes away from the back side. The casing **1650** may also include stacking features **1730** that may be used to stack the display panels **1350** correctly. For example, the stacking features **1730** may indicate the path in which data cables are moving and which end of the casing **1650**, if any, has to placed pointing up. The casing **1650** may further include a handle **1720** for lifting the display panel **1350**.

The housing of the power supply unit **1670**, which may be made of plastic, may include fins **1671** for maximizing heat extraction from the power supply unit **1670**. The power supply unit **1670** may be screwed into the casing **1650**.

FIG. **26** illustrates a planar view of a portion of the front side of the display panel in according with an embodiment of the present invention.

Referring to FIG. **26**, a plurality of LEDs **1610** is exposed between the framework of louvers **1630** comprising a plurality of support strips **1631** and a plurality of ridges **1632**. The plurality of support strips **1631** and the plurality of ridges **1632** are attached to the PCB below using an adhesive as described previously. The framework of louvers **1630** may also be screwed at the corners or spaced apart distances to provide improved mechanical support and mitigate issues related to adhesive peeling.

The display panel discussed thus far has the advantage of being self-cooling, waterproof and light-weight. A plastic material, e.g., an industrial plastic, can be used for the housing. Within the housing, the LED board (or boards) are enclosed without any significant air gaps (or no air gaps at all). In some embodiments, a heat conductive material can be attached to both the back of the LED board and the inner surface of the housing to facilitate heat transfer. This material can be a thermally conductive sheet of material such as a metal (e.g., an aluminum plate) and/or a thermal grease.

The power supply is mounted outside the LED board housing and can also be passively cooled. As discussed herein, a thermally conductive material can be included between the power supply and the LED board, e.g., between the power supply housing and the LED panel enclosure. A thermally conductive material could also line some or all of the surfaces of the power supply housing.

While the discussion thus far has related to the self-cooling panel, it is understood that many of the embodiments discussed herein also applied to fan-cooled assemblies. Two views of a fan cooled display panel are shown in FIGS. **40**A and **40**B. As an example, these panels can be mounted as disclosed with regard to FIG. **14** as well as the other embodiments. Other features described herein could also be used with this type of a display panel.

FIG. **27**, which includes FIGS. **27**A-**27**C, illustrates cross-sectional views of the framework of louvers at the front side of the display panel in according with an embodiment of the present invention. FIG. **27** illustrates a cross-sectional along a direction perpendicular to the orientation of the plurality of ridges **1632** along the line **27**-**27** in FIG. **26**.

In various embodiments, the plurality of ridges **1632** is horizontal have a higher height than the plurality of support strips **1631**. Horizontally oriented plurality of ridges **1632** may be advantageously to remove or block water droplets from over the LEDs **1610**.

The relative height differences between the plurality of support strips **1631** and the plurality of ridges **1632** may be adjusted depending on the particular mounting location in one embodiment. Alternatively in other embodiments, these may be independent of the mounting location.

The sidewalls and structure of the plurality of ridges **1632** may be adjusted depending on various lighting conditions and need to prevent water from accumulating or streaking over the LEDs **1610**. FIG. **27**A illustrates a first embodiment in which the sidewalls of the plurality of ridges **1632** are perpendicular. FIG. **27**B illustrates a second embodiment in which the sidewalls of the plurality of ridges **1632** are perpendicular but the inside of the plurality of ridges **1632** is partially hollow enabling ease of fabrication. FIG. **27**C illustrates a different embodiment in which the sidewalls of the plurality of ridges **1632** are angled, for example, to prevent from other sources scattering of the LEDs **1610** and generating a diffuse light output.

FIG. **28** illustrates a plurality of display panels arranged next to each other in accordance with embodiments of the present invention.

In addition to the features described previously, in one or more embodiments, the display panels may include locking features **1760** such as tabs and other marks that may be used to correctly align the display panels precisely. For example, the locking features **1760** comprise interlocking attachment points that are attached to an adjacent LED display panel.

FIGS. **29**A-**29**D illustrates a schematic of a control system for modular multi-panel display system in accordance with an embodiment of the present invention. FIG. **29**A illustrates a controller connected to the receiver box through a wired network connection. FIG. **29**B illustrates a controller connected to the receiver box through a wireless network connection. FIGS. **29**C and **29**D illustrate the power transmission scheme used in powering the modular multi-panel display system.

Data to be displayed at the multi-panel display system may be first received from a computer **1850**, which may be a media server, at a controller **1800**. The controller **1800**, which may also be part of the media server, may transmit the data to be displayed to one or more data receiver boxes **1400**. A very large display may include more than one receiver boxes **1400**. The data receiver boxes **1400** receive the data to be displayed from the controller **1800**, and distribute it across to the multiple display panels.

As described previously, a data receiver box **1400** is mounted to the mechanical support structure or frame **1310**.

US 9,069,519 B1

25

The data receiver box **1400** is configured to receive data from a controller **1800** and to provide power, data, and communication to the LED display panels **1350** through integrated power and data cables **1860**. The input cable **1360** and the output cable **1365** in FIG. **18** are specific applications of the integrated power and data cables **1860** illustrated in FIGS. **29**A and **29**B. The data receive box **1400** can eliminate the need for a receiver card in each panel. In other words, the panels of certain embodiments include no receiver card.

The controller **1800** may be a remotely located or located on-site in various embodiments. The controller **1800** is configured to provide data to display to the data receiver box **1400**. The output of the controller **1800** may be coupled through a network cable **1840** to the data receiver box **1400**. The data receiver box **1400** is housed in a housing that is separate from housings of each of the LED display panels **1300** (for example, FIG. **14**). Alternatively, the output of the controller **1800** may be coupled to an ingress router of the internet and the data receiver box **1400** may be coupled to an egress router if the controller **1800** is located remotely.

Referring to FIG. **29**A, the controller **1800** comprises a sending card **1810** and a power management unit (PMU) **1820**. The PMU **1820** receives power and provide operating voltage to the sending card **1810**. The sending card **1810** receives data through data cables and provides it to the output. The sending card **1810** may comprise receiver and transmitter circuitry in various embodiments for processing the received video, up-converting, and down converting. In one or more embodiments, the sending card **1810** may be configured to receive data from the respective data receiver box **1400**. The sending card **1810** may communicate with the data receiver box **1400** using an internet communication protocol such as Transmission Control Protocol and/or the Internet Protocol (TCP/IP) protocol in one embodiment. Alternatively, other suitable protocols may be used. In some embodiments, the communication between the sending card **1810** and the data receiver box **1400** may be performed using a secure protocol such as SSH or may be encrypted in others embodiments.

FIG. **29**B illustrates a controller connected to the receiver box through a wireless network connection in which the data to be displayed is transmitted and received using antennas **1831** at the controller **1800** and the data receiver box **1400**.

The data input **1830** may be coupled to a computer **1850**, for example, to a USB or DVI output. The computer **1850** may provide data to the sending card **1810**, for example, through the USB and/or DVI output.

The data receiver box **1400** connects the LED display panels with data to be displayed on the integrated display and with power to power each of the LED display panels **1350**. The data receiver box **1400** may transmit the media or data to be displayed in a suitable encoded format. In one or more embodiments, the data receiver box **1400** transmits analog video. For example, in one embodiment, composite video may be outputted by the data receiver box **1400**. Alternatively, in one embodiment, YPbPr analog component video may be outputted by the data receiver box **1400**.

Alternatively, in some embodiments, the data receiver box **1400** transmits digital video. The output video comprises video to be displayed encoded in a digital video format by each of the display panels under the data receiver box **1400**.

In one or more embodiments, the data receiver box **1400** creates multiple outputs, where each output is configured for each panel under its control. Alternatively, the display panels **1350** may be configured to decode the received data and select and display only the appropriate data intended to be displayed by that particular display panel **1350**.

26

FIGS. **29**C and **29**D illustrate the power transmission scheme used in powering the modular multi-panel display system.

FIG. **29**C illustrates the power conversion at the data receiver box **1400** produces a plurality of AC outputs that is transmitted to all the display panels. All the display panels **1350** on the same row receive output from the same AC output whereas display panels **1350** on a different row receive output from the different AC output. The power supply unit **1670** converts the received AC power to a DC current and supplies it to the LEDs **1610**.

FIG. **29**D is an alternative embodiment in which the AC to DC conversion is performed at the data receiver box **1400**. The power supply unit **1670'** down converts the received voltage from a higher voltage to a lower voltage.

In either of the power transmission embodiments, the power line can be configured so that power is run across all of the row (or any other group of panels). In this manner, if the power supply of any one of the panels fails, the other panels will continue to operate. One way to assist in the maintenance of the display system is to monitor the power at each panel to determine if any of the panels has failed.

FIG. **30** illustrates a schematic of a sending card of the control system for modular multi-panel display system in accordance with an embodiment of the present invention.

The sending card **1810** may include an inbound network interface controller, a processor for processing, an outbound network interface controller for communicating with the data receiver boxes **1400** using a specific physical layer and data link layer standards. Display packets (media packaged as data packets intended for display) received at the inbound network interface controller may be processed at the processor and routed to the outbound network interface controller. These display packets may be buffered in a memory within the sending card **1810** if necessary. As an illustration, the processor in the sending card **1810** may performs functions such as routing table maintenance, path computations, and reachability propagation. The inbound network interface controller and the outbound network interface controller include adapters that perform inbound and outbound packet forwarding.

As an illustration, the sending card **1810** may include a route processor **1811**, which is used for computing the routing table, maintenance using routing protocols, and routing table lookup for a particular destination.

The sending card **1810** further may include multiple interface network controllers as described above. As an example, the inbound network interface controller may include an inbound packet forwarder **1812** to receive the display packet at an interface unit while the outbound network interface controller may include an outbound packet forwarder **1813** to forward the display packet out of another interface unit. The circuitry for the inbound packet forwarder **1812** and the outbound packet forwarder **1813** may be implemented separately in different chips or on the same chip in one or more embodiments.

The sending card **1810** also includes an optional packet processor **1814** for performing non-routing functions relating to the processing of the packet and a memory **1815**, for example, for route caching. For example, the packet processor **1814** may also perform media encoding in some embodiments. Additionally, in some embodiments, the sending card **1810** may include a high performance switch that enables them to exchange data and control messages between the inbound and the outbound network interface controllers. The communication between the various components of the sending card **1810** may be through a bus **1816**.

US 9,069,519 B1

27

28

FIG. **31** illustrates a schematic of a data receiver box for modular multi-panel display system in accordance with an embodiment of the present invention.

Referring to FIG. **31**, a large multi-panel display modular system **1300** may include multiple data receiver box **1400** for displaying portions of the multi-panel modular display system **1300**. The data receiver box **1400** receives the output of the controller **1800** through a network cable **1840**. The data receiver box **1400** is configured to provide power, data, and communication to the LED display panels **1350** through integrated power and data cables **1860**.

The data receiver box **1400** comprises an interface unit **1910** that receives the network data according to the internet protocol, e.g., TCP/IP. The data receiver box **1400** may include a designated IP address and therefore receives the output of the controller **1800** that is specifically sent to it. In case the controller **1800** and the data receiver box **1400** are part of the same local area network (LAN), the data receiver box **1400** may also receive data designated towards other similar data receiver boxes in the network. However, the interface unit **1910** is configured to select data based on the IP address and ignore data destined to other boxes. The interface unit **1910** includes necessary interface controllers, and may include circuitry for up-converting and down-converting signals.

The power management unit **1920** receives an ac input power for powering the data receiver box **1400** as well as the corresponding display panels **1350** that are controlled by the data receiver box **1400**. In one embodiment, the power management unit **1920** comprises a switched mode power supply unit for providing power to the display panels **1350**. The power management unit **1920** may be placed inside a faraday cage to minimize RF interference to other components. In various embodiments, the output from the power management unit **1920** is isolated from the input, which is connected to the AC mains. According, in various embodiments, the power management unit **1920** comprises a transformer. The primary side of the transformer is coupled to the AC mains whereas the secondary side of the transformer is coupled to the components of the data receiver box **1400**. The power management unit **1920** may also include a control loop for controlling the output voltage. Depending on the output current and/or voltage, the primary side may be regulated.

As examples, in one or more embodiments, the power management unit **1920** may comprise a flyback, half-bridge, full-bridge, push-pull topologies.

The signal processing unit **1930** receives the media packets from the interface unit **1910**. The signal processing unit **1930** may be configured to process media packets so as to distribute the media packets through parallel paths. In one or more embodiments, the signal processing unit **1930** may be configured to decode the media packets and encode them into another format, for example.

The system management unit **1940** receives the parallel paths of the media packets and combines with the power from the power management unit **1920**. For example, the media packets destined for different rows of the display panels may be forwarded through different output paths using different integrated power and data cables **1860**. The power for powering the display panels from the power management unit **1920** is also combined with the media packets and transmitted through the integrated power and data cables **1860**.

FIG. **32** illustrates a method of assembling a modular multi-panel display in accordance with an embodiment of the present invention.

Referring to FIG. **32**, a mechanical support structure such as a frame is assembled as described above in various embodi-

ments (box **1921**). A plurality of LED display panels is attached directly to the mechanical support structure using a plurality of coupling mechanisms (box **1922**). A receiver box is attached to the mechanical support structure (box **1923**). The receiver box includes power circuitry with an ac power input and an ac power output. The receiver box further includes digital circuitry configured to process media data to be displayed by the LED display panels. AC power from the receiver box is electrically connected to each of the LED display panels (box **1924**). Media data from the receiver box is electrically connected to each of the LED display panels (box **1925**). For example, a plurality of integrated data and power cables are interconnected.

FIGS. **33-37** illustrate particular embodiments relating to integrated data and power cord for use with modular display panels.

FIG. **33** illustrates a cross-sectional view of an integrated data and power cord in accordance with embodiments. For example, the integrated data and power cord may be used as the integrated power and data cable **1860** in FIGS. **29**A and **29**B and/or the input cable **1360** or the output cable **1365** in FIG. **18**.

Referring to FIG. **33**, the integrated power and data cable **1860** includes a first plurality of wires **2011** for carrying data and a second plurality of wires **2012** for carrying power. The power may be a/c or dc. The first plurality of wires **2011** may include twisted pair. The length of the first plurality of wires **2011** and the second plurality of wires **2012** may be controlled to prevent the signal propagation delay within each LED display panel within a specific time. The first plurality of wires **2011** may be configured to transport data at a high bit rate, e.g., at least 1 Mbit/s and may be 100-1000 Mbit/s. To minimize noise, the cable **2010** as a whole may be shielded or the first plurality of wires **2011** may be shielded separately. The shielding may be accomplished by a conductive outer layer formed around the first and the second plurality of wires **2011** and **2012**.

FIG. **34**, which includes FIGS. **34**A and **34**B, illustrates cross-sectional views of connectors at the ends of the integrated data and power cable in accordance with embodiments of the present invention. FIG. **34**A illustrates a first connector that is configured to fit or lock into a second connector illustrated in FIG. **34**B. For example, the first connector **1370** and the second connector **1375** may be attached to corresponding input cable **1360** and output cable **1365** of the display panel **1350** as illustrated in FIG. **18**.

In various embodiments, the endpoints of the input cable **1360** is opposite to the endpoints of the output cable **1365** so that they may be interlocked together or interlocked with an adjacent panel. For example, the endpoint of the integrated data and power input cable **1360** is interlocked with an endpoint of an integrated data and power output cable **1365** of an adjacent panel, for example, as illustrated in FIG. **19** and FIG. **20**.

In one embodiment, a subset of the endpoints of the input cable **1360** is a male type pin while a remaining subset of the endpoints of the input cable **1360** is a female type pin. This advantageously allows the electrical connection to be made securely.

Referring to FIG. **34**A, the first connector **1370** includes a plurality of first openings **2020** configured to receive a plurality of pins from another connector. The plurality of first openings **2020** comprises a conductive internal surface, which is a female pin, that is configured to establish an electrical contact with an incoming male pin. The first connector **1370** further includes a plurality of second openings **2030** configured to receive power male pins from another connec-

tor. Thus, the connector is designed to integrated power and data. The pins **2031** protrude out of the plurality of second openings **2030** and are configured to fit into corresponding openings (i.e., female pins) of another connector.

The diameters of the plurality of first openings **2020** and the plurality of second openings **2030** may be different to account for the different currents being carried through each.

The plurality of first openings **2020** and the plurality of second openings **2030** are formed inside a first protruding section **2070** that is configured to lock inside a second protruding section **2170** of another connector. The enclosing material **2040** provide insulation and protection against external elements such as water.

A sealing cover **1380** is configured to lock with the another connector and configured to prevent moisture from reaching inside the connector

As further illustrated in FIG. **34**B, the second connector **1375** is configured to receive a connector similar to the first connector **1370**. Thus, the pins **2121** of the second connector **1375** are configured to fit into the corresponding first openings **2020** of the first connector **1370**. The plurality of first openings **2120** may be optional and may not be used in some embodiments. Similarly, the plurality of second openings **2130** of the second connector **1375** comprises a conductive internal surface, which is a female pin, that is configured to establish an electrical contact with an incoming male pin.

Similar to FIG. **34**A, the plurality of first openings **2020** and the plurality of second openings **2030** of the second connector **1375** in FIG. **34**B are formed inside a second protruding section **2170** that is configured to lock with the first protruding section **2070** of another connector.

FIG. **35**, which includes FIGS. **35**A and **35**B, illustrates cross-sectional views showing the first connector locked with the second connector in accordance with embodiments of the present invention. FIG. **35**A illustrates the first connector aligned to the second connector, while FIG. **35**B illustrates the first connector securely locked to the second connector with the sealing cover sealing the connectors.

Referring to FIG. **35**A, the plurality of first openings **2020**, pins **2031** are connected to corresponding to first and the second plurality of wires **2011** and **2012** respectively. As illustrated, the electrical pins/openings of the first connector **1370** are configured to be lock with the electrical pins/openings of the second connector **1375**. Further, there may be additional mechanical locking points to secure the two connectors. In one embodiment, the first connector **1370** comprises a concentric opening **2041** configured to fit in a locking position with the concentric ring **2042** on the second connector **1375**.

As illustrated in FIG. **35**B, the first protruding section **2070** is disposed inside the second protruding section **2170** when locked. The sealing cover **1380** is moveable seals over the first and the second protruding sections **2070** and **2170** thereby preventing any moisture from entering into the connectors. The sealing cover **1380** may be able to screw over a portion of the second connector **1375** in the direction indicated by the arrow in FIG. **35**B in one embodiment.

FIG. **36**, which includes FIGS. **36**A and **36**B, illustrates one embodiment of the first connector previously illustrated in FIG. **34**A and FIGS. **35**A and **35**B. FIG. **36**A illustrates a planar top view while FIG. **36**B illustrates a projection view.

FIG. **37**, which includes FIGS. **37**A and **37**B, illustrates one embodiment of the second connector previously illustrated in FIG. **34**B and FIGS. **35**A and **35**B. FIG. **37**A illustrates a planar top view while FIG. **37**B illustrates a projection view.

Referring to FIGS. **36** and **37**, besides the features previously discussed, embodiments of the present invention may also include radial alignment features for radially aligning the first connector **1370** with the second connector **1375**. FIG. **36**A illustrates a first type of radial alignment features **2080** while FIG. **37**A illustrates a second type of radial alignment features **2180**. The first type of radial alignment features **2080** is configured to correctly align with the second type of radial alignment features **2180**.

Although the preferred embodiment has been described in detail, it should be understood that various changes, substitutions and alterations can be made therein without departing from the spirit and scope of the invention as defined by the appended claims.

What is claimed is:

**1**. A modular multi-panel display system comprising:

a mechanical support structure;

an array of display panels arranged in rows and columns and mounted to the mechanical support structure so as to form an integrated display, none of the display panels having a receiver card within the panel, wherein each display panel is configured to receive AC power, and wherein each display panel comprises an AC-DC power converter to generate a DC power supply for the respective display panel;

a receiver box mounted to the mechanical support, the receiver box housed in a housing that is separate from housings of each of the display panels, the receiver box including a receiver card coupled to feed data to be displayed on the integrated display to a plurality of the display panels, wherein the receiver box comprises a power management unit for providing AC power to each of the array of display panels, wherein the receiver box is configured to send AC power and media data to each display panel;

a control box at a remote location outside of the mechanical support and electrically connected to the receiver box through a data connection, wherein the receiver box is configured to communicate with the control box using a network connection, wherein the receiver box comprises a signal processing unit configured to decode media packets received from the control box, the media packets representing media data to be displayed on the integrated display, and wherein the receiver box comprises a system management unit configured to distribute the decoded media packets to each of the display panel;

a first plurality of electrical connections electrically connecting the receiver box with a first display panel in each row of display panels;

a second plurality of electrical connections, each electrically connecting the first display panel in each row with a second display panel in that row of display panels;

a third plurality of electrical connections, each electrically connecting the second display panel in each row with a third display panel in that row of display panels;

a fourth plurality of electrical connections, each electrically connecting a second-to-last display panel in each row with a last display panel in that row of display panels; and

a fifth plurality of electrical connections, each extending out of a respective one of the last display panels but not being electrically connected.

**2**. The display system of claim **1**, further comprising a media server coupled to the control box.

**3**. The display system of claim **1**, wherein the control box is a media server.

US 9,069,519 B1

31

**4**. The display system of claim **1**, wherein the control box includes a sending card with a data input and a data output.

**5**. The display system of claim **4**, wherein the sending card comprises:

a bus;

a route processor coupled to the bus;

an inbound packet forwarder coupled to the bus;

an outbound packet forwarder coupled to the bus;

a packet processor coupled to the bus; and

a memory coupled to the bus.

**6**. The display system of claim **1**, wherein each of the electrical connections comprises a power cable.

**7**. The display system of claim **1**, further comprising a power source coupled to the control box and also coupled to the receiver box.

**8**. The display system of claim **1**, wherein each of the electrical connections comprises an integrated data and power cable.

**9**. The display system of claim **1**, wherein each of the second plurality of electrical connections comprises a first integrated data and power cable extending out of the first display panel and a second integrated data and power cable extending out of the second display panel, the first integrated data and power cable each including a first connector that is electrically and mechanically attached to a second connector of the second integrated data and power cable.

**10**. The display system of claim **1**, wherein the receiver box comprises:

a power module with an AC power input;

digital circuitry configured to process the data to be displayed on the integrated display; and

a faraday shield separating the power module from the digital circuitry.

**11**. The display system of claim **1**, wherein the display system include no cabinets and wherein the display system is cooled passively and includes no air conditioning or fans.

**12**. The display system of claim **1**, wherein each of the display panels having an ingress protection (IP) rating of IP 65 or greater.

**13**. The display system of claim **1**, wherein each of the display panels having an ingress protection (IP) rating of IP 67 or greater.

**14**. The display system of claim **1**, further comprising a plurality of coupling mechanisms, wherein each display panel is mechanically coupled to the mechanical support structure and three other display panels by a respective coupling mechanism.

**15**. The display system of claim **1**, wherein the plurality of the display panels comprises all display panels in the array.

**16**. The display system of claim **1**, wherein the plurality of the display panels comprises some but not all of the display panels in the array, the system further comprising a second receiver box coupled to other display panels in the array.

**17**. The display system of claim **1**, wherein each of the display panels comprises LED display panels.

**18**. A method of assembling a modular multi-panel display, the method comprising:

assembling a mechanical support structure;

32

attaching a plurality of display panels directly to the mechanical support structure using a plurality of coupling mechanisms, wherein each display panel is configured to receive AC power, and wherein each display panel comprises a AC-DC power converter to generate a DC power supply from AC power for the respective display panel;

attaching a receiver box to the mechanical support structure, the receiver box including power circuitry with an AC power input and an AC power output for providing AC power to each of the plurality of display panels, the receiver box further including digital circuitry configured to process media data to be displayed by the display panels, wherein the receiver box is configured to send AC power and media data to each of the plurality of display panels;

electrically connecting the receiver box to a control box, at a remote location, that is not mounted to the mechanical support, the control box being electrically connected to the receiver box through a data connection, wherein the receiver box is configured to communicate with the control box using a network connection, wherein the receiver box comprises a signal processing unit configured to decode media packets received from the control box and a system management unit configured to distribute the decoded media packets to each of the plurality of display panels;

electrically connecting AC power from the receiver box to each of the display panels; and

electrically connecting media data from the receiver box to each of the display panels.

**19**. The method of claim **18**, wherein electrically connecting the AC power and the media data comprises interconnecting a plurality of integrated data and power cables.

**20**. The method of claim **18**, wherein electrically connecting the receiver box to the control box comprises electrically connecting the receiver box to the control box wirelessly.

**21**. The method of claim **18**, wherein attaching the display panels to the mechanical support structure comprises attaching each display panel to the mechanical support structure and to three other display panels by a respective coupling mechanism.

**22**. The method of claim **18**, wherein attaching the display panels to the mechanical support structure comprises attaching sealed display panels to the mechanical support structure without any cabinets, each sealed display panel having an ingress protection (IP) rating of IP 66 or greater.

**23**. The method of claim **22**, wherein the assembled display system is cooled passively and includes no air conditioning or fans.

**24**. The method of claim **18**, wherein each of the display panels includes a housing and none of the display panels includes a receiver card within the housing.

**25**. The method of claim **24**, wherein each of the display panels includes a fan within the housing.

**26**. The method of claim **24**, wherein the assembled display system is cooled passively and includes no air conditioning or fans.

*     *     *     *     *